| | |
|---|---|
| HOLLY T. SHIKADA | 4017 |
|    Attorney General of Hawaiʻi | |
| KIMBERLY T. GUIDRY | 7813 |
| KALIKOʻONĀLANI D. FERNANDES | 9964 |
| NICHOLAS M. MCLEAN | 10676 |
| DAVID D. DAY | 9427 |
|    Deputy Attorneys General | |

Department of the Attorney
 General, State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Telephone:  (808) 586-1360
E-Mail:  kimberly.t.guidry@hawaii.gov

Attorneys for Defendant HOLLY T. SHIKADA,
in her official capacity as Attorney General
for the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS et al, <br><br> Plaintiffs, <br><br> v. <br><br> HOLLY T. SHIKADA, in her official capacity as Attorney General for the State of Hawaiʻi, <br><br> Defendant. | Civil No. 1:22-cv-404-DKW-RT <br><br> **NOTICE OF APPEARANCE; CERTIFICATE OF SERVICE** |

1

## NOTICE OF APPEARANCE

Deputy Attorney General KIMBERLY T. GUIDRY hereby enters her appearance as counsel for Defendant HOLLY T. SHIKADA, in her official capacity as Attorney General for the State of Hawaiʻi.  By this notice, appearing counsel formally requests that her name be added to the docket for this case, and that all future correspondence and pleadings be additionally directed to:

>Kimberly T. Guidry
>Department of the Attorney General
>425 Queen Street
>Honolulu, Hawaiʻi 96813
>Tel:  (808) 586-1360
>E-mail:  kimberly.t.guidry@hawaii.gov

Neither this notice of appearance nor any subsequent appearance, pleading, claim, suit, or other filing is intended to waive any rights, including any right to challenge the jurisdiction of the Court or pursuant to the Eleventh Amendment to the United States Constitution, state sovereign immunity, or any other rights, claims, actions, or defenses to which Defendant is or may be entitled in law or in equity, all of which are hereby expressly reserved.

DATED: Honolulu, Hawaiʻi, September 12, 2022.

/s/ *Kimberly T. Guidry*
KIMBERLY T. GUIDRY
KALIKOʻONĀLANI D. FERNANDES
NICHOLAS M. MCLEAN
DAVID D. DAY
Deputy Attorneys General

Attorneys for Defendant HOLLY T. SHIKADA, in her official capacity as Attorney General for the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS et al, <br><br> Plaintiffs, <br><br> v. <br><br> HOLLY T. SHIKADA, in her official capacity as Attorney General for the State of Hawaiʻi, <br><br> Defendant. | Civil No. 1:22-cv-404-DKW-RT <br><br> **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below, a copy of the foregoing document was filed electronically and served through CM/ECF on the following at their last known addresses:

Attorneys for Freedom Law Firm
1003 Bishop Street, Suite 1260
Pauahi Tower
Honolulu, HI 96813
Phone: (808) 647-2423
Fax: (480) 857-0150
Marc J. Victor			11090
Jody L. Broaddus		11229
Caroline M. Elliot		11541
Marc@AttorneysForFreedom.com
Jody@AttorneysForFreedom.com
Caroline@AttorneysForFreedom.com


Counsel for Plaintiffs NATIONAL ASSOCIATION FOR GUN RIGHTS, RONDELLE AYAU, and JEFFREY BRYANT


DATED:  Honolulu, Hawaiʻi, September 12, 2022.

>	*/s/ Kimberly T. Guidry*
>	KIMBERLY T. GUIDRY
>	KALIKOʻONĀLANI D. FERNANDES
>	NICHOLAS M. MCLEAN
>	DAVID D. DAY
>	Deputy Attorneys General
>
>	Attorneys for Defendant HOLLY T. SHIKADA, in her official capacity as Attorney General for the State of Hawaiʻi

5