| | |
|---|---|
| HOLLY T. SHIKADA | 4017 |
|    Attorney General of Hawaiʻi | |
| JOHN H. PRICE | 2576 |
| KIMBERLY T. GUIDRY | 7813 |
| KALIKOʻONĀLANI D. FERNANDES | 9964 |
| NICHOLAS M. MCLEAN | 10676 |
| DAVID D. DAY | 9427 |
|    Deputy Attorneys General | |

Department of the Attorney
 General, State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Telephone: (808) 586-1360
E-Mail: nicholas.mclean@hawaii.gov

Attorneys for Defendant HOLLY T. SHIKADA,
in her official capacity as Attorney General
for the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS et al,<br><br>      Plaintiffs,<br><br>  v.<br><br>HOLLY T. SHIKADA, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>      Defendant. | Civil No. 1:22-cv-404-DKW-RT<br><br>**WAIVER OF SERVICE PURSUANT TO FRCP RULE 4(d); CERTIFICATE OF SERVICE** |

1

## WAIVER OF SERVICE PURSUANT TO FRCP RULE 4(d)

In accordance with Rule 4(d) of the Federal Rules of Civil Procedure and the Notice to Parties filed herein on September 7, 2022 [ECF No. 4], Defendant HOLLY T. SHIKADA, in her official capacity as Attorney General for the State of Hawai'i, hereby waives service in connection with the Complaint filed in the above-captioned matter on September 6, 2022 [ECF No. 1].

Defendant (1) agrees to save the expense of serving a summons and complaint in this case, (2) understands that Defendant will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but waives objections to the absence of a summons or of service, and (3) understands that Defendant must file and serve an answer or a motion under Rule 12 by November 7, 2022.

Except as expressly provided above, neither this waiver nor any subsequent appearance, pleading, claim, suit, or other filing is intended to waive any rights, including any right to challenge the jurisdiction of the Court or challenge pursuant to the Eleventh Amendment to the United States Constitution, state sovereign immunity, or any other rights, claims, actions, or defenses to which Defendant is or may be entitled in law or in equity, all of which are hereby expressly reserved.

DATED: Honolulu, Hawaiʻi, September 12, 2022.

/s/ *Nicholas M. McLean*
JOHN H. PRICE
KIMBERLY T. GUIDRY
KALIKOʻONĀLANI D. FERNANDES
NICHOLAS M. MCLEAN
DAVID D. DAY
Deputy Attorneys General

Attorneys for Defendant HOLLY T. SHIKADA, in her official capacity as Attorney General for the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS et al, <br><br> Plaintiffs, <br><br> v. <br><br> HOLLY T. SHIKADA, in her official capacity as Attorney General for the State of Hawai‘i, <br><br> Defendant. | Civil No. 1:22-cv-404-DKW-RT <br><br> **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below, a copy of the foregoing document was filed electronically and served through CM/ECF on the following at their last known addresses:

Attorneys For Freedom Law Firm
1003 Bishop Street, Suite 1260
Pauahi Tower
Honolulu, HI 96813
Phone: (808) 647-2423
Fax: (480) 857-0150
Marc J. Victor           11090
Jody L. Broaddus         11229
Caroline M. Elliot       11541
Marc@AttorneysForFreedom.com
Jody@AttorneysForFreedom.com
Caroline@AttorneysForFreedom.com


Counsel for Plaintiffs NATIONAL ASSOCIATION FOR GUN RIGHTS, RONDELLE AYAU, and JEFFREY BRYANT


DATED:  Honolulu, Hawaiʻi, September 12, 2022.

        */s/ Nicholas M. McLean*
        JOHN H. PRICE
        KIMBERLY T. GUIDRY
        KALIKOʻONĀLANI D. FERNANDES
        NICHOLAS M. MCLEAN
        DAVID D. DAY
        Deputy Attorneys General

        Attorneys for Defendant HOLLY T. SHIKADA, in her official capacity as Attorney General for the State of Hawaiʻi