## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| National Association for Gun Rights, Rondelle Ayau & Jeffrey Bryant<br><br>Plaintiff,<br><br>vs.<br><br>Holly Shikada<br><br>Defendant. | Case. No. 1:22-cv-404-DKW-RT<br><br>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO Barry K. Arrington |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Barry K. Arrington to Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | Barry K. Arrington |
| Firm Name: | Arrington Law Firm |
| Firm Address: | 3801 East Florida Avenue, Suite 830<br>Denver, CO 80210 |
| Attorney CM/ECF Primary email address: | barry@arringtonpc.com |
| Firm Telephone: | 303-205-7870 |
| Party Represented | National Association for Gun Rights, Rondelle Ayau & Jeffrey Bryant |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 14, 2022.



Rom A. Trader
United States Magistrate Judge