IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| National Association for Gun Rights, Rondelle Ayau & Jeffrey Bryant<br><br>Plaintiff,<br><br>vs.<br><br>Holly Shikada<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Case. No. 1:22-cv-404-DKW-RT<br><br>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO<br>Sebastian Torres |

ORDER GRANTING MOTION
TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Sebastian Torres to Appear Pro Hac Vice.

| Name of Attorney: | Sebastian Torres |
|---|---|
| Firm Name: | Gatlin Voelker |
| Firm Address: | 50 E Rivercenter Blvd #1275, Covington, KY 41011 |
| Attorney CM/ECF Primary email address: | STorres@gatlinvoelker.com |
| Firm Telephone: | 859-781-9100 |
| Party Represented | National Association for Gun Rights, Rondelle Ayau & Jeffrey Bryant |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 26, 2022.



Rom A. Trader
United States Magistrate Judge