| | |
|---|---|
| HOLLY T. SHIKADA | 4017 |
|    Attorney General of Hawaiʻi | |
| JOHN H. PRICE | 2576 |
| KIMBERLY T. GUIDRY | 7813 |
| KALIKOʻONĀLANI D. FERNANDES | 9964 |
| NICHOLAS M. MCLEAN | 10676 |
| DAVID D. DAY | 9427 |

  Deputy Attorneys General
Department of the Attorney
 General, State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel: (808) 586-1360
E-mail: kaliko.d.fernandes@hawaii.gov

Attorneys for HOLLY SHIKADA, in her official capacity as Attorney General for the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT,<br><br>      Plaintiffs,<br><br>  v.<br><br>HOLLY SHIKADA, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>      Defendant. | CIVIL NO. 1:22-cv-00404-DKW-RT<br><br>**DEFENDANT HOLLY SHIKADA'S MOTION TO DISMISS UNDER FRCP RULE 12(b)(1); MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF KALIKOʻONĀLANI D. FERNANDES; CERTIFICATE OF SERVICE** |

# DEFENDANT HOLLY SHIKADA'S MOTION TO DISMISS UNDER FRCP RULE 12(b)(1)

Defendant HOLLY SHIKADA, in her official capacity as Attorney General for the State of Hawaiʻi ("Defendant" or the "Attorney General"), hereby moves for dismissal under Federal Rules of Civil Procedure Rules 7(b) and 12(b)(1). As set forth in the attached memorandum, dismissal is warranted because Plaintiffs have failed to establish Article III standing or ripeness.

This motion is made following the conference of counsel pursuant to LR7.8, which took place on October 21, 2022. Declaration of Kalikoʻonālani D. Fernandes ("Fernandes Decl.") at ¶ 2. The motion is based on the attached memorandum and the records and files herein.

DATED: Honolulu, Hawaiʻi, October 28, 2022.

/s/ Kalikoʻonālani D. Fernandes
JOHN H. PRICE
KIMBERLY T. GUIDRY
KALIKOʻONĀLANI D. FERNANDES
NICHOLAS M. MCLEAN
DAVID D. DAY

Attorneys for Defendant HOLLY SHIKADA, in her official capacity as Attorney General for the State of Hawaiʻi

2