IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT,<br><br>Plaintiffs,<br><br>v.<br><br>HOLLY SHIKADA, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>Defendant. | CIVIL NO. 1:22-cv-00404-DKW-RT<br><br>**DECLARATION OF KALIKOʻONĀLANI D. FERNANDES** |

### DECLARATION OF KALIKOʻONĀLANI D. FERNANDES

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. I am a Deputy Attorney General with the Department of the Attorney General of the State of Hawaiʻi, and am one of the attorneys representing Defendant Holly Shikada, in her official capacity as Attorney General for the State of Hawaiʻi, in this action.

2. This motion to dismiss is made following the conference of counsel pursuant to LR7.8, which took place on October 21, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

1

DATED:  Honolulu, Hawaiʻi, October 28, 2022.

           */s/ Kalikoʻonālani D. Fernandes*
           KALIKOʻONĀLANI D. FERNANDES