IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT,<br><br>Plaintiffs,<br><br>v.<br><br>HOLLY SHIKADA, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>Defendant. | CIVIL NO. 1:22-cv-00404-DKW-RT<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system or conventionally by mailing copies via US Mail, postage prepaid, upon the following at their last known addresses:

    Marc J. Victor
    Jody L. Broaddus
    Caroline M. Elliot
    Attorneys For Freedom Law Firm
    1003 Bishop Street, Suite 1260
    Pauahi Tower
    Honolulu, Hawaiʻi 96813
    Marc@AttorneysForFreedom.com
    Jody@AttorneysForFreedom.com
    Caroline@AttorneysForFreedom.com

Barry K. Arrington, Esq.
Arrington Law Firm
3801 East Florida Avenue, Suite 830
Denver, Colorado 80210
barry@arringtonpc.com
*Pro Hac Vice*

Sebastian Torres, Esq.
Gatlin Voelker
50 East Rivercenter Boulevard #1275
Covington, Kentucky 41011
storres@gatlinvoelker.com
*Pro Hac Vice*

Counsel for Plaintiffs NATIONAL ASSOCIATION FOR GUN RIGHTS, RONDELLE AYAU, and JEFFREY BRYANT

DATED:  Honolulu, Hawaiʻi, October 28, 2022.

        */s/ Kalikoʻonālani D. Fernandes*
        JOHN H. PRICE
        KIMBERLY T. GUIDRY
        KALIKOʻONĀLANI D. FERNANDES
        NICHOLAS M. MCLEAN
        DAVID D. DAY

        Attorneys for Defendant HOLLY SHIKADA, in her official capacity as Attorney General for the State of Hawaiʻi