Arrington Law Firm
Barry K. Arrington*
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Phone:  (303) 205-7870
Email:  barry@arringtonpc.com
*Pro Hac Vice*

Gatlin Voelker
Sebastian D. Torres
50 E Rivercenter Boulevard #1275
Covington, Kentucky 41011
Phone: (859) 781-9100
STorres@GatlinVoelker.com

ATTORNEYS FOR FREEDOM LAW FIRM
1003 Bishop Street, Suite 1260
Pauahi Tower
Honolulu, HI 96813
Phone: (808) 647-2423
Fax: (480) 857-0150
Marc J. Victor - Bar. No. 011090
Jody L. Broaddus - Bar No. 011229
Caroline M. Elliot - Bar No. 011541
Marc@AttorneysForFreedom.com
Jody@AttorneysForFreedom.com
Caroline@AttorneysForFreedom.com
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS | ) ) ) | Civil No. 22-cv-00404-DKW-RT |
| and | ) ) | |
| RONDELLE AYAU | ) ) | **RESPONSE IN OPPOSITION TO MOTION TO DISMISS** |
| and | ) ) ) | |
| JEFFREY BRYANT | ) ) | |

|                                              |   |
|----------------------------------------------|---|
| Plaintiffs,                                  | ) |
| vs.                                          | ) |
|                                              | ) |
| HOLLY SHIKADA, in her official capacity as   | ) |
| Attorney General for the State of Hawaiʻi    | ) |
|                                              | ) |
| Defendant.                                   | ) |

Plaintiffs submit the following response in opposition to Defendant's motion to dismiss [Doc 18].

Plaintiffs have filed their First Amended Complaint as of right pursuant to Fed.R.Civ.P. 15(a)(1)(B). Accordingly, Defendant's motion to dismiss Plaintiffs' original complaint is moot, and Plaintiffs request the Court to deny the motion on that ground. Plaintiffs also request the Court to vacate the December 16, 2022 hearing on Defendant's motion to dismiss.

*/s/ Barry K. Arrington*
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Phone: (303) 205-7870
Email: barry@arringtonpc.com
*Pro Hac Vice*

Gatlin Voelker
Sebastian D. Torres
50 E Rivercenter Boulevard #1275
Covington, Kentucky 41011
Phone: (859) 781-9100
STorres@GatlinVoelker.com

ATTORNEYS FOR FREEDOM LAW FIRM
1003 Bishop Street, Suite 1260
Pauahi Tower
Honolulu, HI 96813
Phone: (808) 647-2423

Fax: (480) 857-0150
Marc J. Victor - Bar. No. 011090
Jody L. Broaddus - Bar No. 011229
Caroline M. Elliot - Bar No. 011541
Marc@AttorneysForFreedom.com
Jody@AttorneysForFreedom.com
Caroline@AttorneysForFreedom.com
*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2022, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing. Parties may access this filing through the Court's system.

*/s/ Barry K. Arrington*
Barry K. Arrington