IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS<br><br>and<br><br>RONDELLE AYAU<br><br>and<br><br>JEFFREY BRYANT<br><br>   Plaintiffs,<br>vs.<br><br>HOLLY SHIKADA, in her official capacity as Attorney General for the State of Hawai'i<br><br>   Defendant. | Civil No. 22-cv-00404-DKW-RT<br><br>**DECLARATION OF JEFFREY BRYANT** |

1. My name is Jeffrey Bryant. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2. For purposes of this Declaration, the term "Banned Firearm" shall have the same meaning as the term "assault pistol" in HAW. REV. STAT. § 134-1. For purpose of this Declaration, the term "Banned Magazine" shall mean a magazine the manufacture, possession, sale, barter, trade, gift, transfer, or acquisition of which is prohibited by HAW. REV. STAT. § 134-8(c).

3. I am a resident of the State of Hawai'i. I am a law-abiding citizen and but for the prohibitions of the Statutes challenged in this action, I would be entitled lawfully to manufacture, possess, sell, barter, trade, gift, transfer, or acquire Banned Firearms and Banned Magazines.

1

4. I have been chilled in the exercise of my constitutional rights to keep and bear arms by the Statutes. I currently desire to acquire, possess, sell and transfer Banned Firearms and Banned Magazines and would do so but for the prohibitions of the Statutes.

I, Jeffrey Bryant, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct

*Jeffrey A Bryant*
Jeffrey Bryant
November 17, 2022