## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS <br><br> and <br><br> RONDELLE AYAU <br><br> and <br><br> JEFFREY BRYANT <br><br> Plaintiffs, <br> vs. <br><br> HOLLY SHIKADA, in her official capacity as Attorney General for the State of Hawai'i <br><br> Defendant. | Civil No. 22-cv-00404-DKW-RT <br><br> **DECLARATION OF HANNAH HILL** |

1. My name is Hannah Hill. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2. The State of Hawai'i is currently actively enforcing the Statutes challenged in this action. A person was charged with violation of the Statutes as recently as June 2022.

3. The State has filed amicus briefs in several cases in which other states' firearms regulations have been challenged. For example, in 2019 the State filed an amicus brief in a federal case challenging California's firearms regulations similar to those in the Statutes. The State's Attorney General said he filed the amicus brief to support the State's existing laws banning magazines.

1

I, Hannah Hill, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct

*Hannah Hill* (signature)

Hannah Hill
November 17, 2022