IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT,<br><br>Plaintiffs,<br><br>v.<br><br>HOLLY SHIKADA, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>Defendant. | CIVIL NO. 1:22-cv-00404-DKW-RT<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system or conventionally by mailing copies via U.S. Mail, postage prepaid, upon the following at their last known addresses:

    Marc J. Victor
    Jody L. Broaddus
    Caroline M. Elliot
    Attorneys For Freedom Law Firm
    1003 Bishop Street, Suite 1260
    Pauahi Tower
    Honolulu, Hawaiʻi 96813
    Marc@AttorneysForFreedom.com
    Jody@AttorneysForFreedom.com
    Caroline@AttorneysForFreedom.com

866767/22-15345

Barry K. Arrington, Esq.
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
barry@arringtonpc.com
*Pro Hac Vice*

Sebastian Torres, Esq.
Gatlin Voelker
50 East Rivercenter Boulevard #1275
Covington, Kentucky 41011
storres@gatlinvoelker.com
*Pro Hac Vice*

Counsel for Plaintiffs NATIONAL ASSOCIATION FOR GUN RIGHTS, RONDELLE AYAU, and JEFFREY BRYANT

DATED: Honolulu, Hawai'i, November 22, 2022.

        /s/ Mana Moriarty
JOHN H. PRICE
KIMBERLY T. GUIDRY
MANA MORIARTY
KALIKO'ONĀLANI D. FERNANDES
NICHOLAS M. MCLEAN
DAVID D. DAY

Attorneys for Defendant
HOLLY SHIKADA,
in her official capacity as
Attorney General for the State of Hawai'i

866767/22-15345