ANNE E. LOPEZ                                    7609
   Attorney General of Hawaiʻi
JOHN H. PRICE                                    2576
KIMBERLY T. GUIDRY                               7813
KALIKOʻONĀLANI D. FERNANDES                      9964
NICHOLAS M. MCLEAN                               10676
DAVID D. DAY                                     9427
   Deputy Attorneys General
Department of the Attorney
 General, State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Telephone:  (808) 586-1360
E-Mail:  nicholas.mclean@hawaii.gov

Attorneys for Defendant ANNE E. LOPEZ,
in her official capacity as the Attorney General
of the State of Hawaiʻi

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi,<br><br>        Defendant. | Civil No. 1:22-cv-404-DKW-RT<br><br>**NOTICE OF SUBSTITUTION UNDER FRCP RULE 25(d); CERTIFICATE OF SERVICE**<br><br>District Judge:<br>Chief Judge Derrick K. Watson<br><br>Magistrate Judge:<br>Rom Trader |

## <u>NOTICE OF SUBSTITUTION UNDER FRCP RULE 25(d)</u>

This action names the Attorney General in her official capacity.  At noon on December 5, 2022, Attorney General Anne E. Lopez succeeded former Attorney General Holly T. Shikada.  Pursuant to Fed. R. Civ. P. Rule 25(d), "when a public officer who is a party in an official capacity" leaves office while an action is pending, "[t]he officer's successor is automatically substituted as a party."  "The court may order substitution at any time, but the absence of such an order does not affect the substitution."  *Id*.

DATED:  Honolulu, Hawaiʻi, December 5, 2022.

ANNE E. LOPEZ
Attorney General of the State of Hawaiʻi

*/s/ Nicholas M. McLean*
JOHN H. PRICE
KIMBERLY T. GUIDRY
KALIKOʻONĀLANI D. FERNANDES
NICHOLAS M. MCLEAN
DAVID D. DAY
   Deputy Attorneys General

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS et al., <br><br>        Plaintiffs, <br><br>   v. <br><br> ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawai'i, <br><br>        Defendant. | Civil No. 1:22-cv-404-DKW-RT <br><br> **CERTIFICATE OF SERVICE** |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was

served electronically through the Court's CM/ECF system upon the following:

> Marc J. Victor, Esq.
> Jody L. Boraddus, Esq.
> Caroline M. Elliott, Esq.
> Attorneys for Freedom Law Firm
> 1003 Bishop Street, Suite 1260
> Pauahi Tower
> Honolulu, HI  96813
> Phone:  (808) 647-2423
> Fax:  (408) 857-0150
> Marc@AttorneysForFreedom.com
> Jody@AttorneysForFreedom.com
> Caroline@AttorneysForFreedom.com
>
> Barry K. Arrington, Esq.
> 4195 Wadsworth Boulevard
> Wheat Ridge, CO 80033

1

barry@arringtonpc.com

Sebastian Torres, Esq.
Gatlin Voelker
50 East Rivercenter Boulevard #1275
Covington, Kentucky 41011
storres@gatlinvoelker.com

Attorneys for Plaintiffs

DATED:  Honolulu, Hawai'i, December 5, 2022.

ANNE E. LOPEZ
Attorney General of the State of Hawai'i

_/s/ Nicholas M. McLean_
JOHN H. PRICE
KIMBERLY T. GUIDRY
KALIKO'ONĀLANI D. FERNANDES
NICHOLAS M. MCLEAN
DAVID D. DAY
    Deputy Attorneys General

Attorneys for Defendant ANNE E. LOPEZ, in
her official capacity as the Attorney General of the
State of Hawai'i

3