ANNE E. LOPEZ                              7609
Attorney General of Hawaiʻi

JOHN H. PRICE                             2576
KIMBERLY T. GUIDRY                        7813
MANA MORIARTY                             9227
KALIKOʻONĀLANI D. FERNANDES               9964
NICHOLAS M. MCLEAN                        10676
Deputy Attorneys General
Department of the Attorney General
State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel:  (808) 586-1360
E-mail:   john.h.price@hawaii.gov
          Kimberly.t.guidry@hawaii.gov
          mana.moriarty@hawaii.gov
          kaliko.d.fernandes@hawaii.gov
          nicholas.mclean@hawaii.gov

Attorneys for Defendant
ANNE E. LOPEZ, in her official capacity
as Attorney General for the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi, <br><br> Defendant. | Civil No. 1:22-cv-404-DKW-RT <br><br> **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT ANNE E. LOPEZ; CERTIFICATE OF SERVICE** <br><br> <u>District Judge:</u> Chief Judge Derrick K. Watson <br> <u>Magistrate Judge:</u> Rom Trader |

22-15345

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD
## FOR DEFENDANT ANNE E. LOPEZ

Pursuant to Local Rule 83.5(b) of Practice for the United States District Court for the District of Hawai'i, Deputy Attorney General Mana Moriarty respectfully moves this honorable court for leave to withdraw as counsel of record for the Defendant Anne E. Lopez. In support of this motion, the undersigned counsel shows as follows:

1.  The undersigned counsel has been counsel of record for Defendant Anne E. Lopez since October 24, 2022.

2.  As of the end of the day on Friday, January 20, 2023, the undersigned counsel will no longer be employed by the Hawai'i Department of the Attorney General having accepted a new employment with the Hawai'i Department of Commerce and Consumer Affairs.

3.  Therefore counsel is unable to continue representing Defendant Anne E. Lopez.

4.  Defendant Anne E. Lopez, by and through her deputies, has been consulted about this motion and consents to the proposed withdrawal.

5.  Granting this motion will not prejudice any party or otherwise impede the swift administration of this matter, especially given the presence of capable counsel for Defendant Anne E. Lopez.

22-15345

Therefore, undersigned counsel respectfully moves this Court to allow him to withdraw as counsel for the Defendant Anne E. Lopez.

DATED: Honolulu, Hawaiʻi, January 20, 2023.

Respectfully submitted

/s/ *T.F. Mana Moriarty*
JOHN H. PRICE
KIMBERLY T. GUIDRY
MANA MORIARTY
KALIKOʻONĀLANI D. FERNANDES
NICHOLAS M. MCLEAN
Deputy Attorneys General

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi

22-15345