IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi,<br><br>Defendant. | Civil No. 1:22-cv-404-DKW-RT<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br>District Judge:<br>Chief Judge Derrick K. Watson<br><br>Magistrate Judge:<br>Rom Trader |

### **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically through the Courtʻs CM/ECF system upon the following:

Marc J. Victor, Esq.
Jody L. Boraddus, Esq.
Caroline M. Elliott, Esq.
Attorneys for Freedom Law Firm
1003 Bishop Street, Suite 1260
Pauahi Tower
Honolulu, HI 96813
Phone: (808) 647-2423
Fax: (408) 857-0150
Marc@AttorneysForFreedom.com
Jody@AttorneysForFreedom.com
Caroline@AttorneysForFreedom.com

Barry K. Arrington, Esq.

22-15345

4195 Wadsworth Boulevard
Wheat Ridge, CO 80033
barry@arringtonpc.com
Sebastian Torres, Esq.
Gatlin Voelker
50 East Rivercenter Boulevard #1275
Covington, Kentucky 41011
storres@gatlinvoelker.com

Attorneys for Plaintiffs


DATED: Honolulu, Hawaiʻi, January 20, 2023.

        /s/ *T.F. Mana Moriarty*
        JOHN H. PRICE
        KIMBERLY T. GUIDRY
        KALIKOʻONĀLANI D. FERNANDES
        NICHOLAS M. MCLEAN
        MANA MORIARTY
        Deputy Attorneys General

        Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi