IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, RONDELLE AYAU, JEFFREY BRYANT,<br><br>                Plaintiffs,<br><br>vs.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII,<br><br>                Defendant. | CIV. NO. 22-00404 DKW-RT<br><br>ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT ANNE E. LOPEZ |

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL OF RECORD FOR DEFENDANT ANNE E. LOPEZ**

Before the Court is Deputy Attorney General Thomas Francis Mana Moriarty's ("Counsel") *Motion for Leave to Withdraw as Counsel of Record for Defendant Anne E. Lopez* ("Motion to Withdraw"), filed on January 20, 2023. ECF No. 31. Counsel seeks a withdrawal because as of January 20, 2023, Counsel is no longer employed by the Hawaii Department of the Attorney General due to Counsel's acceptance of employment with the Hawaii Department of Commerce and Consumer Affairs.

The Court finds the *Motion to Withdraw* suitable for disposition without a hearing pursuant to Rule 7.1(c) of the Local Rules of Practice for the United States District Court for the District of Hawaii.

For good cause shown and pursuant to Local Rule 83.5, the Court GRANTS the *Motion to Withdraw*. Thomas Francis Mana Moriarty is hereby withdrawn as counsel for Defendant Anne E. Lopez. Remaining counsel will continue to appear on behalf of Defendant.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 23, 2023.



Rom A. Trader
United States Magistrate Judge

---

Civ. No. 22-00404 DKW-RT; *National Association for Gun Rights vs. Anne E. Lopez*; Order Granting Motion for Leave to Withdraw as Counsel of Record for Defendant Anne E. Lopez