| | |
|---|---|
| ANNE E. LOPEZ | 7609 |
|    Attorney General of Hawai'i | |
| | |
| JOHN H. PRICE | 2576 |
| KIMBERLY T. GUIDRY | 7813 |
| EWAN C. RAYNER | 10222 |
| KALIKO'ONĀLANI D. FERNANDES | 9964 |
| NICHOLAS M. MCLEAN | 10676 |
|    Deputy Attorneys General | |

Department of the Attorney General
State of Hawai'i
425 Queen Street
Honolulu, Hawai'i 96813
Tel: (808) 586-1360
E-mail: ewan.rayner@hawaii.gov

Attorneys for ANNE E. LOPEZ, in her
official capacity as Attorney General for the
State of Hawai'i

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT,<br><br>     Plaintiffs,<br><br>     v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawai'i,<br><br>     Defendant. | Civil No. 1:22-cv-404-DKW-RT<br><br>**NOTICE OF APPEARANCE; CERTIFICATE OF SERVICE**<br><br>District Judge:<br>Chief Judge Derrick K. Watson<br><br>Magistrate Judge:<br>Rom Trader |

## NOTICE OF APPEARANCE

Deputy Attorney General EWAN C. RAYNER hereby enters his appearance as counsel for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi. By this notice, appearing counsel requests that his name be added to the docket for this case, and that all future correspondence and pleadings be additionally directed to:

> Ewan C. Rayner
> Department of the Attorney General
> 425 Queen Street
> Honolulu, Hawaiʻi 96813
> Tel: (808) 586-1360
> E-mail: ewan.rayner@hawaii.gov

Neither this notice of appearance nor any subsequent appearance, pleading, claim, suit, or other filing is intended to waive any rights, including any right to challenge the jurisdiction of the Court or pursuant to the Eleventh Amendment to the United States Constitution, state sovereign immunity, or any other rights, claims, actions, or defenses to which Defendant is or may be entitled in law or in equity, all of which are hereby expressly reserved.

3

    DATED: Honolulu, Hawaiʻi, January 24, 2022.

                                         /s/ Ewan C. Rayner
                                        EWAN C. RAYNER
                                        Deputy Attorney General

                                        Attorney for Defendant ANNE E. LOPEZ,
                                        in her official capacity as Attorney General
                                        for the State of Hawaiʻi