IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>Defendant. | CIVIL NO. 1:22-cv-00404-DKW-RT<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system upon the following:

>Marc J. Victor, Esq.
>Jody L. Broaddus, Esq.
>Caroline M. Elliott, Esq.
>Attorneys for Freedom Law Firm
>1003 Bishop Street, Suite 1260
>Pauahi Tower
>Honolulu, HI 96813
>Marc@AttorneysForFreedom.com
>Jody@AttorneysForFreedom.com
>Caroline@AttorneysForFreedom.com
>
>Barry K. Arrington, Esq.
>4195 Wadsworth Boulevard
>Wheat Ridge, CO 80033
>barry@arringtonpc.com

Sebastian Torres, Esq.
Gatlin Voelker
50 East Rivercenter Boulevard #1275
Covington, KY 41011
storres@gatlinvoelker.com

Attorneys for Plaintiffs

DATED:  Honolulu, Hawaiʻi, January 25, 2023.

ANNE E. LOPEZ
Attorney General of Hawaiʻi

 /s/ *Kalikoʻonālani D. Fernandes*
JOHN H. PRICE
KIMBERLY T. GUIDRY
EWAN C. RAYNER
KALIKOʻONĀLANI D. FERNANDES
NICHOLAS M. MCLEAN
Deputy Attorneys General

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi

2