IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT,<br><br>       Plaintiffs,<br><br>   v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>       Defendant. | Civil No. 1:22-cv-404-DKW-RT<br><br>**DECLARATION OF KALIKOʻONĀLANI D. FERNANDES** |

## DECLARATION OF KALIKOʻONĀLANI D. FERNANDES

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1.     I am a Deputy Solicitor General in the Department of the Attorney General, State of Hawaiʻi, and I am one of the attorneys representing Anne E. Lopez, in her official capacity as Attorney General for the State of Hawaiʻi, in this action.

2.     Attached herewith as Exhibit "1" is a true and correct copy of the Declaration of Dennis Baron, including one exhibit attached thereto.

3.     Attached herewith as Exhibit "2" is a true and correct copy of the Declaration of Ryan Busse, including one exhibit attached thereto.

4.      Attached herewith as Exhibit "3" is a true and correct copy of the

Declaration of Christopher B. Colwell, M.D., including one exhibit attached thereto.

5.      Attached herewith as Exhibit "4" is a true and correct copy of the

Declaration of Saul Cornell, including one exhibit attached thereto.

6.      Attached herewith as Exhibit "5" is a true and correct copy of the

Declaration of Louis Klarevas, including 13 exhibits attached thereto.

7.      Attached herewith as Exhibit "6" is a true and correct copy of the

Declaration of Randolph Roth, including one exhibit attached thereto.

8.      Attached herewith as Exhibit "7" is a true and correct copy of the

Declaration of Robert J. Spitzer, including 10 exhibits attached thereto.

9.      Attached herewith as Exhibit "8" is a true and correct copy of the

Declaration of James E. Yurgealitis, including two exhibits attached thereto.

10.     Attached herewith as Exhibit "9" is a true and correct copy of the

House Standing Committee Report No. 1261-92, published in the 1992 House

Journal (Haw.), at 1382.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  Honolulu, Hawai'i, February 15, 2023.

/s/ Kaliko'onālani D. Fernandes
KALIKO'ONĀLANI D. FERNANDES