# RYAN BUSSE

440 Lake Hills Ln, Kalispell, MT 59901 · 406.253.0381
www.ryanbusseauthor.com
montanabusse@gmail.com · linkedin.com/ryan-busse · Twitter @ryandbusse · Instagram @ryanbusseauthor

## SPEAKER · FIREARMS INDUSTRY EXPERT · AUTHOR

**FIREARMS INDUSTRY AND GUN POLICY EXPERIENCE**

**GUN INDUSTRY CAREER**

- **25-year sales and marketing executive** leader with extensive industry connections and knowledge
- Pioneered industry-changing dealer direct sales method
- Responsible for worldwide sales efforts and more than $250million in annual revenues
- Built one of the firearms industry's **most respected worldwide sales** teams from ground up.
- Developed and managed multi-million-dollar budgets
- Deep and thorough understanding of all **competitive industry sales channels, marketing programs, and distribution methods**
- **Recognized multiple times by industry peers** as one of three finalists for Industry Person of the Year (highest personal award in the shooting industry)
- **Expert on gun industry sales and marketing histories** and current firearms industry trajectory

**WRITING AND SPEAKING**

- Wrote critically acclaimed first-ever firearms industry personal memoir: **Gunfight – My Battle Against The Industry That Radicalized America (2021)**
- Regular contributor to **The Atlantic, The Bulwark, The Guardian**, and others
- Guest on more than 60 national podcasts
- Regular guest policy expert on **CNN, MSNBC, PBS, NPR, ABC, CBS**, and many others
- Keynote speaker

**POLICY ADVISOR**

- Senior Policy Advisor to **Giffords** (2020-current)
- Briefed **United States Senate** Democratic Caucus (2022)
- Advisor to **Biden for President** campaign – Hunting and Outdoor issues (2020)
- Testified before **Joint Economic Committee** (2022)
- Testified before **House Oversight and Reform Committee** (2022)

See another notable policy, podcast, cable news, and national publication updates at
www.ryanbusseauthor.com

**FIREARMS INDUSTRY AND CONSERVATION ORGANIZATION LEADERSHIP EXPERIENCE**

**Kimber** July 1995-Sept 2020, Kalispell, Montana & Yonkers, New York
kimberamerica.com

# EXHIBIT A (Busse)

**VICE PRESIDENT, SALES**         **EMPLOYEES:** 560

Overall worldwide sales authority, providing strategic leadership and direction of the most successful and pioneering dealer-direct sales model in the outdoor sporting goods industry. Lead projects, people and processes that build brand, drive innovation and retain competitive positioning.

- Created a highly successful, stand-alone sales operation and direct sales model producing exceptional employee work satisfaction, high efficiency and repeatable YOY sales results
- Produced consistent revenue growth by as much as 23% YOY
- Optimized operations and strategically cut costs during economic downturn, holding gross margins without increasing sales expense

**Backcountry Hunters & Anglers** 2014 – 2020, Missoula, Montana
backcountryhunters.org
**BOARD CHAIR, 2014-2020**     **EMPLOYEES:** 38

Backcountry Hunters & Anglers seeks to ensure North America's outdoor heritage of hunting and fishing in a natural setting, through education and work on behalf of wild public lands and waters.

- Drove membership with bold action and singular, strategic attention to public lands issues.
- Drove effort to partner with outdoor industry/community resulting in unexpected partnerships from brands such as Patagonia
- Played key leadership role in motivating nationwide "grasstops" to influence legislation such as SB 47 Passage (John Dingell Conservation, Management and Recreation Act)
- Lead public voice against reduction of National Monuments and degradation of Antiquities Act.

**Montana Conservation Voters** 2007-2013, Helena, Montana
mtvoters.org
Montana Conservation Voters is a statewide membership organization serving as the political voice of Montana's conservation and environmental community.

- Played key role in endorsement and election of conservation champions including U.S. Senator Jon Tester and Governor Steve Bullock
- Grew membership by 100% during tenure
- Guided campaigns for state and federal races with election-year budgets of $2M+
- Increased operation budget 75% during tenure
- Developed key foundation support to secure organizational funding
- Grew full-time employees from 3 to 5

## EDUCATION

Bachelor of Science, History and Political Science, 1992
Bethany College / Lindsborg, KS

Professional Marketing and Sales Management Certification, 2006
Rutgers University – School of Business / Camden, NJ