Curriculum Vitae
# Christopher Beall Colwell, M.D

**Current Position:**

**Chief, Department of Emergency Medicine**
**Zuckerberg San Francisco General Hospital and Trauma Center**
**Professor and Vice Chair, Department of Emergency Medicine**
**UCSF School of Medicine**

**Work Address:**

Zuckerberg San Francisco Hospital and Trauma Center
Department of Emergency Medicine
1001 Potrero Ave. #6A02
San Francisco, CA 94110

Christopher.Colwell@ucsf.edu
Phone: (415) 206-2518
Fax: (415) 206-5818

**Board Certification:**

1) American Board of Emergency Medicine 1997
   Re-certification 2007, 2017
2) American Board of Emergency Medicine – Emergency Medical Services 2015

NPI number – 1629092788
California license – G142756 (active)
Colorado license – 34341 (not active)
Michigan license – 4301059401 (not active)

**Education:**

| | |
|---|---|
| **Undergraduate:** | **University of Michigan** |
| | **Ann Arbor, Michigan** |
| | **Bachelor of Science Degree, 1988** |
| **Medical School:** | **Dartmouth Medical School** |
| | **Hanover, New Hampshire** |
| | **Medical Doctorate, 1992** |

# EXHIBIT A (Colwell)

**Internship:**         **St. Joseph Mercy Hospital/University of Michigan**
                                 **Ann Arbor, Michigan**
                                 **Transitional Medicine, 1993**

**Residency:**         **Denver Affiliated Residency in Emergency Medicine**
                                 **Denver, Colorado, 1993-1996**
                                 **Chief Resident 1995-1996**

**Academic appointments:**

1. **Professor and Vice Chair**
   **Department of Emergency Medicine**
   **University of California at San Francisco School of Medicine**
   **2016 - Present**

2. **Professor of Emergency Medicine**
   **Department of Emergency Medicine**
   **University of Colorado School of Medicine**
   **2012-2016**

3. **Executive Vice Chair, Department of Emergency Medicine, 2010 - 2016**
   **University of Colorado School of Medicine**
   **2010-2016**

4. **Associate Professor of Emergency Medicine**
   **Department of Emergency Medicine**
   **University of Colorado School of Medicine**
   **2010-2012**

5. **Associate Professor of Emergency Medicine**
   **Division of Emergency Medicine, Department of Surgery**
   **University of Colorado Health Sciences Center**
   **2004-2009**

6. **Assistant Professor of Emergency Medicine**
   **Division of Emergency Medicine, Department of Surgery**
   **University of Colorado Health Sciences Center**
   **Denver, Colorado**
   **1998-2004**

7. **Assistant Professor of Emergency Medicine**

**Department of Emergency Medicine, University of Michigan School of Medicine**
**Ann Arbor, Michigan**
**1996-1998**

**Clinical appointments:**

1. **Chief of Emergency Medicine, 2016-present**
   **Department of Emergency Medicine**
   **Zuckerberg San Francisco General Hospital and Trauma Center**
   **San Francisco, California**

2. **Director of Emergency Medicine, 2010 – 2016**
   **Interim Director of the Department of Emergency Medicine, 2009-2010**
   **Associate Director, 2000-2009**
   **Attending Physician, 1998-2016**
   **Department of Emergency Medicine**
   **Denver Health**
   **Denver, Colorado**

3. **Program Director, EMS Fellowship**
   **2002-2010**

4. **Medical Director, Denver Paramedic Division**
   **2000-2010**

5. **Medical Director, Denver Fire Department**
   **2000-2010**

6. **Associate Director, Denver Paramedic Division**
   **1998-2000**

7. **Senior Associate Director, Denver Health Residency in Emergency Medicine**
   **2009 - 2016**

8. **Attending Physician, 1996-1998**
   **St. Joseph Mercy Hospital/University of Michigan**
   **Ann Arbor, Michigan**

**Fellow Appointments:**

1. **Fellow - American College of Emergency Physicians (FACEP)**
   a. **1999-present**

2. **Fellow – Academy of Emergency Medical Services (FAEMS)**
   a. **2021-present**

**Honors and Awards:**          **2021-2022 ACEP Outstanding Speaker of the Year**
                                **National award designed to recognize a single faculty**
                                **member who has consistently demonstrated teaching**
                                **excellence through performance, versatility, and**
                                **dependability during ACEP educations meetings**
                                **throughout the year**

                                **2022 NAEMSP President's Award – For tireless**
                                **leadership and inspiring scholarship as an editor of the**
                                **2022 NAEMSP Compendium of Airway Management**
                                **Position Statements and Resource Documents**

                                **2020-2021 Outstanding Resident Teaching Award**
                                **Department of Obstetrics, Gynecology, and**
                                **Reproductive Services, University of California, San**
                                **Francisco**

                                **2020 ACEP National Emergency Medicine Faculty**
                                **Teaching Award**

                                **2017-2018 Quarterly Resident Bedside Teaching Award**
                                **UCSF Department of Emergency Medicine**

                                **Outstanding Contributions - Best Authors in Adult**
                                **Emergency Medicine**
                                **UpToDate – Wolters Kluwer**
                                **March, 2017**

                                **2016 Career Service Award**
                                **Denver Health and Hospital Association**
                                **Medical Staff Awards**
                                **September 21st, 2016**

                                **The Peter Rosen Leadership Award**
                                **Presented by the 2016 Emergency Medicine Residency**
                                **at Denver Health for Outstanding Departmental**
                                **Leadership**
                                **June 27th, 2016**

**2016 Financial Vitality Pillar Award**
**For largest increase in charges and revenue while**
**maintaining same cost**
**June 9th, 2016**

**Best Attending Lecture of the Year**
**In recognition of outstanding educational performance**
**Denver Health Paramedic School Class of 2016**

**Meritorious Service Award**
**Presented by the Colorado Chapter of the American**
**College of Emergency Physicians for Achievements that**
**have Enhanced Colorado's Health Care System and the**
**Profession of Emergency Medicine in Colorado.**
**January 20th, 2015**

**2015 Patient Safety and Quality Pillar Award**
**For meticulous, high-quality, and thoughtful design and**
**implementation of Denver Health's Ebola Preparedness**
**Plan**
**June, 2015**

**The Corey M. Slovis Award for Excellence in**
**Education. U.S. Metropolitan Municipalities EMS**
**Medical Directors Consortium, February, 2015**

**Positively Collaborative Award for outstanding**
**collaboration towards the improvement of Colorado's**
**trauma system. Trauma Program, Colorado**
**Department of Public Health and Environment,**
**January, 2012**

**The Vincent J. Markovchick Program Director's**
**Award 2011**

**Distinctive Service Award – Denver Paramedic Division**
**2010**

**Chief Executive Officer Special Commendation Award for expert medical leadership of Denver's 911 system, 2009**

**Mayor's Award of Appreciation for assistance and aid to Hurricane Katrina evacuees. 2005**

**Ernest E. Moore Award for Outstanding Contributions in Trauma Care, 2000**

**Outstanding Senior Resident, 1996**

**Chief Resident, Emergency Medicine Residency, 1995-1996**

**Membership in professional organizations:**

1. **American College of Emergency Physicians (ACEP), 1994-present**
   a. **Fellow, 1999-present**
   b. **California ACEP, 2016-present**
   c. **Colorado ACEP, 1993-1996, 1998-2016**
   d. **Michigan ACEP, 1996-1998**
2. **American Medical Association (AMA), 1993-2000, 2006-present**
3. **National Association of EMS Physicians (NAEMSP), 2002-present**
   a. **FAEMS designation – 2021 to present**
4. **Society for Academic Emergency Medicine (SAEM), 1995-2000, 2008-present**
5. **Emergency Medicine Residents Association (EMRA), 1992-1997**

**Major Committee, Teaching, and Service Responsibilities:**

1. Associate Editor, Trauma and EMS sections. EMRAP/CorePendium Emergency Medicine Textbook
2. COVID Vaccine Speakers Group member – delivered talks addressing concerns and questions from vulnerable populations on the COVID-19 vaccine across the country (virtually)
3. UCSF Ad Hoc Committee for Faculty Misconduct Investigations, Standing Panel. 2019 – 2025
4. Chair, Faculty Misconduct Investigation Committee
   a. August, 2022 – February, 2023
5. Admissions Interview Committee – UCSF School of Medicine, Office of Admissions, 2018 – present
6. American Board of Emergency Medicine (ABEM) Oral Board Examiner

- October 8-11, 2016
- October 14-17, 2017
- October 13-16, 2018
- October 5-8, 2019
- December 15-18, 2020
- April 21-24, 2021
- December 8-11, 2021
- May 18-21, 2022
- December 7-9, 2022

7. San Francisco Pride Parade - Medical Coverage (with San Francisco Fire Department). 2019, 2022

8. Medical Executive Committee, Zuckerberg San Francisco General Hospital and Trauma Center. 2016-present

9. ZSFG CPG Board of Directors. 2016-present

10. UCSF Department of Emergency Medicine Incentive Review Committee. 2016 – present

11. Zuckerberg San Francisco General Hospital and Trauma Center Trauma Peer Review Committee. 2016-present

12. Board of Directors, American College of Emergency Physicians – Colorado Chapter, 2007-2011

13. Conference Director, Annual Rocky Mountain Conference in Trauma and Emergency Medicine, 2003 – 2016

14. American Board of Emergency Medicine (ABEM) Oral Board Examiner, 2011 - present

15. Course Director, Introduction to Traumatic Emergencies, (SURG 6623) University of Colorado School of Medicine, 1999
    a. A course for second year medical students that introduces the student to selected traumatic emergencies and their management

16. Course Director, Prehospital Medicine (SURG 6626), University of Colorado at Denver School of Medicine, 2005-2016
    a. A course for first and second year medical students that introduces them to prehospital medicine and includes clinical time riding on an ambulance

17. Course Director, Flight Medicine (SURG 6628), University of Colorado at Denver School of Medicine, 2009-2016
    a. A course for second year medical students (SURG 6626 is a pre-requisite) that introduces the student to flight medicine and includes clinical time riding in a helicopter as well as fixed wing airplane transport

18. Instructor, Introduction to Traumatic Emergencies, (SURG 6623) University of Colorado School of Medicine, 1999-2016

19. Lecturer, Injury Epidemiology and Control (PRMD 6637), University of Colorado School of Medicine, 2003

20. Instructor, Emergency Medicine at Denver Health Medical Center (SURG 8005), University of Colorado School of Medicine, 1998-2016

21. Instructor, <u>Integrated Clinicians Course</u> (ICC) 8005: Preparing for Internship: Reading and Understanding EKGs
22. Instructor, <u>Integrated Clinicians Course (ICC) IDPT 7003: Management of Trauma</u>, University of Colorado School of Medicine, 2011
23. Instructor, <u>Integrated Clinicians Course (ICC) IDPT 7004: Management of Trauma</u>, University of Colorado School of Medicine, 2010. Lecturer and small group leader
24. Instructor, <u>Integrated Clinicians Course (ICC) IDPT 7004: Management of Trauma</u>, University of Colorado School of Medicine, 2009. Lecturer and small group leader
25. Member, Medical Staff Executive Committee, 2009-present
26. Member, Denver Health Executive Committee for Patient Safety and Quality, 2006-2016
27. Council Member, Colorado's Mile High Regional Emergency and Trauma Advisory Council (RETAC), Denver County appointed representative, 2000-2016
28. Committee chair, Destination and Diversion committee, Mile High RETAC 2002-2016
29. Member, State EMS Formulary Task Force, 2006 – 2009
30. Member, Pediatric Trauma Committee, 2006-present
31. Member, Rocky Mountain Center for Medical Response (RMCMR), 2002-2016
32. Member, Colorado State Advisory Council on Emergency Medical Services, 1998-2000
33. Ute Mountain Ute EMS Program medical director, 1994-1996
34. Steering Committee member, Denver Health Residency in Emergency Medicine, 1998-2016
35. Denver Health Residency in Emergency Medicine Compliance Committee, 2006-2014
36. Pharmacy and Therapeutics Committee member, Denver Health Medical Center, 1998-2006
37. EMS Education committee member, Denver Health Medical Center, 1998-2016
38. Safety Committee member, Denver Health Medical Center, 1998-2001
39. Residency Advisory Committee, Denver Health Medical Center Residency in Emergency Medicine, 1998-2016
40. Moderator, Case Presentations, Rocky Mountain Critical Care Transport Conference, May, 2003
41. Instructor, Difficult Airway Lab, Rocky Mountain Critical Care Transport Conference, May, 2003
42. Trauma Center Site Surveyor, State of Florida Department of Health and Rehabilitative Services, Office of Emergency Medical Services, 2003-present
    a. Trauma site review – 10/23 – 10/25, 2019
43. Member, Denver EMS Council, 1998-2016
44. Member, Denver Metro Physician Advisors, 1999-2016

45. Medical Expert and Faculty, Boulder Trial Academy, International Association of Defense Counsel, 1998-2002
46. Member, Medical Advisory Group (MAG), to the Colorado State EMS Director, 2003-2008
47. Transfusion Committee member, St. Joseph Mercy Hospital, Ann Arbor, Michigan. 1996-1998

**Editorial Positions**

1. Section Editor, Trauma, UpToDate, 2009 - present
2. Section Editor, <u>Abstracts</u>
   The Journal of Emergency Medicine, 1999-2002
3. Review Editor, The Journal of Emergency Medicine, 1999-2008
4. Review Editor, Western Journal of Emergency Medicine, 2008 – 2016
5. Manuscript reviewer, JAMA Network Open, 2019-present
6. Manuscript reviewer, Academic Emergency Medicine, 2003 – present
7. Manuscript reviewer, Critical Care, 2008-present
8. Manuscript reviewer, Patient Safety in Surgery, 2009-present
9. Guest Editor, EM International, Prehospital Care

**Publications:**

**Peer Reviewed Journal Articles**

1. Shapiro M, Dechert, **Colwell C**, Bartlett R, Rodriguez: <u>Geriatric Trauma: Aggressive Intensive Care Management is Justified.</u>  American Surgeon 1994;60(9):695-8
2. **Colwell C**, Pons PT, Blanchet J, Mangino C: <u>Claims Against a Paramedic Ambulance Service: A Ten Year Experience.</u> J Emerg Med 1999, 17(6):999-1002
3. Apfelbaum J, **Colwell C**, Roe E: <u>Precipitous Breech Delivery of Twins: A Case Report.</u> Prehospital Emerg Care 2000; 4(1):78-81
4. Gnadinger CA, **Colwell C**, Knaut AL: <u>Scuba Diving-Induced Pulmonary Edema in a Swimming Pool.</u> J Emerg Med 2001; 21(4):419-421
5. Houry D, **Colwell C**, Ott C: <u>Abdominal Pain in a Child after Blunt Abdominal Trauma: An Unusual Injury.</u> J Emerg Med 2001; 21(3):239-241
6. Barton E, Ramos J, **Colwell C**, Benson J, Bailey J, Dunn W: <u>Intranasal Administration of Naloxone by Paramedics.</u> Prehosp Emerg Care 2002; 6:54-8

7. **Colwell C**, Pons PT, Pi R: <u>Complaints Against an EMS System.</u> J Emerg Med 2003;25(4):403-408

8. **Colwell C,** McVaney K, Haukoos J, Wiebe D, Gravitz C, Dunn W, Bryan T: <u>An Evaluation of Out-of-Hospital Advanced Airway Management in an Urban Setting.</u> Acad Emerg Med 2005; 12(5):417-22

9. McVaney KE, Macht M, **Colwell CB**, Pons PT: <u>Treatment of Suspected Cardiac Ischemia with Aspirin by Paramedics in an Urban Emergency Medical Services System.</u> Prehospital Emerg Care 2005, 9(3):282-284

10. Barton E, **Colwell CB**, Wolfe TR, Fosnocht D, Gravitz C, Bryan T, Dunn W, Benson J, Bailey J: <u>The Efficacy of Intranasal Naloxone as a Needleless Alternative for Treatment of Opiate Overdose in the Prehospital Setting.</u> J Emerg Med 2005;29(3):265-71

11. Levine SD, **Colwell CB**, Pons PT, Gravitz C, Haukoos JS, McVaney KE: <u>How Well do Paramedics Predict Admission to the Hospital? A Prospective Study.</u> J Emerg Med 2006;31(1):1-5

12. **Colwell CB**: <u>Case Studies in Infectious Disease: Travel-Related Infections</u>. Emerg Med 2006;38(10):35-43

13. Bonnett CJ, Peery BN, Cantril SV, Pons PT, Haukoos JS, McVaney KE, **Colwell CB:** <u>Surge capacity: a proposed conceptual framework</u>. Am J Emerg Med 2007;25:297-306.

