Case 1:22-cv-00404-DKW-RT   Document 36-12   Filed 02/15/23   Page 1 of 2   PageID.533

# LOUIS KLAREVAS
# RAMPAGE NATION
## SECURING AMERICA FROM MASS SHOOTINGS

Prometheus Books
59 John Glenn Drive
Amherst, New York 14228

**EXHIBIT B (Klarevas)**

Rampage Nation.indd   3     6/14/16   12:37 PM

Table 2.1. The Concept of a Mass Shooting.

**Definition of a Mass Shooting:**

Any violent attack that results in four or more individuals incurring gunshot wounds.

**Categories of Mass Shooting:**

1. *Nonfatal*
   Mass shootings in which no one dies.

2. *Fatal*
   Mass shootings in which at least one victim dies.

3. *High-Fatality / Gun Massacre*
   Mass shootings in which six or more victims die.

✯ ✯ ✯

It's easy to dismiss conceptual discussions and debates as exercises in Ivory Tower intellectualism. But how we identify and think about mass shootings impacts which attacks capture national attention and which are disregarded—something which has far-reaching policy consequences. Thus, coming up with the best possible definition and conceptualization is a vital first step toward explaining and preventing rampage violence. As the Socratic adage reminds us, "The beginning of wisdom is the definition of terms."[43]