Exhibit C
High-Fatality Mass Shootings in the United States, 1991-2022

|  | Date | City | State | Deaths | Involved Assault Weapon(s) | Involved Large-Capacity Magazine(s) |
|---|---|---|---|---|---|---|
| 1 | 1/26/1991 | Chimayo | NM | 7 | N | N |
| 2 | 8/9/1991 | Waddell | AZ | 9 | N | N |
| 3 | 10/16/1991 | Killeen | TX | 23 | N | Y |
| 4 | 11/7/1992 | Morro Bay and Paso Robles | CA | 6 | N | N |
| 5 | 1/8/1993 | Palatine | IL | 7 | N | N |
| 6 | 5/16/1993 | Fresno | CA | 7 | Y† | Y |
| 7 | 7/1/1993 | San Francisco | CA | 8 | Y† | Y |
| 8 | 12/7/1993 | Garden City | NY | 6 | N | Y |
| 9 | 4/20/1999 | Littleton | CO | 13 | Y† | Y |
| 10 | 7/12/1999 | Atlanta | GA | 6 | N | U |
| 11 | 7/29/1999 | Atlanta | GA | 9 | N | Y |
| 12 | 9/15/1999 | Fort Worth | TX | 7 | N | Y |
| 13 | 11/2/1999 | Honolulu | HI | 7 | N | Y |
| 14 | 12/26/2000 | Wakefield | MA | 7 | Y | Y |
| 15 | 12/28/2000 | Philadelphia | PA | 7 | N | Y |
| 16 | 8/26/2002 | Rutledge | AL | 6 | N | N |
| 17 | 1/15/2003 | Edinburg | TX | 6 | Y | U |
| 18 | 7/8/2003 | Meridian | MS | 6 | N | N |
| 19 | 8/27/2003 | Chicago | IL | 6 | N | N |
| 20 | 3/12/2004 | Fresno | CA | 9 | N | N |
| 21 | 11/21/2004 | Birchwood | WI | 6 | Y | Y |
| 22 | 3/12/2005 | Brookfield | WI | 7 | N | Y |
| 23 | 3/21/2005 | Red Lake | MN | 9 | N | Y |
| 24 | 1/30/2006 | Goleta | CA | 7 | N | Y |
| 25 | 3/25/2006 | Seattle | WA | 6 | N | N |
| 26 | 6/1/2006 | Indianapolis | IN | 7 | Y | Y |
| 27 | 12/16/2006 | Kansas City | KS | 6 | N | N |
| 28 | 4/16/2007 | Blacksburg | VA | 32 | N | Y |
| 29 | 10/7/2007 | Crandon | WI | 6 | Y | Y |
| 30 | 12/5/2007 | Omaha | NE | 8 | Y | Y |
| 31 | 12/24/2007 | Carnation | WA | 6 | N | U |
| 32 | 2/7/2008 | Kirkwood | MO | 6 | N | Y |
| 33 | 9/2/2008 | Alger | WA | 6 | N | U |
| 34 | 12/24/2008 | Covina | CA | 8 | N | Y |
| 35 | 1/27/2009 | Los Angeles | CA | 6 | N | N |
| 36 | 3/10/2009 | Kinston, Samson, and Geneva | AL | 10 | Y | Y |

C 1

# EXHIBIT C (Klarevas)

|    | Date       | City              | State | Deaths | Involved Assault Weapon(s) | Involved Large-Capacity Magazine(s) |
|----|------------|-------------------|-------|--------|----------------------------|-------------------------------------|
| 37 | 3/29/2009  | Carthage          | NC    | 8      | N                          | N                                   |
| 38 | 4/3/2009   | Binghamton        | NY    | 13     | N                          | Y                                   |
| 39 | 11/5/2009  | Fort Hood         | TX    | 13     | N                          | Y                                   |
| 40 | 1/19/2010  | Appomattox        | VA    | 8      | Y                          | Y                                   |
| 41 | 8/3/2010   | Manchester        | CT    | 8      | N                          | Y                                   |
| 42 | 1/8/2011   | Tucson            | AZ    | 6      | N                          | Y                                   |
| 43 | 7/7/2011   | Grand Rapids      | MI    | 7      | N                          | Y                                   |
| 44 | 8/7/2011   | Copley Township   | OH    | 7      | N                          | N                                   |
| 45 | 10/12/2011 | Seal Beach        | CA    | 8      | N                          | N                                   |
| 46 | 12/25/2011 | Grapevine         | TX    | 6      | N                          | N                                   |
| 47 | 4/2/2012   | Oakland           | CA    | 7      | N                          | N                                   |
| 48 | 7/20/2012  | Aurora            | CO    | 12     | Y                          | Y                                   |
| 49 | 8/5/2012   | Oak Creek         | WI    | 6      | N                          | Y                                   |
| 50 | 9/27/2012  | Minneapolis       | MN    | 6      | N                          | Y                                   |
| 51 | 12/14/2012 | Newtown           | CT    | 27     | Y                          | Y                                   |
| 52 | 7/26//2013 | Hialeah           | FL    | 6      | N                          | Y                                   |
| 53 | 9/16/2013  | Washington        | DC    | 12     | N                          | N                                   |
| 54 | 7/9/2014   | Spring            | TX    | 6      | N                          | Y                                   |
| 55 | 9/18/2014  | Bell              | FL    | 7      | N                          | U                                   |
| 56 | 2/26/2015  | Tyrone            | MO    | 7      | N                          | U                                   |
| 57 | 5/17/2015  | Waco              | TX    | 9      | N                          | Y                                   |
| 58 | 6/17/2015  | Charleston        | SC    | 9      | N                          | Y                                   |
| 59 | 8/8/2015   | Houston           | TX    | 8      | N                          | U                                   |
| 60 | 10/1/2015  | Roseburg          | OR    | 9      | N                          | Y                                   |
| 61 | 12/2/2015  | San Bernardino    | CA    | 14     | Y                          | Y                                   |
| 62 | 2/21/2016  | Kalamazoo         | MI    | 6      | N                          | Y                                   |
| 63 | 4/22/2016  | Piketon           | OH    | 8      | N                          | U                                   |
| 64 | 6/12/2016  | Orlando           | FL    | 49     | Y                          | Y                                   |
| 65 | 5/27/2017  | Brookhaven        | MS    | 8      | Y                          | Y                                   |
| 66 | 9/10/2017  | Plano             | TX    | 8      | Y                          | Y                                   |
| 67 | 10/1/2017  | Las Vegas         | NV    | 60     | Y                          | Y                                   |
| 68 | 11/5/2017  | Sutherland Springs| TX    | 25     | Y                          | Y                                   |
| 69 | 2/14/2018  | Parkland          | FL    | 17     | Y                          | Y                                   |
| 70 | 5/18/2018  | Santa Fe          | TX    | 10     | N                          | N                                   |
| 71 | 10/27/2018 | Pittsburgh        | PA    | 11     | Y                          | Y                                   |
| 72 | 11/7/2018  | Thousand Oaks     | CA    | 12     | N                          | Y                                   |
| 73 | 5/31/2019  | Virginia Beach    | VA    | 12     | N                          | Y                                   |
| 74 | 8/3/2019   | El Paso           | TX    | 23     | Y                          | Y                                   |
| 75 | 8/4/2019   | Dayton            | OH    | 9      | Y†                         | Y                                   |

