

**EXHIBIT G (Klarevas)**

