

**EXHIBIT J (Spitzer)**