| | |
|---|---|
| ANNE E. LOPEZ | 7609 |
|    Attorney General of Hawaiʻi | |
| KIMBERLY T. GUIDRY | 7813 |
| EWAN C. RAYNER | 10222 |
| KALIKOʻONĀLANI D. FERNANDES | 9964 |
| NICHOLAS M. MCLEAN | 10676 |
|    Deputy Attorneys General | |

Department of the Attorney
 General, State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel:  (808) 586-1360
E-mail:  nicholas.mclean@hawaii.gov

Attorneys for ANNE E. LOPEZ, in her
official capacity as Attorney General for the
State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT,<br><br>        Plaintiffs,<br><br>   v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>        Defendant. | No. 1:22-cv-404-DKW-RT<br><br>**ERRATA RE: DEFENDANT ANNE E. LOPEZ'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (ECF NO. 36-26); CERTIFICATE OF SERVICE**<br><br><u>District Judge</u>: Chief Judge Derrick K. Watson<br><br><u>Magistrate Judge</u>: Rom Trader |

## ERRATA

Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi, respectfully submits this Errata to Exhibit "7" attached to the Opposition to Plaintiffs' Motion for Preliminary Injunction (ECF No. 36-26), filed herein on February 15, 2023.

Attached herewith as Attachment "1" is the correct final version of the Declaration of Robert J. Spitzer. The attached version reflects a non-substantive correction to the opening line on page 1 of the Spitzer Declaration (page 2 of 77 of the PDF) as filed. In the corrected version of the Spitzer Declaration, the opening line reads as follows: "I, Robert J. Spitzer, declare under penalty of perjury that the following is true and correct[.]" Professor Spitzer has confirmed and authorized this correction.

The exhibits attached to the Spitzer Declaration (ECF Nos. 36-27 through 36-36) are correct as filed and are not being corrected by this Errata.

DATED: Honolulu, Hawaiʻi, February 16, 2023.

                                     */s/ Nicholas M. McLean*
                                     KIMBERLY T. GUIDRY
                                     EWAN C. RAYNER
                                     KALIKOʻONĀLANI D. FERNANDES
                                     NICHOLAS M. MCLEAN

                                     Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi