IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>Defendant. | Civil No. 1:22-cv-404-DKW-RT<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system upon the following:

Marc J. Victor, Esq.
Jody L. Broaddus, Esq.
Caroline M. Elliott, Esq.
Attorneys for Freedom Law Firm
1003 Bishop Street, Suite 1260
Pauahi Tower
Honolulu, Hawaiʻi 96813
Marc@AttorneysForFreedom.com
Jody@AttorneysForFreedom.com
Caroline@AttorneysForFreedom.com

Barry K. Arrington, Esq.
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
barry@arringtonpc.com

Sebastian Torres, Esq.
Gatlin Voelker
50 East Rivercenter Boulevard #1275
Covington, Kentucky 41011
storres@gatlinvoelker.com

Counsel for Plaintiffs NATIONAL ASSOCIATION FOR GUN RIGHTS, RONDELLE AYAU, and JEFFREY BRYANT

   DATED:  Honolulu, Hawaiʻi, February 16, 2023.

                              */s/ Nicholas M. McLean*
                              KIMBERLY T. GUIDRY
                              EWAN C. RAYNER
                              KALIKOʻONĀLANI D. FERNANDES
                              NICHOLAS M. MCLEAN
                              Attorneys for Defendant ANNE E. LOPEZ,
                              in her official capacity as Attorney General
                              for the State of Hawaiʻi