CHRISTOPHER D. THOMAS (#8203)
American Savings Bank Tower
1001 Bishop Street, Suite 2925
Honolulu, Hawaii 96813
Tel: (808) 261-7710
Email: cthomas@hawaiianfamilylaw.com

*Local Counsel for Amici Curiae*
*Giffords, Brady, March for Our Lives*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT, | Civil No. 1:22-cv-00404-DKW-RT |
| Plaintiffs, | **NOTICE OF APPEARANCE; CERTIFICATE OF SERVICE** |
| v. | |
| ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi, | <u>District Judge</u>: Chief Judge Derrick K. Watson |
| Defendant. | <u>Magistrate Judge</u>: Rom Trader |

## <u>NOTICE OF APPEARANCE</u>

Christopher D. Thomas hereby enters his appearance as local counsel for *Amici Curiae* Giffords Center to Prevent Gun Violence, Brady United, and March for Our Lives. By this notice, appearing counsel requests that his name be added to the docket for this case, and that all future correspondence and pleadings be additionally directed to:

> Christopher D. Thomas (#8203)
> American Savings Bank Tower
> 1001 Bishop Street, Suite 2925
> Honolulu, Hawaiʻi 96813
> Tel: (808) 261-7710
> Email: cthomas@hawaiianfamilylaw.com

Neither this notice of appearance nor any subsequent appearance, pleading, claim, suit, or other filing is intended to waive any rights, including any right to challenge the jurisdiction of the Court or pursuant to the Eleventh Amendment to the United States Constitution, state sovereign immunity, or any other rights, claims, actions, or defenses to which Defendant is or may be entitled in law or in equity, all of which are hereby expressly reserved.

DATED: February 17, 2023

/s/ Christopher D. Thomas
Christopher D. Thomas

*Local Counsel for Amici Curiae*
*Giffords, Brady, March for Our Lives*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT, | CIVIL NO. 1:22-cv-00404-DKW-RT |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| v. | |
| ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawai'i, | |
| Defendant. | |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was

served electronically through the Court's CM/ECF system upon the following.

DATED: February 17, 2023.

/s/ Christopher D. Thomas
CHRISTOPHER D. THOMAS