CHRISTOPHER D. THOMAS (#8203)
American Savings Bank Tower
1001 Bishop Street, Suite 2925
Honolulu, Hawaii 96813
Tel: (808) 261-7710
Email: cthomas@hawaiianfamilylaw.com

*Local Counsel for Amici Curiae*
*Giffords, Brady, March for Our Lives*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>Defendant. | Civil No. 1:22-cv-00404-DKW-RT<br><br>**PROPOSED ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO JENNIFER LOEB; CERTIFICATE OF SERVICE**<br><br>District Judge:<br>Chief Judge Derrick K. Watson<br><br>Magistrate Judge:<br>Rom Trader |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT,<br><br>Plaintiff,<br><br>vs.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawai'i,<br><br>Defendant. | Case. No. 1:22-cv-00404-DKW-RT<br><br>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO Jennifer Loeb |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Jennifer Loeb to Appear Pro Hac Vice.

| Name of Attorney: | Jennifer Loeb |
|---|---|
| Firm Name: | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
| Firm Address: | 700 13th Street NW, 10th Floor<br>Washington, DC 20005 |
| Attorney CM/ECF Primary email address: | jennifer.loeb@freshfields.com |
| Firm Telephone: | 202 777 4500 |
| Party Represented | Amici Curiae Giffords Center to Prevent Gun Violence, Brady United, and March for Our Lives |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, _____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawai'i,<br><br>Defendant. | CIVIL NO. 1:22-cv-00404-DKW-RT<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system upon the following.

DATED: February 17, 2023.

/s/ Christopher D. Thomas
CHRISTOPHER D. THOMAS
*Local Counsel for Amici Curiae Giffords, Brady, March for Our Lives*