IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT,<br><br>Plaintiff,<br><br>vs.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>Defendant.<br>_____ | Case. No. 1:22-cv-00404-DKW-RT<br><br>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO Aaron R. Marcu |

ORDER GRANTING MOTION
<u>TO APPEAR PRO HAC VICE</u>

The Court GRANTS the Motion of <u>Aaron R. Marcu</u> to Appear Pro Hac Vice.

| Name of Attorney: | Aaron R. Marcu |
|---|---|
| Firm Name: | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
| Firm Address: | 601 Lexington Ave., 31st Floor<br>New York, NY 10022 |
| Attorney CM/ECF Primary email address: | aaron.marcu@freshfields.com |
| Firm Telephone: | 212 284 4954 |
| Party Represented | Amici Curiae Giffords Center to Prevent Gun Violence, Brady United, and March for Our Lives |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 22, 2023.



Rom A. Trader
United States Magistrate Judge