IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT, <br><br> Plaintiff, <br><br> vs. <br><br> ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi, <br><br> Defendant. | Case. No. 1:22-cv-00404-DKW-RT <br><br> ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO Jennifer Loeb |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Jennifer Loeb to Appear Pro Hac Vice.

| Name of Attorney: | Jennifer Loeb |
|---|---|
| Firm Name: | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
| Firm Address: | 700 13th Street NW, 10th Floor <br> Washington, DC 20005 |
| Attorney CM/ECF Primary email address: | jennifer.loeb@freshfields.com |
| Firm Telephone: | 202 777 4500 |
| Party Represented | Amici Curiae Giffords Center to Prevent Gun Violence, Brady United, and March for Our Lives |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 22, 2023.



Rom A. Trader
United States Magistrate Judge