# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT, | ) ) ) | Case. No. 1:22-cv-00404-DKW-RT |
| Plaintiff, | ) ) ) | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO Lee Rovinescu |
| vs. | ) ) | |
| ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawai'i, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Lee Rovinescu to Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | Lee Rovinescu |
| Firm Name: | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
| Firm Address: | 601 Lexington Ave., 31st Floor<br>New York, NY 10022 |
| Attorney CM/ECF Primary email address: | lee.rovinescu@freshfields.com |
| Firm Telephone: | 212 230 4634 |
| Party Represented | Amici Curiae Giffords Center to Prevent Gun Violence, Brady United, and March for Our Lives |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 22, 2023.



Rom A. Trader
United States Magistrate Judge