Arrington Law Firm
Barry K. Arrington*
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Phone: (303) 205-7870
Email: barry@arringtonpc.com
*Pro Hac Vice*

Gatlin Voelker
Sebastian D. Torres
50 E Rivercenter Boulevard #1275
Covington, Kentucky 41011
Phone: (859) 781-9100
STorres@GatlinVoelker.com

ATTORNEYS FOR FREEDOM LAW FIRM
1003 Bishop Street, Suite 1260
Pauahi Tower
Honolulu, HI 96813
Phone: (808) 647-2423
Fax: (480) 857-0150
Marc J. Victor - Bar. No. 011090
Jody L. Broaddus - Bar No. 011229
Caroline M. Elliot - Bar No. 011541
Marc@AttorneysForFreedom.com
Jody@AttorneysForFreedom.com
Caroline@AttorneysForFreedom.com
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS | Civil No. 22-cv-00404-DKW-RT |
| and | |
| RONDELLE AYAU | **PLAINTIFFS' MOTION TO EXCEED PAGE LIMITS** |
| and | |
| JEFFREY BRYANT | |

|         |   |
|---------|---|
| Plaintiffs, | ) |
| vs. | ) |
|  | ) |
| ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi | ) ) |
|  | ) |
| Defendant. | ) |

Plaintiffs respectfully move for leave to exceed page limits to allow 42 pages for Plaintiffs' Reply in Support of their Motion for Preliminary Injunction. In support of this motion, Plaintiffs state:

1. On March 14, 2023, Plaintiffs' counsel and Defendant's counsel conferred about the expected length of Plaintiffs' Reply in Support of their Motion for Preliminary Injunction, and Defendant agreed to Plaintiffs' request to file a brief up to 30 pages in length. Thus, Defendant has partially agreed to and partially opposed this motion.

2. In response to Plaintiffs' motion for preliminary injunction, the State filed an opposition brief along with declarations and/or exhibits. In total, the State submitted over 980 pages of material. In addition, an amicus brief supporting the State's position has been filed.

3. There is good cause to grant Plaintiffs' request to extend the page limit for their reply brief.

4. Given the nature and complexity of the legal and factual issues in this case and the massive amount of material filed by the State and its amicus, Plaintiffs respectfully request leave to file a brief of 42 pages.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion and enter an order allowing Plaintiffs 42 pages for their Reply in Support of their Motion for Preliminary Injunction.

*/s/ Barry K. Arrington*
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Phone: (303) 205-7870
Email: barry@arringtonpc.com
*Pro Hac Vice*

Gatlin Voelker
Sebastian D. Torres
50 E Rivercenter Boulevard #1275
Covington, Kentucky 41011
Phone: (859) 781-9100
STorres@GatlinVoelker.com

ATTORNEYS FOR FREEDOM LAW FIRM
1003 Bishop Street, Suite 1260
Pauahi Tower
Honolulu, HI 96813
Phone: (808) 647-2423
Fax: (480) 857-0150
Marc J. Victor - Bar. No. 011090
Jody L. Broaddus - Bar No. 011229
Caroline M. Elliot - Bar No. 011541
Marc@AttorneysForFreedom.com
Jody@AttorneysForFreedom.com
Caroline@AttorneysForFreedom.com
*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

  I hereby certify that on March 15, 2023, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing. Parties may access this filing through the Court's system.

*/s/ Barry K. Arrington*
Barry K. Arrington