14. **Colwell C**. Initial evaluation and management of shock in adult trauma. In: UpToDate, Basow DS (Ed), UpToDate, Waltham, MA, 2007 - present

15. Bonnett CJ, **Colwell CB**, Schock T, McVaney KE, Depass C: <u>Task Force St. Bernard: Operational Issues and Medical Management of a National Guard Disaster Response.</u> Prehospital and Disaster Medicine 2007;22(5):440-447

16. **Colwell CB**: <u>Heat Illness.</u> Emerg Med 2008; 40(6): 33-39

17. **Colwell CB**, Cusick JC, Hawkes AP and the Denver Metro Airway Study Group: <u>A prospective study of prehospital airway management in an urban EMS system.</u> Prehosp Emerg Care 2009; 13:304-310

18. **Colwell CB**, Mehler P, Harper J, Cassell L, Vazquez J, Sabel A: <u>Measuring quality in the prehospital care of chest pain patients.</u> Prehospital Emerg Care 2009;13:237-240

19. Kashuk JL, Halperin P, Caspi G, **Colwell CB**, Moore EE: <u>Bomb explosions in acts of terrorism: Evil creativity challenges our trauma systems.</u> J Am Coll Surg 2009; 209(1):134-140

20. Stone SC, Abbott J, McClung CD, **Colwell CB**, Eckstein M, Lowenstein SR: <u>Paramedic knowledge, attitudes, and training in end-of-life care.</u> Prehospital Disaster Medicine 24(6):529-34, Nov-Dec 2009.

21. Gaither JB, Matheson J, Eberhardt A, **Colwell CB**: <u>Tongue engorgement associated with prolonged use of the King-LT laryngeal tube device.</u> Ann Emerg Med, 2009. Ann Emerg Med 2010; 55(4):367-9.

22. Bookman SJ, Eberhardt AM, Gaither JB, **Colwell CB**: <u>Hospital Group Preparation for the 2008 Democratic National Convention.</u> Journal of Homeland Security and Emergency Management 2010; Vol. 7: Iss. 1, Article 16.

23. Haukoos JS, Witt G, Gravitz C, Dean J, Jackson D, Candlin T, Vellman P, Riccio J, Heard K, Kazatomi T, Luyten D, Pineda G, Gunther J, Biltoft J, **Colwell CB**: Out-of-hospital cardiac arrest in Denver, Colorado: Epidemiology and outcomes. Acad Emerg Med 2010; 17(4):391-8.

24. Haukoos JS, Byyny RL, Erickson C, Paulson S, Hopkins E, Sasson C, Bender B, Gravitz C, Vogel JA, **Colwell CB**, Moore EE. Validation and refinement of a rule to predict emergency intervention in adult trauma patients. Ann Emerg Med 2011;58:164-171

25. **Colwell CB**, Eberhardt A. Less Lethal Force. Emergency Medicine Reports 2011, 32(18):1-12

26. Soriya G, McVaney KE, Liao MM, Haukoos JS, Byyny RL, Gravitz C, **Colwell CB.** Safety of prehospital intravenous fentanyl for adult trauma patients. J Trauma Acute Care Surg 2012;72(3):755-59

27. Gudnik MR, Sasson C, Rea TD, Sayre MR, Zhang J, Bobrow BJ, Spaite DW, McNally B, Denninghoff K, Stolz U, Levy M, Barger J, Dunford JV, Sporer K, Salvucci A, Ross D, **Colwell CB**, Turnbull D, Rosenbaum R, Schrank K, Waterman M, Dukes R, Lewis M, Fowler R, Lloyd J, Yancey A, Grubbs E, Lloyd J, Morris J, Boyle S, Johnson T, Wizner C, White M, Braithwaite S, Dyer S, Setnik G, Hassett B, Santor J, Swor B, Chassee T, Lick C, Parrish M, Radde D, Mahoney B, Todd D, Salomone J, Ossman E, Myers B, Garvey L, Camerson J, Slattery D, Ryan J, McMullan J, Keseg D, Leaming J, Sherwood BK, Luther J, Slovis C, Hinchey P, Harrington M, Griswell J, Beeson J, Persse D, Gamber M, Ornato J. Increasing hospital volume is not associated with improved survival in out of hospital cardiac arrest of cardiac etiology. Resuscitation 2012; 83(7):862-8

28. Mascolo M, Trent S, **Colwell CB**, Mehler PS. What the Emergency Department needs to know when caring for your patients with eating disorders. Int J Eat Disord 2012;45(8):977-81

29. **Colwell CB**, Bookman S, Johnston J, Roodberg K, Eberhardt AM, McVaney KE, Kashuk J, Moore EE. Medical Preparation for the 2008 Democratic National Convention. J Trauma Acute Care Surg 2012 Dec;73(6):1624-8

30. Trent SA, Moreira ME, **Colwell CB**, Mehler P. ED management of patients with eating disorders. Am J Emerg Med 2013 May;31(5):859-65

31. French AJ, **Colwell CB**. Atlas of Emergency Ultrasound. J Trauma Acute Care Surg 2013:75:919.

32. Cleveland N, **Colwell C**, Douglass E, Hopkins E, Haukoos JS. Motor Vehicle Crash Severity Estimations by Physicians and Prehospital Personnel. Prehosp Emerg Care 2014;18(3):402-7

33. Macht M, Mull AC, McVaney KE, Caruso EH, Johnston JB, Gaither JB, Shupp AM, Marquez KD, Haukoos JS, **Colwell CB**. Comparison of Droperidol and Halperidol for use by paramedics: Assessment of safety and effectiveness. Prehosp Emerg Care 2014:18(3):375-80

34. Nassel AF, Root ED, Haukoos JS, McVaney K, **Colwell C**, Robinson J, Eigel B, Magid DJ, Sasson C. Multiple cluster analysis for the identification of high-risk census tracts for out-of-hospital cardiac arrest (OHCA) in Denver, Colorado. Resuscitation 2014;85:1667-73

35. Vogel JA, Seleno N, Hopkins E, **Colwell CB**, Gravitz C, Haukoos JS. <u>Denver Emergency Department Trauma Organ Failure Score outperforms traditional methods of risk stratification in trauma.</u>  Am J Emerg Med 2015;33(10):1440-4

36. Vogel JA, Newgard CD, Holmes JF, Diercks DB, Arens AM, Boatright DH, Bueso A, Gaona SD, Gee KZ, Nelson A, Voros JJ, Moore EE, **Colwell CB**, Haukoos JS; Western Emergency Services Translational Research Network. <u>Validation of the Denver Emergency Department Trauma Organ Failure Score to Predict Post-Injury Multiple Organ Failure</u>. J Am Coll Surg 2016;222(1):73-82

37. Joseph D, Vogel JA, Smith CS, Barrett W, Bryskiewicz G, Eberhardt A, Edwards D, Rappaport L, **Colwell CB**, McVaney KE. <u>Alcohol as a Factor in 911 Calls in Denver</u>. Prehosp Emerg Care 2018, 22(4):427-35

38. Hsia RY, Huang D, Mann NC, **Colwell C**, Mercer MP, Dai M, Niedzwiecki MJ. <u>A US National Study of the Association Between Income and Ambulance -</u> doi:10.1001/jamanetworkopen.2018.5202

39. Matthay ZA, Kornblith AE, Matthay EC, Sedaghati M, Peterson S, Boeck M, Bongiovanni T, Campbell A, Chalwell L, **Colwell C**, Farrell M, Kim WC, Knudson MM, Mackersie R, Li L, Nunez-Garcia B, Langness S, Plevin RE, Sammann A, Tesoriero R, Stein D, Kornblith LZ. <u>The DISTANCE Study: Determining the Impact of Social Distancing on Trauma Epidemiology During COVID-19 Epidemic-An Interrupted Time-Series Analysis.</u> J Trauma and Acute Care Surg 2020; Nov 24. Doi: 10.1097/TA.0000000000003044. Online ahead of print

40. Bains G, Breyre A, Seymour R, Montoy JC, Brown J, Mercer M, **Colwell C**. Centralized Ambulance Destination Determination: A Retrospective Data Analysis to Determine Impact on EMS System Distribution, Surge Events, and Diversion Status. West J Emerg Med 2021, 22(6):1311-16. DOI: 10.5811/westjem.2021.8.53198

41. Braithwaite S, Stephens C, Remick K, Barrett W, Guyette FX, Levy M, **Colwell CB**. Prehospital Trauma Airway Management: An NAEMSP Position Statement and Resource Document. Preshosp Emerg Care 2022; 26(Sup1):64-71

## Invited Articles, Book Chapters, and Editorials

1. **Colwell C**, Harken A: <u>*Cardiac Arrhythmias*</u>. In: Markovchick V, Pons P(eds) <u>Emergency Medicine Secrets.</u> Hanley & Belfus, Inc., Philadelphia, PA; 2nd Edition, 1999, pp. 119-123

2. Murphy P, **Colwell C**: <u>*Prehospital Management of Epiglottitis*</u>. EMS 2000; 29(1):41-9

3. Murphy P, **Colwell C**: <u>*Prehospital Management of Neck Trauma.*</u> EMS 2000; 29(5):53-71

4. Murphy P, **Colwell C**: <u>*Heatwave: Prehospital Mangement of Heat Related Conditions.*</u> EMS 2000; 29(6):33-49

5. Murphy P, **Colwell C**: _Prehospital Management of Diabetes._ EMS 2000; 29(10):78-85
6. Murphy P, **Colwell C**, Bryan T: _Noncardiac Chest Pain._ EMS 2001; 30(4):66-71
7. Murphy P, **Colwell C**: _Communication Breakdown: When Medic and Medical Control Don't Agree._ Cover Story, EMS 2001 30(5):61-2
8. Murphy P, **Colwell C**, Linder G: _Assessment Clues._ EMS 2001; 30(7):45-8
9. **Colwell C**, Murphy P, Bryan T: _Mechanism of Injury: An Overview_ Cover Story, EMS 2003; 32(5):52-64
10. **Colwell C**, Harken A: _Cardiac Arrhythmias_. In: Markovchick V, Pons P(eds) Emergency Medicine Secrets. Hanley & Belfus, Inc., Philadelphia, PA; 3rd Edition, 2003, pp. 140-143
11. Kendall J, **Colwell C**: _Pericarditis and Myocarditis_ In: Markovchick V, Pons P (eds) Emergency Medicine Secrets. Hanley & Belfus, Inc., Philadelphia, PA; 3rd Edition, 2003, pp. 149-154
12. **Colwell CB**, Murphy P, Bryan T. _Prehospital Management of the Pregnant Patient._ EMS 2004; 33(3):59-67.
13. **Colwell CB**, Murphy P, Bryan T. _Pulseless Electrical Activity._ EMS 2004; 33(9):63-8.
14. **Colwell CB**, Murphy P, Bryan T, Nelson S. _Psychological Disorders: A General Overview._ EMS 2004;33(11):74-83.
15. **Colwell C**: _Traumatic Shock_ In: Harwood-Nuss A, Wolfson A (eds) The Clinical Practice of Emergency Medicine. Lippincott Williams & Wilkins, Philadelphia, PA; 4th Edition, 2005; 907-12.
16. **Colwell C**, Murphy P, Bryan T. _Pediatric Potpourri: An Overview of Select Pediatric Conditions._ EMS 2005;34(7):50-58
17. **Colwell C**, Murphy P, Bryan T. _Uncompleted Suicide Attempts._ EMS 2005;34(11):73-86
18. Murphy P, **Colwell CB**, Pineda G, Bryan T: _Breaking Down Barriers: How EMS providers can communicate with autistic patients._ EMS 2006;35(4):84-89
19. Murphy P, **Colwell CB**, Pineda G, Bryan T: _Traumatic Amputations._ EMS 2006; 35(6):90-96
20. **Colwell CB**, Murphy P, Bryan T: _Geriatric Trauma._ EMS 2006;35(9):135-140
21. **Colwell CB**: _Cardiac Dysrhythmias, Pacemakers, and Implantable Defibrillators_ In: Markovchick V, Pons P (eds) Emergency Medicine Secrets. Mosby Elsevier, Philadelphia, PA; 4th Edition, 2006: 194-204
22. Kendall JL, **Colwell CB**: _Pericarditis and Myocarditis_ In: Markovchick V, Pons P (eds) Emergency Medicine Secrets. Mosby Elsevier, Philadelphia, PA; 4th Edition, 2006: 213-218
23. **Colwell CB**: _Disasters_ In: Chapleau W, Pons P (eds) Emergency Medical Technician. Mosby JEMS Elsevier, St. Louis, MO, 2007:708-725
24. **Colwell CB**: _Hyperkalemia_ In: Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (eds): Rosen and Barkin's 5-Minute Emergency Consult Lippincott Williams & Wilkins, Philadelphia, PA; 3rd Edition, 2007: 550-551

25. **Colwell CB**: *High Altitude Illness* In: Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (eds): <u>Rosen and Barkin's 5-Minute Emergency Consult</u> Lippincott Williams & Wilkins, Philadelphia, PA; 3rd Edition, 2007:522-523

26. **Colwell CB**: *Dialysis Complications* In: Schaider J, Hayden SR, Wolfe R, Barkin RM, Rosen P (eds): <u>Rosen and Barkin's 5-Minute Emergency Consult</u> Lippincott Williams & Wilkins, Philadelphia, PA; 3rd Edition, 2007:310-311

27. **Colwell CB**: *Gastroenterology* In: Chapleau W, Burba AC, Pons PT, Page D (eds): <u>The Paramedic</u> McGraw-Hill, New York, NY; 2008:839-861

28. **Colwell CB**: *Lightning and Electrical Injuries* In: Adams JG (Ed): <u>Emergency Medicine</u> Elsevier, Philadelphia, PA, 2008;131:1451

29. Murphy P, **Colwell CB**, Pineda G, Bryan T: *Cerebral hemorrhage. What EMS providers need to know about cerebral anatomy and common forms of cerebral hemorrhage*. EMS 2009; 38(5):46-55

30. **Colwell CB,** Johnston J, Schimpf B, Nieberlein D, Petre B, Bookman S, Robinson J, Jackamore S, Gaither J, Eberhardt A, Benson J, Crowl D. *The response and lessons learned from the crash at Denver International Airport.* JEMS 2009; 34(9):36-45.

31. Murphy P, **Colwell CB**, Pineda G, Bryan T. *Shortness of breath: A review of select conditions.* EMS 2009, 38(7):51-63.

32. **Colwell CB,** Moore EE: *Traumatic Shock* In: Wolfson AB (ed): <u>Harwood-Nuss' Clinical Practice of Emergency Medicine</u> Lippincott Williams &Wilkins, Philadelphia, PA, 5th Edition, 2009:142-148

33. **Colwell CB,** Markovchick V: *Radiation Injuries* In: Marx JA, Hockberger RS, Walls RM (eds): <u>Rosen's Emergency Medicine: Concepts and Clinical Practice</u> Mosby Elsevier Philadelphia, PA 7th Edition, 2009:1933-1941

34. Murphy P, **Colwell CB**, Pineda G, Bryan T: *Burning issues: By understanding the pathophysiology of burns, providers can give patients their best chance at good outcomes.* EMS 2009, 38(10):83-90.