|    | Date | City | State | Deaths | Involved Assault Weapon(s) | Involved Large-Capacity Magazine(s) |
|----|------|------|-------|--------|----------------------------|-------------------------------------|
| 76 | 8/31/2019 | Midland and Odessa | TX | 7 | Y | Y |
| 77 | 3/15/2020 | Moncure | NC | 6 | U | U |
| 78 | 6/4/2020 | Valhermoso Springs | AL | 7 | Y | Y |
| 79 | 9/7/2020 | Aguanga | CA | 7 | U | U |
| 80 | 2/2/2021 | Muskogee | OK | 6 | N | U |
| 81 | 3/16/2021 | Acworth and Atlanta | GA | 8 | N | Y |
| 82 | 3/22/2021 | Boulder | CO | 10 | Y† | Y |
| 83 | 4/7/2021 | Rock Hill | SC | 6 | Y† | Y |
| 84 | 4/15/2021 | Indianapolis | IN | 8 | Y | Y |
| 85 | 5/9/2021 | Colorado Springs | CO | 6 | N | Y |
| 86 | 5/26/2021 | San Jose | CA | 9 | N | Y |
| 87 | 1/23/2022 | Milwaukee | WI | 6 | N | U |
| 88 | 4/3/2022 | Sacramento | CA | 6 | N | Y |
| 89 | 5/14/2022 | Buffalo | NY | 10 | Y | Y |
| 90 | 5/24/2022 | Uvalde | TX | 21 | Y | Y |
| 91 | 7/4/2022 | Highland Park | IL | 7 | Y | Y |
| 92 | 10/27/2022 | Broken Arrow | OK | 7 | N | U |
| 93 | 11/22/2022 | Chesapeake | VA | 6 | N | U |

Note: High-fatality mass shootings are mass shootings resulting in 6 or more fatalities, not including the perpetrator(s), regardless of location or motive.  For purposes of this Exhibit, a high-fatality mass shooting was coded as involving an assault weapon if at least one of the firearms discharged was defined as an assault weapon in (1) the 1994 federal Assault Weapons Ban; (2) the statutes of the state where the shooting occurred; or (3) a legal or judicial declaration issued by a state official.  For purposes of this Exhibit, a high-fatality mass shooting was coded as involving a large-capacity magazine if at least one of the firearms discharged had an ammunition-feeding device holding more than 10 bullets.  Incidents in gray shade are those incidents that occurred at a time when and in a state where legal prohibitions on both assault weapons and large-capacity magazines were in effect statewide or nationwide.  Incidents marked with a † under the "Involved Assault Weapon(s)" column are incidents that involved an assault pistol.  All other incidents marked as involving assault weapons involved assault rifles.

Sources: Louis Klarevas, *Rampage Nation: Securing America from Mass Shootings* (2016); Louis Klarevas, et al., *The Effect of Large-Capacity Magazine Bans on High-Fatality Mass Shootings*, 109 American Journal of Public Health 1754 (2019), *available at* https://ajph.aphapublications.org/doi/full/10.2105/AJPH.2019.305311 (last accessed December 27, 2022); and "Gun Violence Archive," *available at* https://www.gunviolencearchive.org (last accessed January 3, 2023).  The Gun Violence Archive was only consulted for identifying high-fatality mass shootings that occurred since January 1, 2018.