35. Murphy P, **Colwell CB**, Pineda G, Bryan T: *Abdominal Pain: A review of select conditions.* EMS 2010, 39(1):68-74

36. Murphy P, **Colwell CB**, Pineda G, Bryan T: *A Shocking Call: Prehospital assessment and management of electrical injuries and lightning strikes.* EMS 2010, 39(2):46-53

37. Murphy P, **Colwell CB**, Pineda G, Bryan T: *Shootings: What EMS providers need to know: the assessment and treatment of victims of gunshot wounds*. EMS 2010, 39(4):37-45

38. **Colwell CB**: *Managing the Acutely Agitated Patient*. EMS Innovations 2010 EMS 2010, 39(7):I-8-I-9

39. Soriya G, **Colwell CB**: *Basic Life Support*. In: Moore EE (ed): <u>Encyclopedia of Intensive Care Medicine</u> Springer, 1st Edition, 2010

40. Soriya G, **Colwell CB**: *Emergency Medical Services* In: Moore EE (ed): <u>Encyclopedia of Intensive Care Medicine</u> Springer, 1st Edition, 2010

41. Mull A, **Colwell CB**: *Prehospital Care* In: Moore EE (ed): <u>Encyclopedia of Intensive Care Medicine</u> Springer, 1st Edition, 2010

42. Murphy P, **Colwell CB**, Pineda G, Bryan T: *Hemochromatosis*. EMS 2010; 39(10):53-57

43. **Colwell CB**: *Hyperkalemia* In: Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin AZ, Shayne P, Rosen P (eds): <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> Lippincott Williams & Wilkins, a Wolters Kluwer, PA 4th Edition, 2011: 552-553

44. **Colwell CB**: *High Altitude Illness* In: Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin AZ, Shayne P, Rosen P (eds): <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> Lippincott Williams & Wilkins, Wolters Kluwer, PA 4th Edition, 2011: 524-525

45. **Colwell CB**: *Dialysis Complications* In: Schaider JJ, Barkin RM, Hayden SR, Wolfe RE, Barkin AZ, Shayne P, Rosen P (eds): <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> Lippincott Williams & Wilkins, a Wolters Kluwer, PA 4th Edition, 2011: 310-311

46. **Colwell CB**, Mull AC: *Cardiac Dysrhythmias, Pacemakers, and Implantable Defibrillators*. In: Markovchick VJ, Pons PT, Bakes KM (eds): <u>Emergency Medicine Secrets</u> Elsevier Mosby, St. Louis MO 5th Edition, 2011:208-218

47. Kendall JL, **Colwell CB**: *Pericarditis and Myocarditis* In: Markovchick VJ, Pons PT, Bakes KM (eds): <u>Emergency Medicine Secrets</u> Elsevier Mosby, St. Louis MO 5th Edition, 2011:229-234

48. **Colwell CB**, Soriya G: *Heat Illness* In: Markovchick VJ, Pons PT, Bakes KM (eds): <u>Emergency Medicine Secrets</u> Elsevier Mosby, St. Louis MO 5th Edition, 2011:407-410

49. Murphy P, **Colwell CB,** Pineda G: *Smoke Inhalation.* EMS World 2011; May issue

50. Eberhardt A, **Colwell CB**: *Prehospital Care.* In: Legome E, Shockley LW (eds): <u>Trauma: A Comprehensive Emergency Medicine Approach</u> Cambridge University Press, New York, 2011:653-662

51. Crowl D, **Colwell CB**, Mettera CJ: *Double trouble: Don't get fooled when assessing the pregnant trauma patient.* JEMS 2011; Sept:52-59

52. Mehler PS, **Colwell CB**, Stahel PF: *A structured approach to improving patient safety: Lessons from a public safety-net system.* Patient Safety in Surgery 2011; 5:32 (1 December, 2011)

53. Murphy P, **Colwell CB**, Pineda G: *Understanding the Trauma Triad of Death*. EMS World 2012, 41(2):44-51

54. Thomas SH, Colwell CB, Deslandes J, Dyer S, Goodloe JM. <u>Prehospital Care</u>. Emerg Med International 2012, Article ID 965480

55. **Colwell CB.** *On-Line Medical Direction*. In: Pons PT, Markovchick VJ (eds): <u>Prehospital Care: Pearls and Pitfalls</u>. People's Medical Publishing House, Shelton, CT, 2012:79-82

56. **Colwell CB**. *Incident Management*. In: Pons PT, Markovchick VJ (eds): <u>Prehospital Care: Pearls and Pitfalls</u>. People's Medical Publishing House, Shelton, CT, 2012:137-45

57. **Colwell CB**. *Chest Pain*. In: Pons PT, Markovchick VJ (eds): <u>Prehospital Care: Pearls and Pitfalls</u>. People's Medical Publishing House, Shelton, CT, 2012:239-44

58. Prehospital Care. Emergency Medicine International Special Edition. Thomas SH, **Colwell C**, Deslandes JC, Dyer S, Goodloe JM, Guest Editors. Hindawi Publishing Corp, 2012

59. Thomas SH, **Colwell C**, Deslandes JC, Dyer S, Goodloe JM. Prehospital Care. Emergency Medicine International 2012; article ID 965480

60. **Colwell CB**. *Lightning and Electrical Injuries*. In: Adams (ed): <u>Emergency Medicine: Clinical Essentials</u> Elsevier Saunders, Philadelphia, PA 2nd Edition 2013:1148-52

61. **Colwell CB.** Book review: *An Introduction to Clinical Emergency Medicine, 2nd ed.* In: J Trauma and Acute Care Surgery 2013 Jan;74(1):344

62. **Colwell CB.** *Radiation Injuries* In: Marx (ed): <u>Rosen's Emergency Medicine; Concepts and Clinical Practice</u> Elsevier Saunders, Philadelphia, PA 8th Edition, 2014:1945-53

63. Murphy P, **Colwell C**, Pineda G. *All You Need to Know About Bariatrics*. EMS World 2014, 43(3):26-35

64. **Colwell CB**, Moore EE. *Traumatic Shock*. In: Wolfson AB (ed): <u>Harwood Nuss' Clinical Practice of Emergency Medicine</u> Lippincott Williams &Wilkins, Philadelphia, PA, 6th Edition, 2014:137-142

65. **Colwell CB**. *High Altitude Illness* In: Schaider et al (ed): <u>Rosen and Barkin's 5- Minute Emergency Medicine Consult</u>. Wolters Kluwer, Philadelphia, PA 5th Edition, 2015:534-5

66. **Colwell CB**. *Dialysis Complications* In: Schaider et al (ed): Rosen and Barkin's 5- Minute Emergency Medicine Consult. Wolters Kluwer, Philadelphia, PA 5th Edition, 2015: 312-3

67. **Colwell CB**. *Hyperkalemia* In: Schaider et al (ed): <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult.</u> Wolters Kluwer, Philadelphia, PA 5th Edition, 2015: 562-3

68. **Colwell CB.** *Refusal in the Field: When can an uncooperative patient refuse care and transport?* Journal of Emergency Medical Services (JEMS) July, 2016

69. **Colwell CB**, Moore E. *Initial evaluation and management of abdominal gunshot wounds in adults.* In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA. (Accessed July 12, 2019 – 10,156 views in 2018)

70. **Colwell CB**, Moore E. *Initial evaluation and management of abdominal stab wounds in adults*. In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA. (Accessed July 12, 2019 – 10,383 views in 2018)

71. **Colwell CB**. *Initial evaluation and management of shock in adult trauma and management of non-hemorrhagic shock*. In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA. (Accessed July 12, 2019 – 17,317 views in 2018)

72. **Colwell CB**. *Geriatric trauma: Initial evaluation and management.* In: UpToDate, Post TW (Ed), UpToDate, Waltham, MA. (Revision – July, 2019. 17,777 views in 2018)

73. **Colwell CB**. *Supply, Demand, and Crisis: Emergency Department Diversion of Ambulances in San Francisco.* San Francisco Medicine (Journal of The San Francisco Medical Society), 90(3):15-17, April, 2017

74. **Colwell CB,** Fox CJ. *Abdominal Aortic Aneurysm.* In: Rosen's Emergency Medicine – Concepts and Clinical Practice. Elsevier, Philadelphia, PA. 9th Edition, 2018:1027-35.

75. **Colwell CB**. *Imaging in trauma.* Audio Digest Emergency Medicine 35:16 (August 21), 2018

76. **Colwell CB.** *Geriatric trauma.* Audio Digest Emergency Medicine 35:16 (August 21), 2018

77. Mason J, **Colwell CB,** Grock A. *Agitation Crisis Control.* Ann Emerg Med 2018;72:371-3

78. Mason J, Mallon B, **Colwell CB**. *Restraining the Agitated Patient.* EM:RAP October 2018, Volume 18, Issue 10.

79. **Colwell CB.** *Initial management of moderate to severe hemorrhage in the adult trauma patient.* In UpToDate. Post TW (Ed), UpToDate, Waltham, MA. July 12th, 2019. (74,419 views in 2019)

80. **Colwell CB**. *Media Communication.* In: Communication in Emergency Medicine. Moreira ME and French AJ (Eds). Oxford University Press, New York, NY, 2019: 259-267

81. **Colwell CB**. *Initial evaluation and management of abdominal gunshot wounds in adults.* In UpToDate. Post TW (Ed), UpToDate, Waltham, MA. Updated – January 7th, 2020. (12,310 views in 2019)

82. **Colwell CB,** Moore EE. *Initial evaluation and management of abdominal stab wounds in adults.* In UpToDate. Post TW (ED), UpToDate, Waltham, MA. Updated August 10th, 2020. (12,382 views in 2019)

83. Maloney LM, Hoffman J, Pepe PE, **Colwell CB**, Antevy PM, Crowe RP, Doerries BL. *Minding the Mind of EMS Part I: Recognizing that it's OK for the best of us to not always feel ok*. EMS World, November, 2020

84. **Colwell CB**. *Disasters and Mass Casualty Incidents*. In Chapleau, Chapman, Hunter, Pons, Stuke (Eds): Prehospital Medicine: Principles, Pearls & Pitfalls. International PreHospital Medicine Institute (IPHMI), 2020: 180-188

85. **Colwell CB**, Moore EE. *Traumatic Shock*. In: Wolfson AB (Ed): Harwood-Nuss' Clinical Practice of Emergency Medicine. Wolters Kluwer, Philadelphia, PA, 2021: pp. 140-146

86. **Colwell CB.** *Cardiac Dysrhythmias, Pacemakers, and Implantable Defibrillators.* In: Bakes KM, Buchanan JA, Moreira ME, Byyny R, Pons PT (Eds): Emergency Medicine Secrets, 7th Edition. Elsevier. Philadelphia, PA, 2022: pp. 181-189.

87. **Colwell CB.** *Pericarditis and Myocarditis.* In: Bakes KM, Buchanan JA, Moreira ME, Byyny R, Pons PT (Eds): Emergency Medicine Secrets, 7th Edition. Elsevier. Philadelphia, PA, 2022: pp. 199-203.

88. **Colwell CB**. *Heat Illness.* In: Bakes KM, Buchanan JA, Moreira ME, Byyny R, Pons PT (Eds): Emergency Medicine Secrets, 7th Edition. Elsevier. Philadelphia, PA, 2022: pp. 338-341.

89. **Colwell CB**. *Disaster Management*. In: Bakes KM, Buchanan JA, Moreira ME, Byyny R, Pons PT (Eds): Emergency Medicine Secrets, 7th Edition. Elsevier. Philadelphia, PA, 2022: pp 586-591.

90. Maloney LM, Hoffman J, Pepe PE, **Colwell CB**, Antevy PM, Crowe RP, Doerries BL, Anderson SH, Schneider SM: *Minding the Mind of EMS Part II: Here's How to Help Employees' Mental Well-Being*. EMS World, September, 2021.

91. **Colwell CB**. *Initial evaluation and management of abdominal gunshot wounds in adults.* In UpToDate. Post TW (Ed), UpToDate, Waltham, MA. Updated – October 12th, 2021. (12,800 views in 2020)

92. Murphy P, **Colwell C**, Pineda G, Wortham C, Nelson S. *EMS Telemedicine: Watch the Details*. Healthcare Business Today, February 2nd, 2022.

93. **Colwell CB**. *My experience treating victims of mass shootings is no longer unique.* Op-Ed, MedPage Today, June 1st, 2022

94. **Colwell, C.** *Columbine should have been an isolated event. It was just a beginning.* Opinion – Policy, Scientific American, June 22nd, 2022.

95. **Colwell, C.** *Abdominal Aortic Aneurysm* In: Walls et al (eds): Rosen's Emergency Medicine: Concepts and Clinical Practice, 10th Edition. Elsevier, Philadelphia PA, 2023

96. **Colwell, C.** *Initial management of moderate to severe hemorrhage in the adult trauma patient.* In UpToDate. Post TW (Ed), UpToDate, Waltham, MA. Updated – August, 2022. Over 51,000 views in 2021

97. **Colwell, C.** *Initial evaluation and management of abdominal stab wounds in adults.* In UpToDate. Post TW (Ed), UpToDate, Waltham, MA. Updated – August, 2022. Over 15,000 views in 2021

98. **Colwell, C.** *Approach to shock in the adult trauma patient.* In UpToDate. Post TW (Ed), UpToDate, Waltham, MA. Updated September, 2022. Over 10,800 views in 2021

99.

**Letters to the Editor**

1. **Colwell C**, Markovchick V, Pons P: **Drug Concern** J. Emerg. Med. Services 2000;25:10

2. Abboud P, **Colwell C**: **Critically reappraising the literature-driven practice of analgesia administration for acute abdominal pain in the emergency room prior to surgical evaluation.** Am J Surg, 2004; Jul 188(1):102-3, Author reply 103-4

3. **Colwell C**, McVaney K, Haukoos J: Reply to: **Out-of-hospital Endotracheal Intubation-It's Time to Stop Pretending that Problems Don't Exist.** Acad Emerg Med 2005;12(12):1245-6

4. **Colwell C**: **Reply to: EMS Response to Columbine: Lessons Learned**. The Internet Journal of Rescue and Disaster Medicine 2006; Vol. 5, No. 2

**Abstracts Presented**

1. **Colwell C**, Wolfe R, Moore E, Cairns C: **Differences in Hemodynamic Data Between Geriatric and Younger Adult Trauma Patients.** Poster

Presentation; 21st Annual Rocky Mountain Conference on Emergency Medicine and Nursing, Jan. 30th, 1995

2. **Colwell C**, Wolfe R, Moore E, Cairns C: **Differences in Hemodynamic Data Between Geriatric and Younger Adult Trauma Patients.** Presented as an oral presentation at the 25th Annual Meeting of the Society for Academic Emergency Medicine, Denver, Colorado, May, 1995.

3. Branney S, **Colwell C**, Aschenbrenner J, Pons P: **Safety of Droperidol for Sedating Out-of-control ED Patients.** Presented at the Annual Meeting of the Society for Academic Emergency Medicine, Denver, Colorado, 1996. (Acad Emerg Med 1996; 3:527)

4. Barton E, Ramos J, **Colwell C**: **Intranasal Administration of Naloxone by Paramedics: Could this be a better practice?** Presented at American College of Emergency Physicians (ACEP) Research Forum, October 2001. (Ann Emerg Med 2001; 38(4):Supplement p. S18)

5. Barton E, **Colwell C**, Ramos J: **Intranasal Administration of Naloxone by Paramedics: Could this be a better practice?** Presented at The First Mediterranean Emergency Medicine Congress, Stressa Convention Center, Stressa, Italy, September 2001

6. Levine S, **Colwell C**, Pons P, Gravitz C, Haukoos J: **How well do paramedics predict admission to the hospital?** Presented at AAEM Resident Research Competition, San Diego, California, February 2005

7. **Colwell C,** Mehler P, Sabel A, Harper J, Johnson L, Cassell L: **Determining the Quality of Comprehensive Care for Non-Traumatic Chest Pain through a Composite Measure.** Presented at SAEM Western Regional Research Forum, Portland, Oregon, March, 2007.

8. **Colwell C,** Mehler P, Sabel A, Harper J, Johnson L, Cassell L. **Analysis of Ambulance Response for Patients with Medical Chest Pain Based on the Severity of Potential Cardiac Symptoms.** Presented at SAEM Western Regional Research Forum, Portland, Oregon, March 2007.

9. Haukoos JA, Witt G, **Colwell C. The Epidemiology of Out-of-Hospital Cardiac Arrest in Denver, Colorado. Results from Phase I of the Denver Cardiac Arrest Registry.** Presented at SAEM Annual Meeting, May 30th, 2008, Washington D.C.

10. Kashuk JL, Moore EE, Barnett C, Berlew CC, **Colwell CB**, Brody A, Johnson J, Biffl W, Sabel AL. **Implementation of an in-hospital mass casualty incident (MCI) plan based upon the Israeli model: The challenges of shifting to the battlefield mentality in the civilian setting.** International Preparedness & Response to Emergencies & Disasters Conference. Tel –Aviv, Israel. January 11th, 2010.

11. Moore EE, Kashuk JL, **Colwell CB**, Barnett C, Burlew CC, Biffl WL, Johnson JL, Brody A, Sabel A**. Live victim volunteers (LVV) enhance performance improvement for in-hospital mass casualty incident (MCI) drills: listen to the patient!** International Preparedness & Response to Emergencies and Disasters (IPRED). Tel-Aviv, Israel. January 12th, 2010.

12. Barnett C, Kashuk J, Moore EE, **Colwell CB**, Johnson JL, Biffl W, Burlew CC, Brody A, Sabel A. **Notification and Communication: Critical initial**

**steps in mass casualty incident drills.** International Preparedness & Respons to Emergencies and Disasters (IPRED). January 12th, 2010. Tel Aviv, Israel

13. **Colwell CB**, Moore EE, Kashuk J, Robinson J, Bookman S. **Lessons learned from the 2008 Democratic National Convention**. International Preparedness & Response to Emergencies and Disasters (IPRED). Tel-Aviv, Israel. January 12th, 2010.

14. Soriya G, **McVaney K**, **Liao M**, **Haukoos J**, **Byyny R**, **Colwell C**. **Safety of pre-hospital single-dose fentanyl in adult trauma patients**. 13th Annual Western Regional Society for Academic Emergency Medicine Meeting, Sonoma, CA, 2010 (Oral).

15. Soriya G, McVaney K, **Liao M**, **Haukoos J**, **Byyny R**, **Colwell C**. **Safety of pre-hospital single-dose fentanyl in adult trauma patients**. Society for Academic Emergency Medicine Annual Meeting, Scottsdale, Phoenix, AZ, 2010 (Poster).

16. Sasson C, **Colwell C**, McNally B, Haukoos J.  **"Associations Between Individual-level and Census Tract-level Characteristics and Performance of Bystander CPR Among Patients Who Experience Out-of-Hospital Cardiac Arrest."**  Oral Presentation American Heart Association November 2010.

17. Sasson C, **Colwell C**, McNally B, Dunford J, Haukoos J.  "Using the Cardiac Arrest Registry to Enhance Survival to Examine Regional Variation in the Utilization of Automated External Defibrillators." Poster Presentation Resuscitation Science Symposium American Heart Association November 2010.

18. Macht M, **Colwell CB**, Mull A, Johnston J B, Shupp A, Marquez KD, Gaither J, Haukoos J. "Droperidol versus haloperidol for prehospital sedation of acutely agitated patients." Poster presentation at NAEMSP 2012 Annual Meeting, January 2012

19. Nassel A, Haukoos J, McNally B, **Colwell CB**, Severyn F, Sasson C. "Using Geographic Information Systems and Cluster Analysis to identify Neighborhoods with High Out of Hospital Cardiac Arrest Incidence and Low Bystander Cardiopulmonary Resuscitation Prevalence in Denver, Colorado." Oral Presentation, Society of Academic Emergency Medicine Annual Meeting, May 2012, Chicago, Illinois. Acad Emerg Med 2012 19(4) Suppl.1, #513:S271-272

20. Vogel JA, Arens A, Johnson C, Ruygrok M, Smalley C, Byyny R, **Colwell CB**, Haukoos J. "Prehosptial and Emergency Department Intubation is Associated with Increased Mortality in Patients with Moderate to Severe Traumatic Brain Injury". Oral Presentation, Society of Academic Emergency Medicine Annual Meeting, May 2012, Chicago, Illinois. Acad Emerg Med 2012 19(4) Suppl. 1, #517:S273-S274

21. Vogel JA, Sasson C, Hopkins E, **Colwell CB**, Haukoos J. "Systems-Wide Cardiac Arrest Interventions Improve Neurologic Survival after Out-of-Hosptial Cardiac Arrest". Moderated Poster Presentation, Society of Academic Emergency Medicine Annual Meeting, May 2012, Chicago, Illinois. Acad Emerg Med 2012 19(4) Suppl. 1, #615:S324

22. Muramoto S, **Colwell C**, Mehler P, Bakes K. "Cost analysis of a hospital-based violence intervention program: At-risk intervention and mentoring program (AIM)." Poster presentation at 25th Annual Interprofessional Research and EBP Symposium, March 2014, Denver, CO.

23. Huang D, Niedzwiecki M, Mercer M, **Colwell CB**, Mann C, Hsia R. "Poor Neighborhoods Have Slower Response and Transport Times". Oral Presentation, National Association of EMS Physicians (NAEMSP) 2017 Annual Meeting, New Orleans, LA, January 26th, 2017.

24. Kanzaria HK, Mercer MP, To J, Costa B, Luna A, Bilinski J, Staconis D, Pitts M, Dentoni T, Williams T, Singh MK, **Colwell CB**, Marks JD. "Using Lean Methodology to Create a Care Pathway for Low Acuity Emergency Department Patients in a Safety-Net Hospital". Poster presentation, Society for Academic Emergency Medicine (SAEM) 2017. Orlando, FL. May 17th, 2017.

25. Niedzwiecki M, Huang D, Mercer M, **Colwell CB**, Mann NC, Hsia RY. "Do Poor Neighborhoods Have Slower EMS Times? Oral presentation, Society for Academic Emergency Medicine (SAEM) 2017. Orlando, FL, May 18th, 2017.

26. Matthay ZA, Kornblith AE, Matthay EC, Sedaghati M, Peterson S, Boeck M, Bongiovanni T, Campbell A, Chalwell L, **Colwell C**, Farrell F, Kim WC, Knudson MM, Mackersie R, Li L, Nunez-Garcia B, Langness S, Plevin R, Sammann A, Tesoriero R, Stein D, Kornblith LZ. "The DISTANCE Study: Determining the Impact of Social Distancing on Trauma Epidemiology During the COVID-19 Epidemic-An Interrupted Time-Series Analysis" Oral presentation, plenary session, UCSF Research Symposium (Virtual), October 28th, 2020.

27. Kim WC, Gelb A, **Colwell C**, Johnson L, Stein D. "Whole-Body Computed Tomography for Trauma Reduces Emergency Department Length of Stay" Poster presentation, Trauma Quality Improvement Program (TQIP) 2020 Scientific Meeting and Training (Virtual), December 9th, 2020.

28. Bains G, Breyre A, Seymour R, Brown J, Mercer M, Montoy JC, **Colwell C**. "Centralized Ambulance Destination Determination impact on Surge events and Level loading". Lightning rounds presentation, Society for Academic Emergency Medicine (SAEM) Virtual Meeting - #SAEM21. May 12th, 2021

29. Berger D, Wong-Castillo J, Mercer M, **Colwell C**, Brown J. Alternative Destinations: Characterization of EMS Patients Transported to a Field Care Clinic During COVID-19. Poster presentation, NAEMSP Research Forum, January 12th, 2022, San Diego, California

30. Curtis T, Boozapour O, Rebagliati D, **Colwell C**, Dailey M. Prehospital Chest Pain Management: Disparity Based on Homeless Status. Poster presentation, NAEMSP Research Forum, January 27th, 2023. Tampa, Florida

**Invited Lectures, Presentations, and Visiting Professorships:**

1. Hypertensive Emergencies
   Interdepartmental Grand Rounds, University of Michigan
   Ann Arbor, Michigan, May 1997

2. Pediatric Meningitis
   Emergency Medicine Grand Rounds, University of Michigan
   Ann Arbor, Michigan, October, 1997
3. Antibiotic Use in the Emergency Department
   Attending Lecture in Emergency Medicine
   Denver Health Medical Center, Denver, Colorado, October 1998
4. The Myth of EMS Response Times
   26th Annual Rocky Mountain Trauma and Emergency Medicine Conference
   Breckenridge, Colorado, July 1999
5. Geriatric Trauma
   26th Annual Rocky Mountain Trauma and Emergency Medicine Conference
   Breckenridge, Colorado, July 1999
6. Mass Casualty and Disaster Management: The Columbine Shootings
   Multidisciplinary Trauma Conference, Denver Health Medical Center
   Denver, Colorado, September 1999
7. Mass Casualty and Disaster Management: The Columbine Shootings
   Northeast EMS Conference
   Boston, Massachusetts, September 1999
8. Mass Casualty and Disaster Management: The Columbine Shootings
   Keynote Address, Winnipeg EMS Conference
   Winnipeg, Canada, October 1999
9. Mass Casualty and Disaster Management
   Grand Rounds
   Harvard Medical School and Harvard Affiliated Emergency Medicine
   Residency
   October 26th, 1999
   Boston, Massachusetts
10. Mass Casualty and Disaster Management: The Columbine Shootings
    Pediatric Emergency Care Conference
    Grand Rapids, Michigan, March 2000
11. Geriatric Trauma
    Trauma Care Appreciation Day
    Denver, Colorado, May 2000
12. Mass Casualty and Disaster Management: The Columbine Shootings
    Fifth International Conference on Pediatric Trauma
    Beaver Creek, Colorado, June 2000
13. Complaints Against EMS
    27th Annual Rocky Mountain Trauma and Emergency Medicine Conference
    Steamboat, Colorado, July 2000
14. Mass Casualty and Disaster Management: The Columbine Shootings
    Sixth Annual Trauma Symposium, Cleveland Clinic Health System
    Cleveland, Ohio, October 2000
15. Mass Casualty and Disaster Management: The Columbine Shootings
    EMS TEST Conference
    Columbus, Georgia, October 2000
16. Myocardial Infarction

Colorado State EMS Conference 2000
Breckenridge, Colorado, October 2000

17. <u>Hypothermia</u>
Colorado State EMS Conference 2000
Breckenridge, Colorado, October 2000

18. <u>Complaints Against EMS</u>
Colorado State EMS Conference 2000
Breckenridge, Colorado, October 2000

19. <u>Hypothermia</u>
Rocky Mountain Winter Trauma and Emergency Medicine Conference
Copper Mountain, Colorado, January 2001

20. <u>Mechanism of Injury</u>
Grand Rounds, Longmont Community Hospital
Longmont, Colorado, March 2001

21. <u>Stabilization of the Trauma Patient</u>
Trauma Care Appreciation Day, Denver Health Medical Center
Denver, Colorado, April 2001

22. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
El Paso EMS Conference
El Paso, Texas, September 2001

23. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Memorial Medical Center Trauma Conference
Johnstown, Pennsylvania, October 2001

24. <u>Mechanism of Injury</u>
Colorado State EMS Conference 2001
Breckenridge, Colorado, October 2001

25. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Massachusetts EMS Conference
Worcester, Massachusetts, December 2001

26. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Sierra-Cascade Trauma Society
Crested Butte, CO, February, 2002

27. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Emergency Medicine Grand Rounds, University of Massachusetts
Worcester, Massachusetts, March 2002

28. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Multidisciplinary Trauma Conference, Denver Health Medical Center
Denver, Colorado, March 2002

29. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Grand Rounds, Day Kimball Hospital
Putnam, Connecticut, May 2002

30. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Grand Rounds, Legacy Emanuel Hospital & Health Center
Portland, Oregon, June 2002

31. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>
Trauma Grand Rounds, Scripps Memorial Hospital

La Jolla, California, September 2002

32. <u>High Altitude Illness</u>
Annual Meeting, Sierra Cascade Trauma Society
Vail, Colorado, January 2003

33. <u>ALS in Trauma: Should We Even Bother?</u>
30th Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado, August 2003

34. <u>Hypothermia</u>
30th Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado, August 2003

35. <u>Research in EMS</u>
Grand Rounds, Denver Paramedic Division
Denver, Colorado September, 2003

36. <u>High Altitude Illness</u>
Colorado State EMS Conference 2003
Keystone, Colorado, October, 2003

37. <u>Controversies in EMS</u>
Colorado State EMS Conference 2003
Keystone, Colorado, October 2003

38. <u>Hypothermia</u>
Sierra Cascade Trauma Society, 2004
Aspen, Colorado, February 9, 2004

39. <u>Current Research in Prehospital Care</u>
Rocky Mountain Critical Care Transport Conference
Denver, Colorado, May 6th, 2004

40. <u>Blood Substitutes in the Field</u>
Clinical Conference on Pre-Hospital Emergency Care, 2004
Orlando, Florida, July 10th, 2004

41. <u>Management of Potential C-spine Injuries: Clearance and Beyond</u>.
31st Annual Rocky Mountain Trauma and Emergency Medicine Conference
Copper Mtn, Colorado. July 18th, 2004

41. <u>Mass Casualty and Disaster Management: The Columbine Shootings</u>.
Grand Rounds, North Colorado Medical Center
Greeley, Colorado. September 14, 2004

42. <u>Research in EMS and Trauma</u>
12th Annual EMS and Trauma Grand Rounds Conference
Aurora, Colorado. September 15, 2004

43. <u>Blood Substitutes in the Field: The Prehospital Trials</u>
2004 Colorado State EMS Conference
Keystone, Colorado. November 5th, 2004

44. <u>Cadaver Anatomy Lab: Dissection and Procedure Review on a Human
Cadaver</u>. Preconference workshop, 2004 Colorado State EMS Conference
Keystone, Colorado. November 5th, 2004

45. <u>Prehospital Management of Trauma</u>
32nd Annual Rocky Mountain Trauma and Emergency Medicine Conference
Breckenridge, Colorado. June 14th, 2005

46. <u>Difficult Airway Lecture/Lab</u>
    32nd Annual Rocky Mountain Trauma and Emergency Medicine Conference
    Breckenridge, Colorado. June 15th, 2005
47. <u>Bleeding Disorders</u>
    32nd Annual Rocky Mountain Trauma and Emergency Medicine Conference
    Breckenridge, Colorado. June 15th, 2005
48. <u>Travel-Related Infectious Disease</u>
    ACEP Scientific Assembly 2005
    September 28th, Washington D.C.
49. <u>The Hot Joint</u>
    ACEP Scientific Assembly 2005
    September 29th, Washington D.C.
50. <u>Mass Casualty and Disaster Management</u>
    Trauma and Critical Care Conference
    San Juan Regional Medical Center, Farmington, New Mexico
    February 18th, 2006
51. <u>Dialysis Related Emergencies</u>
    33rd Annual Rocky Mountain Trauma and Emergency Medicine Conference
    Breckenridge, Colorado. June 14th, 2006
52. <u>Show Me Where it Hurts: Pain Management in the Field</u>
    33rd Annual Rocky Mountain Trauma and Emergency Medicine Conference
    Breckenridge, Colorado. June 15th, 2006
53. <u>Environmental Emergencies</u>
    2006 Rocky Mountain Rural Trauma Symposium
    September 14, 2006. Billings, Montana.
54. <u>Drugs of Abuse</u>
    2006 Rocky Mountain Rural Trauma Symposium
    September 15, 2006. Billings, Montana.
55. <u>Cadaver Anatomy Lab: Dissection and Procedure Review on a Human
    Cadaver.</u> Preconference workshop, 2006 Colorado State EMS Conference
    Keystone, Colorado.
56. <u>Dialysis-Related Emergencies</u>
    2006 Colorado State EMS Conference
    November 3rd, 2006, Keystone, Colorado
57. <u>High-Altitude Illness</u>
    2006 Colorado State EMS Conference
    November 3rd, 2006. Keystone, Colorado
58. <u>Drugs of Abuse</u>
    34th Annual Rocky Mountain Trauma and Emergency Medicine Conference
    Breckenridge, Colorado. June 20th, 2007
59. <u>Environmental Emergencies</u>
    34th Annual Rocky Mountain Trauma and Emergency Medicine Conference
    Breckenridge, Colorado. June 22nd, 2007
60. <u>Ultrasound Use in the Acutely Traumatized Patient</u>
    Instructor, Ultrasound Workshop
    34th Annual Rocky Mountain Trauma and Emergency Medicine Conference

Breckenridge, Colorado. June 22th, 2007
61. Jigawatts: Back to the Future of Electrical Injuries
American College of Emergency Physicians - Scientific Assembly,
October 8-11, 2007. Seattle, Washington
62. What's Hot, What's Not: Hypo to Hyperthermia, and All Things in Between
American College of Emergency Physicians - Scientific Assembly,
October 8-11, 2007. Seattle, Washington
63. Environmental Emergencies
Colorado State EMS Conference, November 8th-11th, 2007
Keystone, Colorado
64. Cadaver Anatomy Lab: Dissection and Procedure Review.
Colorado State EMS Conference 2007 – Pre-conference Workshop
Keystone, Colorado
65. Drugs of Abuse
Colorado Society of Osteopathic Medicine: The Medical "Home
Improvements" Course. February 24th, 2008
Keystone, Colorado
66. Initial Evaluation of the Trauma Patient
Colorado Society of Osteopathic Medicine: The Medical "Home
Improvements" Course. February 24th, 2008
Keystone, Colorado
67. Geriatric Trauma
35th Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 25th, 2008
Breckenridge, CO
68. What's Hot, What's Not: Hypo to Hyperthemia and All Things in Between
ACEP Scientific Assembly 2008, October 28th
Chicago, Il
69. Triage Out Debate: Efficient or Unethical?
ACEP Scientific Assembly 2008, October 28th
Chicago, Il
70. Update in EMS Literature: What's Hot and What's Not
ACEP Scientific Assembly 2008, October 29th
Chicago, Il
71. Cadaver Disection Lab
2008 Colorado State EMS Conference, November 6th
Breckenridge, CO
72. Geriatric Trauma
2008 Colorado State EMS Conference, November 7th
Breckenridge, CO
73. Lessons Learned from the DNC
Colorado Front Range MMRS Hospital Response to a Mass Casualty
Incident, December 8th, 2008
Denver, CO
74. Lessons Learned from the DNC
The EMS State of the Sciences Conference: A Gathering of Eagles 2009

February 20th, 2009
Dallas, TX

75. Nightmare EMS Communications
The EMS State of the Sciences Conference: A Gathering of Eagles 2009
February 21st, 2009
Dallas, TX

76. Mass Casualty and Disaster Management
Trauma Perspectives 2009 (4/10/09)
Durango, CO

77. Airway Management and Pitfalls
Trauma Perspectives 2009 (4/10/09)
Durango, CO

78. Trauma Management
Integrated Clinicians Course (ICC) 7004
University of Colorado at Denver School of Medicine
May 5th, 2009

79. EMS Update, 2009
Grand Rounds, Beth Israel/Deaconess Department of Emergency Medicine
May 6th, 2009

80. EMS Update – Panel Discussion
36th Annual Trauma and Emergency Medicine Conference
June 18th 2009, Breckenridge, CO

81. Trauma in Pregnancy
36th Annual Trauma and Emergency Medicine Conference
June 19th 2009, Breckenridge, CO

82. Cadaver Lab: Anatomical Dissection
2009 Colorado State EMS Conference
November 5th, Keystone, Colorado

83. Trauma in Pregnancy
2009 Colorado State EMS Conference
November 6th, Keystone, Colorado

84. Update in EMS Literature: What's Hot and What's Not
2009 Colorado State EMS Conference
November 6th, Keystone, Colorado

85. Lessons Learned from the DNC
International Preparedness and Response to Emergencies and Disasters (IPRED)
January 12th 2010
Tel Aviv, Israel

86. Geriatric Trauma
Second Annual BCFFA EMS Conference
January 23rd 2010, Boulder, Colorado

87. Pharmaceutical Restraints: A New Medication Approach to the Agitated Patient
The EMS State of the Sciences Conference: A Gathering of Eagles 2010
February 26th, 2010

Dallas, Tx

88. Transfer of the Rural Trauma Patient
Second Annual Western Colorado Trauma Conference
May 21st 2010, Delta, Colorado

89. Moderator, EMS Medical Director Panel: "Refusal of Care in the Prehospital Setting"
37th Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 17th 2010, Breckenridge, Colorado

90. Critical Issues in Triage
37th Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 18th 2010, Breckenridge, Colorado

91. Field Triage Guidelines: State of the Art or State of the Science?
ACEP Scientific Assembly 2010
September 28th, Las Vegas, Nevada

92. Less Lethal Force: An Emerging Problem in Prehospital Care
ACEP Scientific Assembly 2010
September 29th, Las Vegas, Nevada

93. Trauma Case Panel: Stump the Experts
Carlo Rosen (Moderator), Christopher B. Colwell MD, John Fildes MD, Julie A. Mayglothling MD.
ACEP Scientific Assembly 2010
September 29th, Las Vegas, Nevada

94. Critical Issues in Triage
Trauma and Critical Care Conference
October 22nd, 2010
Durango, Colorado

95. Trauma Panel Case Review
Christopher B. Colwell, Moderator
October 23rd, 2010
Durango, Colorado

96. Lightning and Electrical Emergencies
Trauma and Critical Care Conference
October 23rd, 2010
Durango, Colorado

97. Cadaver Dissection Lab
Colorado State EMS Conference 2010
November 4th, 2010
Keystone, Colorado

98. Accidental Hyper And Hypothermia And All Things In Between
Colorado State EMS Conference 2010
November 5th, 2010
Keystone, Colorado

99. Biophone Calls: The Good, The Bad, And The Ugly
Colorado State EMS Conference 2010
November 5th, 2010
Keystone, Colorado

100.    Geocoding Cardiac Arrest in Denver
        ECCU 2010 (Emergency Cardiac Care Update)
        December 8th, 2010
        San Diego, California
101.    Management of the Agitated Patient
        ECCU 2010 (Emergency Cardiac Care Update)
        December 9th, 2010
        San Diego, California
102.    The Nose Knows: Intranasal Medication Options are Growing
        EMS State of the Sciences: A Gathering of Eagles XIII 2011
        February 26th, 2011
        UT Southwestern Medical Center, Dallas, Texas
103.    Beyond Agitated Delirium: Dealing with the Issue of In-Custody Deaths
        The EMS State of the Sciences: A Gathering of Eagles XIII 2011
        February 26th, 2011
        UT Southwestern Medical Center, Dallas, Texas
104.    ED Operations 101: Follow the Money
        Council of Emergency Medicine Residency Directors (CORD) Academic
        Assembly 2011 (March 4th)
        San Diego, California
105.    CPR, Defibrillation, and Drugs: What is the right VF mix?
        EMS Regional Conference: Resuscitation Excellence
        May 15th, 2011
        New York, New York
106.    We Don't Need No Stinking Breaths! Compressions Only Pre-Arrival
        Instructions.
        EMS Regional Conference: Resuscitation Excellence
        May 15th, 2011
        New York, New York
107.    Moderator – Panel Discussion: Optimizing Colorado's Trauma System
        38th Annual Rocky Mountain Trauma and Emergency Medicine Conference
        June 22nd, 2011
        Breckenridge, Colorado
108.    Pitfalls in Trauma Care
        38th Annual Rocky Mountain Trauma and Emergency Medicine Conference
        June 24th, 2011
        Breckenridge, Colorado
109.    Deleterious Delirium Deliberations: Modern Pitfall is Managing Agitated
        EMS Patients
        Advanced EMS Practitioner's Forum and Workshop
        ACEP Scientific Assembly
        October 14th, 2011
        San Francisco, California
110.    Certifiable Behaviors: Preparing for EMS Subspecialty Board
        Certification
        Advance EMS Practitioner's Forum and Workshop

ACEP Scientific Assembly
October 14th, 2011
San Francisco, California

111.   Cadaver Dissection and Anatomy Lab
Colorado State EMS Conference 2011
November 3rd, 2011
Keystone, Colorado

112.   On the Wings of Eagles: Hot Topics in EMS
Colorado State EMS Conference 2011
November 4th, 2011
Keystone, Colorado

113.   Droperidol for Agitation
Advanced Topics in Medical Direction
NAEMSP National Meeting, 2012
January 11th, 2012
Tucson, Arizona

114.   Trauma in Pregnancy
Children's Hospital EMS Conference
Aurora, Colorado
January 20th, 2012

115.   Withdrawing Support: A Prehospital Protocol for Alcohol Withdrawal
EMS State of the Science: A Gathering of Eagles XIV
February 24th, 2012
Dallas, Texas

116.   A Sanguine Approach: The Use of Blood Products and Substitutes in the
Field
EMS State of the Science: A Gathering of Eagles
February 24th, 2012
Dallas, Texas

117.   Blast Injuries
1st Annual Trauma Symposium
March 15th, 2012
Burlington, Colorado

118.   Rural Trauma
1st Annual Trauma Symposium
March 15th, 2012
Burlington, Colorado

119.   Trauma in Pregnancy
2012 NE Colorado EMS Symposium
April 21st, 2012
Fort Morgan, Colorado

120.   Hemorrhage Control in the Field: Tourniquets and Beyond
Grand Rounds – St. Mary's and Convent Health Care/Synergy Medical Center
Hospitals
May 10th, 2012
Saginaw, Michigan

121.   Mass Casualty and Disaster Management
       Invited Lecture – Convent Health Care/Synergy Medical Center
       April 21st, 2012
       Saginaw, Michigan

122.   Trauma in Pregnancy
       39th Annual Rocky Mountain Trauma and Emergency Medicine Conference
       June 29th, 2012
       Breckenridge, Colorado

123.   Taking it on the QT: What are the Cardiac Effects of Sedation Practices?
       Emergency Cardiac Care Update (ECCU) 2012
       Pre-conference Workshop
       September 12th, 2012
       Orlando, Florida

124.   Withdrawing Support: Managing Alcohol Withdrawal in the Field
       Emergency Cardiac Care Update (ECCU) 2012
       Pre-conference Workshop
       September 12th, 2012
       Orlando, Florida

125.   Making Waves Diagnostically: Identifying Subtle Critical Emergencies
       with Capnography
       Emergency Cardiac Care Update (ECCU) 2012
       Conference Session – Eagles: State of the Science
       September 13th, 2012
       Orlando, Florida

126.   Two Carbon Fragmentations: A Prehospital Protocol for Ethanol
       Withdrawal.
       2012 ACEP Advanced EMS Practitioners' Forum and Workshop
       October 7th, 2012
       Denver, Colorado

127.   How to Break the Ache: 2012 Approaches to Prehospital Pain Control
       2012 ACEP Advanced EMS Practitioners' Forum and Workshop
       October 7th, 2012
       Denver, Colorado

128.   I'd Scan That! Effective Diagnostic Trauma Imaging
       ACEP Scientific Assembly
       October 9th, 2012
       Denver, Colorado

129.   Evidence-Based Minor Trauma Management
       ACEP Scientific Assembly
       October 9th, 2012
       Denver, Colorado

130.   Trauma Talk: The Latest and the Greatest Trauma Literature
       ACEP Scientific Assembly
       October 10th, 2012
       Denver, Colorado

131.  The Combative, Uncooperative, Arrested, and Threatening Trauma
      Patient: A Legal, Ethical, and Medical Minefield
      ACEP Scientific Assembly
      October 10th, 2012
      Denver, Colorado

132.  MCI Medical Response: Are We Prepared?
      Denver Health Critical Care Conference
      October 12th, 2012
      Denver, Colorado

133.  The Colorado Shootings: Lessons Learned from Mass Casualty Events
      Grand Rounds – Beth Israel/Deaconess Medical Center
      November 7th, 2012
      Boston, Massachusetts

134.  The Colorado Shootings: Lessons Learned from Mass Casualty Events
      Keynote Speaker: Hillsborough County Medical Association
      November 13th, 2012
      Tampa Bay, Florida

135.  The Colorado Shootings: Lessons Learned on Disaster Management and
      Mass Casualty Events
      Grand Rounds: Scripps Memorial Hospital
      December 11th, 2012
      La Jolla, California

136.  EMS in the Cross-Hairs: The Columbine, Aurora and Safeway Shootings
      EMS State of the Science: A Gathering of Eagles XV
      February 22nd, 2013
      Dallas, Texas

137.  Oh, What a Relief It Is! Revisiting Pain Medication Use in EMS
      EMS State of the Science: A Gathering of Eagles XV
      February 22nd, 2013
      Dallas, Texas

138.  ED Operations 101: Follow the Money
      Council of Emergency Medicine Residency Directors (CORD)
      Academic Assembly 2013
      March 7th, 2013
      Denver, Colorado

139.  Disaster Planning & Response: Lessons Learned from the Colorado
      Shootings
      Trauma, Critical Care, and Acute Care Surgery 2013 – Medical Disaster
      Response
      March 17th, 2013
      Las Vegas, Nevada

140.  Case Management Interactive Session: Practical Issues & Dilemmas in
      Mass Casualty Preparedness
      Trauma, Critical Care, and Acute Care Surgery 2013 – Medical Disaster
      Response
      March 17th, 2013

Las Vegas, Nevada

141. <u>Trauma Surgeons Emergency Physicians and Trauma Care</u>
Trauma, Critical Care, and Acute Care Surgery 2013
March 20th, 2013
Las Vegas, Nevada

142. <u>Mass Casualty and Disaster Management – The Colorado Shootings</u>
Visiting Professorship/Grand Rounds
Southern Illinois University School of Medicine
April 18th, 2013
Springfield, Illinois

143. <u>Mass Casualty and Disaster Management – The Colorado Shootings</u>
Sangamon County Medical Society
April 18th, 2013
Springfield, Illinois

144. <u>Lessons Learned from the Colorado Shootings</u>
12th Annual Trauma Symposium
Mississippi Coastal Trauma Region
May 1st, 2013
Biloxi, Mississippi

145. <u>Mass Casualty and Disaster Management – The Colorado Shootings</u>
Grand Rounds – Indiana University Hospital-Methodist
May 10th, 2013
Indianapolis, Indiana

146. <u>Prehospital Panel</u>
Moderator
40th Annual Rocky Mountain Trauma & Emergency Medicine
Conference
June 27th, 2013
Breckenridge, Colorado

147. <u>Environmental Emergencies</u>
40th Annual Rocky Mountain Trauma & Emergency Medicine Conference
June 28th, 2013
Breckenridge, Colorado

148. <u>Lessons Learned from the Colorado Shootings</u>
43rd Annual Wyoming Trauma Conference
August 16th, 2013
Cheyenne, Wyoming

149. <u>Oh What a Relief It Is: Evolving Trends in Prehospital Pain Management</u>
IAFF Advanced EMS Practitioners, Chiefs, & Medical Directors Forum
August 24th, 2013
Denver, Colorado

150. <u>EMS in the Cross-Hairs: The Columbine, Aurora, and Safeway Shootings</u>
IAFF Advanced EMS Practitioners, Chiefs, & Medical Directors Forum
August 24th, 2013
Denver, Colorado

151.    The Reality of the New Specialty: What Will Be the Impact of the New
        EMS Boards for Fire?
            IAFF Advanced EMS Practitioners, Chiefs, & Medical Directors Forum
            August 24th, 2013
            Denver, Colorado
152.    I'd Scan That!: Use of CT Scans in Trauma Care
            Grand Rounds – University of Wisconsin School of Medicine
            August 29th, 2013
            Madison, Wisconsin
153.    Evidence-Based Minor Trauma Management
            Grand Rounds – University of Wisconsin School of Medicine
            August 29th, 2013
            Madison, Wisconsin
154.    Mass Casualty and Disaster Management: EMS Lessons from the
        Colorado Shootings
            EMS World Expo 2013
            September 11th, 2013
            Las Vegas, Nevada
155.    2013 Approaches to Pain Management and Sedation
            EMS World Expo 2013
            September 11th, 2013
            Las Vegas, Nevada
156.    Mass Casualty and Disaster Management: Lessons Learned from the
        Colorado Shootings
            DuPage County Medical Society Annual Meeting
            October 9th, 2013
            Chicago, Illinois
157.    Mass Casualty Management: The Colorado Shootings
            Northern Colorado Emergency and Trauma Care Symposium
            October 11th, 2013
            Loveland, Colorado
158.    The Combative, Uncooperative, Arrested and Threatening Trauma Patient:
        A Legal, Ethical and Medical Minefield!
            ACEP Scientific Assembly 2013
            October 15th, 2013
            Seattle, Washington
159.    Skip the Scan! Effective Diagnostic Trauma Imaging
            ACEP Scientific Assembly 2013
            October 16th, 2013
            Seattle, Washington
160.    I Survived: Domestic Disasters – Lessons Learned from the Trenches
            ACEP Scientific Assembly 2013
            October 16th, 2013
            Seattle, Washington
161.    Managing Ballistic Injuries in the Pre-Hospital Setting
            World Extreme Medicine Expo 2013

Harvard Medical School
October 28th, 2013
Boston, Massachusetts

162. <u>Cadaver Lab – Trauma Procedures</u>
Colorado State EMS Conference 2013
November 7th, 2013
Keystone, Colorado

163. <u>Mass Casualty and Disaster Management: Lessons Learned from the Colorado Shootings</u>
2013 Trauma and Critical Care Conference
November 8th, 2013
Durango, Colorado

164. <u>Mass Casualty and Disaster Management: The Colorado Shootings</u>
Lake County Medical Society Annual Meeting
December 3rd, 2013
Chicago, Illinois

165. <u>Myths in Trauma Care</u>
Yampa Valley Medical Center Trauma Conference
November 15th, 2013
Steamboat Springs, Colorado

166. <u>Myths in Pediatric Care</u>
The Brian Schimpf Memorial Prehospital Pediatric Care Conference
February 8th, 2014.
Denver, Colorado

167. <u>Child-Like Behaviors: 10 Myths of EMS Pediatric Care</u>
EMS State of the Science: A Gathering of Eagles XVI
February 28th, 2014
Dallas, Texas

168. <u>Epidemic Proportions: Dosing Ketamine in the Era of Mamba Dramas</u>
EMS State of the Science: A Gathering of Eagles XVI
March 1st, 2014
Dallas, Texas

169. <u>Covering Mental Illness and Violence</u>
Health Journalism 2014 (Association of Health Care Journalism)
March 29th, 2014
Denver, Colorado

170. <u>Wound Management: How Do you Manage Cuts and Burns</u>
American College of Emergency Physicians (ACEP) Advanced Practice Provider Academy
April 15th, 2014
San Diego, CA

171. <u>Evaluation of Patients with Blunt Multiple Trauma and Penetrating Trauma: A Systematic Approach</u>
American College of Emergency Physicians (ACEP) Advanced Practice Provider Academy
April 15th, 2014

San Diego, CA

172. Preparedness Put to the Test: Lessons Learned from Major Events to Guide Hospital Disaster Preparedness
Medical World Americas Conference and Expo
April 28th, 2014
Houston, TX

173. Myths in Trauma Care
13th Annual MS Coastal Trauma Symposium
May 14th, 2014
Biloxi, MS

174. Anxiolysis for the Cardiac Care Provider: Easy Choices for Sedation in Emergency Care
Emergency Cardiac Care Update (ECCU), EMS Preconference Workshop
June 3rd, 2014
Las Vegas, NV

175. Taking it on the QT: What are the Cardiac Effects of Sedation Practices?
Emergency Cardiac Care Update (ECCU), EMS Preconference Workshop
June 3rd, 2014
Las Vegas, NV

176. Anxiolysis for the Cardiac Care Provider: Easy Choices for Sedation in Emergency Care
Emergency Cardiac Care Update (ECCU), 2014 Citizens CPR Foundation: Clinical Solutions and Best Practices for EMS
June 4th, 2014
Las Vegas, NV

177. Taking it on the QT: What are the Cardiac Effects of Sedation Practices?
Emergency Cardiac Care Update (ECCU), 2014 Citizens CPR Foundation: Clinical Solutions and Best Practices for EMS
June 4th, 2014
Las Vegas, NV

178. Hyperfibrinolysis, Physiologic Fibrinolysis, and Fibrinolysis Shutdown: The Spectrum of Postinjury Fibrinolysis and Relevance to Antifibrinolytic Therapy
Moderator - Denver Health Trauma Services Continuing Education Series
June 25th, 2014
Denver, CO

179. Myths in Pediatric Emergency Care
41st Annual Rocky Mountain Trauma and Emergency Medicine Conference
July 9th, 2014
Breckenridge, CO

180. The Combative, Uncooperative, Intoxicated Patient: An Ethical, Moral and Legal Dilemma
41st Annual Rocky Mountain Trauma and Emergency Medicine Conference
July 11th, 2014
Breckenridge, CO

181. Myths in Pediatric Care

2014 University of Colorado Health and Denver Health Trauma Consortium: Acute Care Surgery, Trauma, and EMS Conference
August 23rd, 2014
Colorado Springs, CO

182. Rural Trauma Care
Great Plains Trauma Conference
September 18th, 2014
North Platte, Nebraska

183. How to Break the Ache: 2014 Ways to Manage Prehospital Analgesia and Sedation
Advanced EMS Practitioner's Forum and Workshop
ACEP 2014
October 26th, 2014
Chicago, Illinois

184. No Small Lie: Debunking Myths in Pediatric EMS Care
Advanced EMS Practitioner's Forum and Workshop
ACEP 2014
October 26th, 2014
Chicago, Illinois

185. The Combative, Uncooperative, Arrested, and Threatening Trauma Patient: A Legal, Ethical, and Medical Minefield!
American College of Emergency Physicians (ACEP) Scientific Assembly 2014
October 27th, 2014
Chicago, Illinois

186. Cruising the Literature: The Most Influential EMS Articles of 2014
American College of Emergency Physicians (ACEP) Scientific Assembly 2014
October 28th, 2014
Chicago, Illinois

187. Tales from the Rig: EMS Medical Director Words of Wisdom
American College of Emergency Physicians (ACEP) Scientific Assembly 2014
October 28th, 2014
Chicago, Illinois

188. Imagine a World Without Backboards? Controversies in Spinal Immobilization
American College of Emergency Physicians (ACEP) Scientific Assembly 2014
October 28th, 2014
Chicago, Illinois

189. Disaster Management: Lessons Learned from the Colorado Shootings
Keynote Address: 9th Annual NORTN Regional Trauma Conference
November 7th, 2014
Akron General Hospital, Akron, Ohio

190. <u>The Combative, Uncooperative, Arrested, and Threatening Trauma Patient: A Legal, Ethical, and Medical Minefield!</u>
9th Annual NORTN Regional Trauma Conference
November 7th, 2014
Akron General Hospital, Akron, Ohio

191. <u>Ketamine for Excited Delirium</u>
EMS World Expo
November 11th, 2014
Nashville, TN

192. <u>10 Myths of EMS Pediatric Care</u>
EMS World Expo
November 11th, 2014
Nashville, TN

193. <u>Biophone Communications</u>
EMS World Expo
November 11th, 2014
Nashville, TN

194. <u>EMS Medical Director Panel</u>
EMS World Expo
November 12th, 2014
Nashville, TN

195. <u>The Combative, Uncooperative, Arrested, and Threatening Trauma Patient: A Legal, Ethical, and Medical Minefield!</u>
Boulder Community Hospital/AMR EMS Conference 2014
December 6th, 2014
Boulder, CO

196. <u>Special K: Ketamine in EMS</u>
7th Annual Advanced Topics in Medical Direction
NAEMSP 2015
January 20th, 2015
New Orleans, LA

197. <u>First it was Backboards, now C-Collars</u>
EMS State of the Science: A Gathering of Eagles XVII
February 20th, 2015
Dallas, TX

198. <u>Taking it to the Streets! Prehospital Infusion of Plasma</u>
EMS State of the Science: A Gathering of Eagles XVII
February 20th, 2015
Dallas, TX

199. <u>Street Fighting Man! When the Combative Patient is Refusing Transport</u>
EMS State of the Science: A Gathering of Eagles XVII
February 21st, 2015
Dallas, TX

200. <u>A Hurt-Full Remark: Supporting Ketamine Use for Pain Management</u>
EMS State of the Science: A Gathering of Eagles XVII
February 21st, 2015

Dallas, TX

201.    Imagine a World Without Backboards? Controversies in Spinal
        Immobilization
        2nd Annual Brain Schimpf Memorial Pediatric EMS Conference
        February 28th, 2015
        Denver, CO

202.    Providing for the Providers: Impact of Traumatic Events on Providers
        Keynote address: Colorado CPR Association Annual Meeting
        April 30th, 2015
        Denver, CO

203.    Mass Casualty and Disaster Management: Lessons Learned from the
        Colorado Shootings
        North Trauma Care Region 2015 Trauma Symposium
        May 8th, 2015
        Tupelo, MS

204.    Management of Excited Delirium in the Era of Legalized Marijuana
        Vanderbilt Residency in Emergency Medicine
        May 19th, 2015
        Nashville, TN

205.    Mass Casualty and Disaster Management: Lessons Learned from the
        Colorado Shootings
        Grand Rounds Presentation, Vanderbilt University School of Medicine
        May 19th, 2015
        Nashville, TN

206.    Active Shooter – Prehospital Forum (Moderator)
        42nd Annual Rocky Mountain Trauma and Emergency Medicine Conference
        June 19th, 2015
        Vail, Colorado

207.    Imagine a World without Backboards
        42nd Annual Rocky Mountain Trauma and Emergency Medicine Conference
        June 20th, 2015
        Vail, Colorado

208.    Mass Casualty and Disaster Management: Lessons Learned from the
        Colorado Shootings
        Ohio EMS Lecture Series – Keynote address
        August 20th, 2015
        Akron, Ohio

209.    Myths in Pediatric Care
        Grand Rounds, Deaconess Regional Trauma Center
        EMS Trauma Symposium
        September 9th, 2015
        Evansville, Indiana

210.    Plasma Administration in the Field: The COMBAT Trial
        World Trauma Symposium
        September 16th, 2015
        Las Vegas, Nevada

211.  The Combative, Uncooperative, Intoxicated Trauma Patient: A Medical, Legal, and Ethical Nightmare!
EMS World
September 17th, 2015
Las Vegas, Nevada

212.  The Medical Impact of Marijuana Legalization
EMS World
September 17th, 2015
Las Vegas, Nevada

213.  How to Deploy a New Toy for Every Girl and Boy: Implementing a Simpler System for Treating Children
ACEP 2015 Scientific Assembly Advanced EMS Practitioners Forum and Workshop
October 25th, 2015
Boston, Massachusetts

214.  For the Life of all Flesh is the Blood Thereof! Prehospital Use of Blood Products and Systemic Bleeding Control
ACEP 2015 Scientific Assembly Advanced EMS Practitioners Forum and Workshop
October 25th, 2015
Boston, Massachusetts

215.  Trauma STAT! Don't Miss the Visual Cue
ACEP Scientific Assembly 2015
October 28th, 2015
Boston, Massachusetts

216.  The Combative, Uncooperative Trauma Patient
ACEP Scientific Assembly 2015
October 28th, 2015
Boston, Massachusetts

217.  How to Deploy a New Toy for Every Girl and Boy: Implementing a Simpler System for Treating Children
EAGLES – Best Practices in Street Medicine: Implementing the New Guidelines and Several Exceptional Innovations in Out-of-Hospital Emergency Cardiac Care
ECCU (Emergency Cardiovascular Care Update) 2015
December 9th, 2015
San Diego, California

218.  Anxiolysis in Emergency Cardiac Care: 2015 Approaches to Safe Sedation
EAGLES – Best Practices in Street Medicine: Implementing the New Guidelines and Several Exceptional Innovations in Out-of-Hospital Emergency Cardiac Care
ECCU (Emergency Cardiovascular Care Update) 2015
December 9th, 2015
San Diego, California

219.    Latest Drugs of Abuse: The Impact of Legalization of Marijuana and
        Testing of EMS Personnel
        EMS Today (JEMS Conference and Exposition
        February 25th, 2016
        Baltimore, Maryland
220.    Chemical Suicides
        EMS Today (JEMS Conference and Exposition)
        February 25th, 2016
        Baltimore, Maryland
221.    Lightning Rounds: Ask the Eagles
        EMS Today (JEMS Conference and Exposition)
        February 26th, 2016
        Baltimore, Maryland
222.    Deliriously Yours: 2016 Approaches to Managing the Toxic Patients
        First There First Care Regional EMS Conference
        May 26th, 2016
        Broward County, Florida
223.    Promoting Post-Traumatic Provider Protection: Dealing with Depression,
        Anxiety, and Stress in EMS
        First There First Care Regional EMS Conference
        May 26th, 2016
        Broward County, Florida
224.    There Will Be Blood in the Streets: On-Scene Use of Plasma, Cells and
        Other Clot-Musters
        First There First Care Regional EMS Conference
        May 26th, 2016
        Broward County, Florida
225.    Trauma in Pregnancy
        43rd Annual Rocky Mountain Trauma and Emergency Medicine Conference
        June 18th, 2016
        Denver, Colorado
226.    Mass Casualty and Disaster Management: Lessons Learned from the
        Colorado Shootings
        Zuckerberg San Francisco General Hospital and Trauma Center Department
        of Medicine Grand Rounds
        September 6th, 2016
        San Francisco, California
227.    Primum Non Nocere – to Yourself: Responding to the Malicious Mayhem
        of Mentally-ill Menaces
        2016 ACEP Scientific Assembly – Advanced EMS Practitioner's Forum and
        Workshop
        October 15th, 2016
        Las Vegas, Nevada
228.    No Child (or Adult) Left Behind? The Complexities of Patient Refusal &
        Non-Transport Decisions

2016 ACEP Scientific Assembly – Advanced EMS Practitioner's Forum and Workshop
October 15th, 2016
Las Vegas, Nevada

229.    Taking the Pressure Off Sedation: Why Ketamine is My Pet Amine
2016 ACEP Scientific Assembly – Advanced EMS Practitioner's Forum and Workshop
October 15th, 2016
Las Vegas, Nevada

230.    Beyond the MVC: Burned, Blasted, and Bolted Trauma Victims
2016 ACEP Scientific Assembly
October 16th, 2016
Las Vegas, Nevada

231.    Fast Facts: Let's Chat About Trauma
2016 ACEP Scientific Assembly
October 16th, 2016
Las Vegas, Nevada

232.    The Combative, Uncooperative, Trauma Patient
2016 ACEP Scientific Assembly
October 16th, 2016
Las Vegas, Nevada

233.    Managing the Malicious Mayhem from Mentally Ill Menaces: The Evolving Roles of EMS in Active Shooter Incidents
41st Annual Alaska EMS Symposium
November 4th, 2016
Anchorage, Alaska

234.    Grass Roots Experience with Swedish Fish: A Token Presentation on Marijuana Legalization
41st Annual Alaska EMS Symposium
November 4th, 2016
Anchorage, Alaska

235.    Promoting Post-Traumatic Provider Protection: Dealing with Depression, Anxiety, and Stress in EMS
41st Annual Alaska EMS Symposium
November 4th, 2016
Anchorage, Alaska

236.    Minding Your P's and Q's: What are the Actual Cardiac Effects of Sedation Practices?
41st Annual Alaska EMS Symposium
November 4th, 2016
Anchorage, Alaska

237.    It's No Small Matter: Implementing a Simpler System for Treating Children
41st Annual Alaska EMS Symposium
November 4th, 2016
Anchorage, Alaska

238.  Calling a Code Alert on our Mental Health: Suicide in EMS
      2017 NAEMSP Annual Meeting and Scientific Assembly
      January 26th, 2017
      New Orleans, Louisiana
239.  Child Abuse
      2017 Iowa Emergency Medical Services Association Pediatric Conference
      February 25th, 2017
      Des Moines, Iowa
240.  Apparent Life-Threatening Events
      2017 Iowa Emergency Medical Services Association Pediatric Conference
      February 25th, 2017
      Des Moines, Iowa
241.  Impact of Marijuana Legalization
      2017 Iowa Emergency Medical Services Association Pediatric Conference
      February 25th, 2017
      Des Moines, Iowa
242.  Myths in Pediatric Care
      2017 Iowa Emergency Medical Services Association Pediatric Conference
      February 25th, 2017
      Des Moines, Iowa
243.  Traumatic Shock
      UCSF High Risk Emergency Medicine Conference
      April 9th, 2017
      Maui, Hawaii
244.  Penetrating Abdominal Trauma
      UCSF High Risk Emergency Medicine Conference
      April 9th, 2017
      Maui, Hawaii
245.  The Combative, Intoxicated Trauma Patient: A Medical, Legal, and
      Ethical Conundrum!
      UCSF High Risk Emergency Medicine Conference
      April 9th, 2017
      Maui, Hawaii
246.  Geriatric Trauma
      UCSF High Risk Emergency Medicine Conference
      April 9th, 2017
      Maui, Hawaii
247.  Accidental Hypothermia
      Wilderness Medicine: Avoiding and Managing Outdoor Medical Emergencies
      UCSF Wilderness Medicine Medical School Elective and Mini Medical
      School for the Public
      April 26th, 2017
      San Francisco, California
248.  High Altitude Illness
      Wilderness Medicine: Avoiding and Managing Outdoor Medical Emergencies

UCSF Wilderness Medicine Medical School Elective and Mini Medical School for the Public
April 26th, 2017
San Francisco, California

249.   Managing the Crashing, Combative Trauma Patient
High Risk Emergency Medicine San Francisco
June 1st, 2017
San Francisco, California

250.   Imaging in Trauma
High Risk Emergency Medicine San Francisco
June 1st, 2017
San Francisco, California

251.   Safe Sedation in the Era of Legalized Marijuana
National EMS Safety Summit
August 21st, 2017
Denver, Colorado

252.   Safety in EMS – Panel Discussion
National EMS Safety Summit
August 22nd, 2017
Denver, Colorado

253.   Lessons Learned from Active Shooter Scenarios
6th Annual Medical-Legal Forum
Mile High Regional Medical and Trauma Advisory Council
September 28th, 2017
Lakewood, Colorado

254.   Integration and Challenges of Local, State and Federal Medical Surge Resources – Perspectives on the SFFW Full Scale Exercise and Asset Integration
Panelist – Medical Peer to Peer Exchange Seminar
San Francisco Fleet Week 2017
October 4th, 2017
San Francisco, California

255.   Trauma STAT! Don't Miss This Visual Cue!
American College of Emergency Physicians (ACEP) Scientific Assembly
October 31st, 2017
Washington D.C.

256.   FAST FACTS: Let's Chat About Adult Trauma
American College of Emergency Physicians (ACEP) Scientific Assembly
October 31st, 2017
Washington D.C.

257.   Advanced Wound Care Closure in the ED: Putting the Pieces Back Together
American College of Emergency Physicians (ACEP) Scientific Assembly
October 31st, 2017
Washington D.C.

258.   Pediatric Resuscitation is No Small Matter: 2017 Approaches to Managing
Cardiac Events in Children
Emergency Cardiovascular Care Update (ECCU) 2017
December 5th, 2017
New Orleans, Louisiana

259.   De-MS in EMS: Fentanyl versus Morphine for Chest Pain Management
Emergency Cardiovascular Care Update (ECCU) 2017
December 5th, 2017
New Orleans, Louisiana

260.   Toxic Remarks: Case Studies of Cardiac Effects of Drugs of Abuse
Emergency Cardiovascular Care Update (ECCU) 2017
December 6th, 2017
New Orleans, Louisiana

261.   Mass Casualty and Disaster Management: Lessons Learned from the
Colorado Shootings
Grand Rounds – University of Michigan Department of Emergency Medicine
January 10th, 2018
Ann Arbor, Michigan

262.   Better Mind Your P's and Q:s: Subtle Cardiac Effects of Drugs of Abuse
EMS State of the Science: A Gathering of Eagles XX
March 2nd, 2018
Dallas, Texas

263.   DeMSing EMS: Why I'd Get Rid of Morphine Sulfate
EMS State of the Science: A Gathering of Eagles XX
March 3rd, 2018
Dallas, Texas

264.   A Grass Roots Experience: The Medical Implications of Marijuana
Legalization in Colorado
ZSFG Medicine Grand Rounds
March 27th, 2018
San Francisco, California

265.   Pitfalls in the Trauma Airway
UCSF High Risk Emergency Medicine Hawaii
April 9th, 2018
Maui, Hawaii

266.   Challenging Trauma Case Panel
Moderator
UCSF High Risk Emergency Medicine
April 11th, 2018
Maui, Hawaii

267.   Pitfalls in Patients with Stab Wounds
UCSF High Risk Emergency Medicine Hawaii
April 10th, 2018
Maui, Hawaii

268.   Pitfalls in the Patient Found Down
UCSF High Risk Emergency Medicine Hawaii

April 10th, 2018
Maui, Hawaii

269.    The Combative, Uncooperative Trauma Patient
SEMPA 360 – Society of Emergency Medicine Physician Assistants National
Assembly
May 5th, 2018
San Antonio, Texas

270.    Mass Casualty: Lessons Learned from the Colorado Shootings
SEMPA 360 – Society of Emergency Medicine Physician Assistants National
Assembly
May 5th, 2018
San Antonio, Texas

271.    The Medical Impact of Marijuana Legalization
SEMPA 360 – Society of Emergency Medicine Physician Assistants National
Assembly
May 5th, 2018
San Antonio, Texas

272.    Update on Urologic Emergencies
Moderator – Panel Discussion on Testicular Torsion, Priapism, and Penile
Fracture
American Urological Association (AUA) Annual Meeting 2018
May 20th, 2018
San Francisco, California

273.    Assessing Capacity in the Intoxicated Trauma Patient
Keynote Address – 45th Annual Rocky Mountain Trauma and Emergency
Medicine Conference
June 7th, 2018
Vail, Colorado

274.    Pitfalls in Patients with Stab Wounds
45th Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 8th, 2018
Vail, Colorado

275.    Trauma Panel of Experts
45th Annual Rocky Mountain Trauma and Emergency Medicine Conference
June 8th, 2018
Vail, Colorado

276.    Cruising the Literature: Trauma 2018
American College of Emergency Physicians (ACEP) National Scientific
Assembly 2018
October 2nd, 2018
San Diego, California

277.    Fast Facts: Let's Chat about Adult Trauma
American College of Emergency Physicians (ACEP) National Scientific
Assembly 2018
October 2nd, 2018
San Diego, California

278. <u>ED Thoracotomy: When, Who, and How</u>
American College of Emergency Physicians (ACEP) National Scientific
Assembly 2018
October 3rd, 2018
San Diego, California

279. <u>Clear as Mud: C-Spine Clearance 2018</u>
American College of Emergency Physicians (ACEP) National Scientific
Assembly 2018
October 3rd, 2018
San Diego, California

280. <u>Grass-Roots Experience with Rocky Mountain Highs: What Marijuana
Legislation did for the C-States</u>
South Florida EMS State of the Science
November 8th, 2018
Hollywood, Florida

281. <u>How to De-Code the No-Load Mode: When a Patient Declines Transport</u>
South Florida EMS State of the Science
November 8th, 2018
Hollywood, Florida

282. <u>Mitigating Child-Like Behaviors: Dismantling Major Myths of EMS Care
for Kids</u>
South Florida EMS State of the Science
November 8th, 2018
Hollywood, Florida

283. <u>Not Just a Breathless Experience: The Cardiac Effects of Drugs of Abuse</u>
South Florida EMS State of the Science
November 8th, 2018
Hollywood, Florida

284. <u>Altered States of Mind – Part 1: Sedation Practices in EMS</u>
South Florida EMS State of the Science
November 8th, 2018
Hollywood, Florida

285. <u>Causalities for Caustic Cautions About Precautions: 2018 Approaches to
Spinal Motion Restriction</u>
South Florida EMS State of the Science
November 8th, 2018
Hollywood, Florida

286. <u>On the Wings of Eagles – Hot Topics in EMS</u>
Iowa EMS Association (IEMSA) Annual Meeting
November 9th, 2018
Des Moines, Iowa

287. <u>Myths in Pediatric Care</u>
Iowa EMS Association (IEMSA) Annual Meeting
November 10th, 2018
Des Moines, Iowa

288.   Impact of Legalization of Marijuana on EMS/The Combative Intoxicated
       Patient
       Iowa EMS Association (IEMSA) Annual Meeting
       November 10th, 2018
       Des Moines, Iowa

289.   Intubation and Sedation of the Critically Ill Patient
       High Risk Emergency Medicine 2019
       February 19th, 2019
       Honolulu, Hawaii

290.   Transfer of the Trauma Patient
       High Risk Emergency Medicine 2019
       February 20th, 2019
       Honolulu, Hawaii

291.   Advanced Wound Care Closure in the ED
       High Risk Emergency Medicine 2019
       February 22nd, 2019
       Honolulu, Hawaii

292.   Persistent Injurious Concepts: Continuing Major Myths in Trauma Care
       EMS State of the Science XXI: A Gathering of Eagles
       March 1st, 2019
       Dallas, Texas

293.   Electrocardiography 501: Subtle ECG Findings You Might Miss
       EMS State of the Science XXI: A Gathering of Eagles
       March 2nd, 2019
       Dallas, Texas

294.   The History of Emergency Medicine
       San Diego Trauma Society
       April 12th, 2019
       San Diego, California

295.   Trauma Literature 2019 – The Latest and Greatest
       Grand Rounds: Mount Sinai Health System/Icahn School of Medicine
       April 16th, 2019
       New York, New York

296.   Hypothermia and Cold Related Injury
       2019 Wilderness Medicine Elective
       UCSF School of Medicine
       May 1st, 2019
       San Francisco, California

297.   High Altitude Illness
       2019 Wilderness Medicine Elective
       UCSF School of Medicine
       May 1, 2019
       San Francisco, California

298.   Precautionary Cautions About Precautions: 2019 Approaches to Spinal
       Motion Restriction
       Polk County Fire Rescue EMS Week 2019 Medical Seminar – Eagles

May 23rd, 2019
Orlando, Florida

299. <u>Mitigating Child-Like Behaviors: Dismantling the Major Myths about Managing Maladies in Minors</u>
Polk County Fire Rescue EMS Week 2019 Medical Seminar – Eagles
May 23rd, 2019
Orlando, Florida

300. <u>Acing the Tracing Your Facing: Subtle ECG Findings You Don't Want to Miss</u>
Polk Country Fire Rescue EMS Week 2019 Medical Seminar – Eagles
May 23rd, 2019
Orlando, Florida

301. <u>Mass Casualty and Disaster Management – Lessons Learned from the Colorado Shootings</u>
Grand Rounds – Department of Emergency Medicine
University Hospitals Cleveland Medical Center
June 13th, 2019
Cleveland, Ohio

302. <u>High Altitude Illness</u>
University Hospitals Cleveland Medical Center
June 13th, 2019
Cleveland, Ohio

303. <u>Sedation of the Trauma Patient</u>
University Hospitals Cleveland Medical Center
June 13th, 2019
Cleveland, Ohio

304. <u>Mass Casualty and Disaster Management: Lessons Learned from the Colorado Shootings</u>
Keynote address – 31st Annual David Miller Memorial Trauma Symposium
October 11th, 2019
Springfield, Missouri

305. <u>The Combative, Uncooperative, Arrested, and Threatening Trauma Patient: A Legal, Ethical, and Medical Minefield</u>
31st Annual David Miller Trauma Symposium
October 11th, 2019
Springfield, Missouri

306. <u>Management of Pelvic Trauma – Binders, REBOA, and More!</u>
American College of Emergency Physicians (ACEP) Scientific Assembly, 2019 [ACEP19]
October 28th, 2019
Denver, Colorado

307. <u>Life Saving Procedures in Trauma</u>
American College of Emergency Physicians (ACEP) Scientific Assembly, 2019 [ACEP19]
October 28th, 2019
Denver, Colorado

308.   <u>Cruising the Literature – Best Trauma Articles of 2019</u>
American College of Emergency Physicians (ACEP) Scientific Assembly,
2019 [ACEP19]
October 29th, 2019
Denver, Colorado

309.   <u>Transfer of the Trauma Patient</u>
Grand Rounds – Kaiser San Francisco
December 3rd, 2019
San Francisco, California

310.   <u>Management of Pelvic Fractures</u>
Grand Rounds – Vanderbilt University Medical Center
December 17th, 2019
Nashville, Tennessee

311.   <u>Mass Shootings in the United States</u>
Keynote address – Clinical Governance Day
The Royal London Hospital (via Zoom)
February 6th, 2020

312.   <u>Mass Casualty and Disaster Management – Lessons Learned from the
Colorado Shootings 2020</u>
University of Wisconsin
Emergency Medicine Grand Rounds
September 24th, 2020
Madison, Wisconsin (Virtual)

313.   <u>Management of the Agitated Trauma Patient – A Medical, Legal, and
Ethical Minefield</u>
University of Wisconsin
Emergency Medicine Grand Rounds
September 24th, 2020
Madison, Wisconsin (Virtual)

314.   <u>Cruising the Literature: Trauma 2020</u>
American College of Emergency Physicians (ACEP) Scientific Assembly
2020
October 26th, 2020
Dallas, Texas (Virtual – live)

315.   <u>Management of Pelvic Trauma</u>
American College of Emergency Physicians (ACEP) Scientific Assembly
2020
October 26th, 2020
Dallas, Texas (Virtual)

316.   <u>Managing the Agitated Trauma Patient</u>
American College of Emergency Physicians (ACEP) Scientific Assembly
2020
October 27th, 2020
Dallas, Texas (Virtual)

317.   <u>Resuscitation of the Trauma Patient</u>

American College of Emergency Physicians (ACEP) Scientific Assembly 2020
October 27th, 2020
Dallas Texas (Virtual)

318.   Mass Casualty and Disaster Management: Lessons Learned from the Colorado Shootings
OhioHealth Trauma Care 2020
November 16th, 2020
Columbus, Ohio (Virtual)

319.   Myths in Trauma Care
OhioHealth Trauma Care 2020
November 17th, 2020
Columbus, Ohio (Virtual)

320.   Building Relationships with your ED Team
Trauma Center Association of America – Trauma Medical Director's course
December 3rd, 2020
Mooresville, North Carolina (Virtual)

321.   Meet the Medical Directors – The Ketamine Panel
EMS World Expo Spring Conference, 2021
March 3rd, 2021 (Virtual)

322.   Managing the Agitated Trauma Patient
SEMPA Live
April 12th, 2021 (Virtual)

323.   Management of the Agitated Trauma Patient
Trauma Fundamentals 2021
EMRAP Virtual International Conference
April 14th, 2021

324.   Geriatric Trauma
Trauma Fundamentals 2021
EMRAP Virtual International Conference
April15th, 2021

325.   Building Relationships with your ED Team
Trauma Medical Director Course
Trauma Center Association of America
Mooresville, North Carolina (Virtual)
April 29th, 2021

326.   The Combative, Uncooperative, Arrested and Threatening Trauma Patient
35th Annual Midwest Trauma Conference
May 6th, 2021
Kansas City, Missouri

327.   The Columbine Shooting
35th Annual Midwest Trauma Conference (Keynote)
May 7th, 2021
Kansas City, Missouri

328.   Resuscitation of the Critically Ill Trauma Patient
SEMPA 360 Annual Conference

May 12th, 2021 (Virtual)

329.    <u>On-Scene Inapsine: Getting the Drop on the Overall Amazing utility of Droperidol</u>
EMS State of the Science: XXII – A Gathering of Eagles
First There First Care Conference
June 17th, 2021
Hollywood, Florida

330.    <u>Defend the Glycocalyx (whatever that is)! Why Is Giving Crystalloids in Uncontrollable Hemorrhage So Wrong?</u>
EMS State of the Science: XXII – A Gathering of Eagles
First There First Care Conference
June 17th, 2021
Hollywood, Florida

331.    <u>Minding the Mind of EMS Professionals Part II: Creating Safe Harbors for First Responders in the Golden Gate City</u>
EMS State of the Science: XXII – A Gathering of Eagles
First There First Care Conference
June 18th, 2021

332.    <u>Building Relationships with your Emergency Department Team</u>
Trauma Medical Director Course (Virtual)
Trauma Center Association of America
August 19th, 2021

333.    <u>Endocarditis</u>
Key Topics in Cardiology
EM-RAP Virtual Conference
September 1st, 2021

334.    <u>Management of WPW</u>
Key Topics in Cardiology
EM-RAP Virtual Conference
September 2nd, 2021

335.    <u>Recent Advances in the Resuscitation of the Trauma Patient</u>
3rd Annual Marin-Health Medical Center Trauma Symposium
October 12th, 2021
Marin, California (Virtual)

336.    <u>Resuscitation of the Trauma Patient</u>
American College of Emergency Physicians Scientific Assembly (ACEP21)
October 27th, 2021
Boston, Massachusetts

337.    <u>Breaking the Cycle: Implementing a Community Violence Intervention Program in the ED (James D. Mills, Jr. Memorial Lecture)</u>
American College of Emergency Physicians Scientific Assembly (ACEP21)
October 27th, 2021
Boston, Massachusetts

338.    <u>Management of Pelvic Trauma</u>
American College of Emergency Physicians Scientific Assembly (ACEP21)
October 27th, 2021

Boston, Massachusetts
339.   Cruising the Literature: Trauma 2021
American College of Emergency Physicians Scientific Assembly (ACEP21)
October 28th, 2021
Boston, Massachusetts
340.   Breaking the Cycle: Implementing a Community Violence Intervention
Program in the ED
Grand Rounds – Department of Pediatrics
UCSF School of Medicine
February 8th, 2022
341.   Medical Clearance of the Psychiatric Patient
SEMPA 360
April 6th, 2022
Las Vegas, Nevada
342.   Trauma Literature 2022
SEMPA 360
April 6th, 2022
Las Vegas, Nevada
343.   Trauma Resuscitation Pearls and Pitfalls
High Risk Emergency Medicine
April 10th, 2022
Maui, Hawaii
344.   The Precipitous Delivery
High Risk Emergency Medicine
April 11th, 2022
Maui, Hawaii
345.   Medical Clearance of the Psychiatric Patient
High Risk Emergency Medicine
April 13th, 2022
Maui, Hawaii
346.   Trauma Literature Update 2022
High Risk Emergency Medicine
April 14th, 2022
Maui, Hawaii
347.   Resuscitation of the Penetrating Trauma Patient
EMRAP One
April 20th, 2022
Los Angeles, California
348.   Managing Patients with Agitated Behavior
NAEMT/NAEMSP National Webinar
May 10th, 2022
349.   Five More on the Floor: The Five Most Important Trauma Publications of
the Past Year
2022 First There First Care Conference
EMS State of the Science: XXIII – A Gathering of Eagles
June 16th, 2022

Hollywood, Florida

350. Deciding Veracity in Capacity with Tenacity: How to Best and Safely Assess the Patient's Ability to Decide Their Own Fate
2022 First There First Care Conference
EMS State of the Science: XXIII – A Gathering of Eagles
June 17th, 2022
Hollywood, Florida

351. Geriatric Trauma
Grand Rounds – University of Texas Southwestern
July 21st, 2022
Dallas, Texas

352. School Shootings
13th International Trauma Congress – Challenges in Trauma Patient Care
July 28th, 2022
Sao Paulo, Brazil (Virtual)

353. Trauma Resuscitation
Northwest Seminars – Topics in Emergency Medicine: Trauma
August 8th, 2022
Whitefish, Montana

354. Trauma Literature 2020-2022
Northwest Seminars – Topics in Emergency Medicine: Trauma
August 8th, 2022
Whitefish, Montana

355. Geriatric Trauma
Northwest Seminars – Topics in Emergency Medicine: Trauma
August 9th, 2022
Whitefish, Montana

356. Management of the Agitated Trauma Patient
Northwest Seminars – Topics in Emergency Medicine: Trauma
August 9th, 2022
Whitefish, Montana

357. Pelvic Trauma
Northwest Seminars – Topics in Emergency Medicine: Trauma
August 11th, 2022
Whitefish, Montana

358. Myths in Trauma Care
Northwest Seminars – Topics in Emergency Medicine: Trauma
August 11th, 2022
Whitefish, Montana

359. Disaster Preparedness – Interactions with the Media
Mass Casualty Incident Training
September 8th, 2022
Tampa, Florida

360. Disaster Preparedness – Communications during a Disaster
Mass Casualty Incident Training
September 8th, 2022

Tampa, Florida

361. <u>Disaster Management – Hospital Preparedness</u>
Mass Casualty Incident Training
September 9th, 2022
Tampa, Florida

362. <u>Disaster Preparedness – Triage</u>
Mass Casualty Incident Training
September 9th, 2022
Tampa, Florida

363. <u>Disaster Preparedness – Lessons Learned from the Colorado Shootings</u>
Mass Casualty Incident Training
September 9th, 2022
Tampa, Florida

364. <u>Mass Casualty and Disaster Management – Lesson's Learned from the Colorado Shootings</u>
Grand Rounds – Dartmouth Health
September 14th, 2022
Hanover, New Hampshire

365. <u>The Latest and Greatest: Trauma Literature 2022</u>
Resident Conference – Department of Emergency Medicine
Dartmouth – Hitchcock Medical Center
September 14th, 2022
Hanover, New Hampshire

366. <u>Mass Casualty Medical Operations Management</u>
ACEP22 Preconference
September 30th, 2022
San Francisco, California

367. <u>Debunking Trauma Myths: It's Not Just Politics</u>
ACEP22 Scientific Assembly
October 1st, 2022
San Francisco, California

368. <u>Cruising the Literature: Trauma 2022</u>
ACEP22 Scientific Assembly
October 2nd, 2022
San Francisco, California

369. <u>Pelvic Trauma Management</u>
ACEP22 Scientific Assembly
October 2nd, 2022
San Francisco, California

370. <u>Cruising the Literature: Trauma 2022</u>
ACEP Unconventional
November 2nd, 2022
Virtual

371.

**Certifications**

- NRP, 2009
- ATLS, 2003
  - ATLS Instructor
    - November 18th, 2016
    - July 23rd, 2017
    - June 25th, 2018
    - June 24th, 2019
    - October 17th, 2019
    - June 22nd, 2020
    - July 10th, 2020
    - June 10-11, 2021
    - July 29-30, 2021
    - June 9-10, 2022
    - August 30, 2022
- ACLS, 1996
- PALS, 1994
- ATLS instructor, 2010 – present
- BLS, 2016

**Media**

- Tales From the Front Lines - San Francisco Magazine – September, 2017
- How to Control Bleeding – The New York Times Magazine – April 22nd, 2018
- Skinned Knees to Broken Heads: Tracking Scooter Injuries – The New York Times – August 3rd, 2018
- Interview – NBC – Scooter injuries – August 8th, 2018
- Interview – San Francisco Chronicle – Scooter Injuries – August 11th, 2018
- Wines on a Plane: Does Drinking Affect You Differently While Flying? – Wine Spectator, August 21st, 2018
- National Public Radio (NPR) segment – Heat Related Emergencies – October, 2018
- Interview – KPIX TV Channel 5 –  Scooter injuries - January 25th, 2019
- Interview – San Francisco Chronicle – Scooter Injuries – January 26th, 2019
- Interview – RTV6 Indianapolis – Marijuana use kills Indiana teen, mother speaks out. Stephanie Wade, April 11, 2019 (https://www.theindychannel.com/news/working-for-you/marijuana-use-kills-indiana-teen-mother-speaks-out)

- Interview – The New Yorker – Twenty years after Columbine. Michael Luo, April 20th, 2019. (https://www.newyorker.com/news/news-desk/twenty-years-after-columbine)
- Interview – Fox KTVU Channel 2 – San Francisco averaged one fentanyl overdose death a week last year. Amber Led, June 25th, 2019 (http://www.ktvu.com/news/ktvu-local-news/san-francisco-averaged-one-fentanyl-overdose-death-a-week-last-year)
- Patients Leaving AMA: Signed Forms Alone Are Not Sufficient Malpractice Defense. ED Legal Letter, Volume 30, No. 8, p. 85-88, August, 2019
- Interview – San Francisco Chronicle – Psychiatric patients in the ED. August 15, 2019
- Interview – San Francisco Examiner – ED Diversion – September 26th, 2019
- Interview – San Francisco Chronicle – Emergency department management of substance abuse – November 5th, 2019
- Interview – KTVU Channel 2 Morning News (Mornings on 2) – Holiday mishaps – December 20th, 2019 https://sfgov1-my.sharepoint.com/:v:/r/personal/maricella_miranda_sfdph_org/Documents/Media/KTVU%202_Chris%20Colwell_ED%20holidays_2019/IMG_0571.MOV?csf=1&e=RQGwJN
- Interview – KCBS news – Scooter injuries in the ER. January 15th, 2020
- Interview – KTVU Channel 2 Fox News – COVID 19 response, March 19th, 2020 https://www.facebook.com/548490151931030/posts/2731790630267627/
- Interview – LA Times – COVID 19 response, March 22, 2020
- Interview – KQED – COVID 19 response, March 24th, 2020
- Interview – KRON TV – COVID 19 response, March 26th, 2020
- Interview – ABC 7 News – COVID 19 expectations, April 13th, 2020
- Interview – ABD 7 News – COVID 19 and coagulation disorders, April 29th, 2020
- Interview – CalMatters Sacramento – Impact of delaying care during the pandemic, May 12th, 2020
- Interview – Please don't avoid the emergency room. Elemental (Ariela Zebede, author), June 9th, 2020 https://elemental.medium.com/please-dont-avoid-the-emergency-room-aafdd21e477e
- Interview – NBCUniversal - Impact of people staying away from the hospital during the pandemic, June 19th, 2020
- Interview – KGO TV/ABC news – Impact of COVID-19 on behavioral health patients, July 13th, 2020
- Interview – Telemundo – Impact of the pandemic on behavioral health. July 16, 2020
- Interview – KTVU Channel 2 Fox News – Heat –Related Emergencies, August 14th, 2020

- Interview – San Francisco Chronicle – Substance abuse fatalities, September 1st, 2020
- Interview – New York Times – Impact of climate change and fires on the homeless, October 23rd, 2020
- Interview – ABC Channel 7 News – 'Going to be hard': Bay Area doctors prepare for hospital surge as COVID-19 cases increase. November 16th, 2020
  - https://www.msn.com/en-us/news/us/going-to-be-hard-bay-area-doctors-prepare-for-hospital-surge-as-covid-19-cases-increase/ar-BB1b57mx
- Interview – KTVU Fox 2 News – COVID-19 vaccine. December 15th, 2020
  - https://www.ktvu.com/news/bay-area-hospital-workers-set-to-receive-first-vaccinations
- Interview – ABC 7 News – COVID-19 vaccine. December 16th, 2020
  - https://abc7news.com/health/sf-general-hospital-to-administer-its-1st-covid-vaccine-doses/8785757/
- Interview – MSNBC – 3rd Surge of the pandemic. December 26th, 2020
- Interview – KGO TV ABC 7 News – Impact of the 3rd surge of the pandemic, Saturday, January 2nd, 2021
- Interview – ABC news (local and national) – Impact of the holiday celebrations on the hospitals in San Francisco. Saturday, January 9th, 2021
- Interview – SFGATE News – COVID-19 Surge in the Bay Area. January 10th, 2021
  - https://www.sfgate.com/bayarea/article/Christopher-Colwell-SF-General-COVID-surge-plan-15860497.php?utm_campaign=CMS%20Sharing%20Tools%20(Premium)&utm_source=share-by-email&utm_medium=email
  - 
- Interview – ABC 7 News – Vaccine roll out in the Bay Area, January 11th, 2021
  - https://abc7news.com/covid-19-vaccinations-california-bay-area-covid-vaccine/9578842/
- Interview – FOX 2 News – Impact of the pandemic on the Bay Area, January 11th, 2021
- Interview – ABC 7 News – Update on the 3rd Surge in the Bay Area, February 22, 2021
- Interview – ABC 7 News – Cannabis Hyperemesis Syndrome, March 10th, 2021
- Interview – The Dr. Oz Show – FOX (KTVU) – Is the Worst Behind Us? Coming off the 3rd Surge of the Coronavirus Pandemic. March 10th, 2021
- Interview – ABC 7 News – Update on the vaccine distribution – Entering Phase 1C. March 14th, 2021
- Interview – ABC7 News – Use of Beta-Blockers for performance enhancement. April 5th, 2021

- Interview – ABC7 News – Complications of the Johnson and Johnson vaccine. April 23rd, 2021
- Interview – SFGATE – 'Fentanyl has changed the whole landscape': San Francisco faces worst drug epidemic ever. June 15th, 2021
  - https://www.sfgate.com/bayarea/article/fentanyl-San-Francisco-overdose-drug-epidemic-16237333.php
- Interview – KGO-TV ABC7 News – The delta variant of COVID-19. July 9th, 2021
- Interview – ABC7 News – Breakthrough COVID-19 infections. July 10th, 2021
- Interview – KTVU Fox 2 – The fentanyl epidemic. July 14th, 2021
  - https://www.facebook.com/100057784162664/posts/243433964259407/
- Interview – KGO-TV ABC7 – Live – Breakthrough cases and pandemic update. July 12th, 2021
  - https://www.facebook.com/abc7news/videos/194262392659562/
- Interview – Neurology Consult Delays Can Become an Issue in Claims. ED Legal Letter July, 2021; Vol. 32, Issue 7: pp. 80-82.
- Interview – Good Morning America (national broadcast) KGO-TV ABC7 News – Pandemic of the unvaccinated. July 20th, 2021
- Interview – KGO-TV ABC7 News – The Fourth Surge. July 28th, 2021
- Interview – KGO-TV ABC7 SF Live – Vaccine update. August 2, 2021
  - https://www.facebook.com/abc7news/videos/347754970393905/
- Interview – KGO-TV ABC7 News – Supplemental vaccines. August 2, 2021
- Interview – NPR – Press Play with Madeleine Brand – Why some people may need a booster shot, especially if they got Johnson and Johnson's single dose. August 10th, 2021
  - https://www.kcrw.com/news/shows/press-play-with-madeleine-brand/coronavirus-kids-tech-tv-film-sfv/vaccine-covid-booster
- Interview – Associated Press – Quake survivors face elevated risk of amputations and other injuries. Published in the San Francisco Chronicle, August 29th, 2021
- Interview – KTVU Fox 2 – Opioid overdoses and the continuing epidemic. September 30th, 2021
- Interview – KGO-TV ABC7 News – Impact of vaccine mandates on the Emergency Department. October 4th, 2021
- Interview – KCBS Radio – The impact of gun violence on our communities. November 7th, 2021
- Interview – Police Transport More Patients with Mental Health Needs to ED. Published in ED Management, Vol. 33, No. 11; p. 143-5. November, 2021
- Interview – KGO-TV ABC7 News – Travel over the holidays in the current state of the pandemic. December 17th, 2021

- Interview – KGO-TV ABC7 News – Impact on the ED of the Omicron surge. January 3rd, 2022
- Interview – KGO-TV ABC7 News – Staffing and resource shortages during the pandemic. January 4th, 2022.
- Interview – KGO-TV ABC7News – Update on the pandemic. January 23rd, 2022
- Interview – KGO-TV ABC7 News – Staffing shortage impacts during the current pandemic surge. January 31st, 2022
- Interview – ABC News – Impact of the pandemic on the opioid epidemic. March 12th, 2022
- Interview – KRON4 News – The dangers of fentanyl overdoses. April 2nd, 2022
- Interview – KGO-TV ABC7 News – Current state of the pandemic. April 27th, 2022
- Interview – When ED Providers Overlook Information Conveyed by EMS. Published in ED Management June, 2022: Vol. 34, No. 6, pgs. 92-93
- Interview – KGO-TV ABC7 News – Update on the current COVID surge. May 27th, 2022
- Interview – MedPage Today – Emergency docs on injuries from assault weapons. May 31st, 2022
- Interview – Washington Post – Trauma physicians have become depressingly prepared for mass shootings. July 1, 2022
- Interview – Denver7 ABC News – The Denver Channel – Droperidol for acute agitation in the ambulance. August 11th, 2022
- Interview – San Jose Mercury News – Impact of the heat on the emergency department. September 6th, 2022
- Interview – KQED radio – Voter outreach to patients experiencing homelessness from the ED. October 19th, 2022
- Interview – KGO-TV ABC7 News – Respiratory season update. November 29th, 2022
- Interview – San Francisco Chronicle – Impact of the cold weather on patients in the Emergency Department. November 30th, 2022
- Interview – Medscape – Impact of gun reform efforts on the Emergency Department. December 16th, 2022

**Additional Activities**

- Citizen CPR training
  - August 14th, 2021
  - September 4th, 2021
  - April 9th, 2022
- President, Sigma Phi Epsilon fraternity, Ann Arbor, MI  1987-1988 Active Member: 1984-1988

- Varsity Tennis, University of Michigan, Ann Arbor, MI 1984-1988 Big Ten Team Champions: 1985, 1986, 1988.  NCAA Team Semifinals: 1988
- Psi Chi Honor Society 1987-1988
- Captain, Varsity Tennis Team, La Jolla High School, La Jolla, CA
- Michigan Alumnae Scholarship recipient, San Diego Chapter 1984-1985

**Languages**   Fluent in Spanish