IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, ET AL., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case. No. 1:22-cv-00404-DKW-RT <br><br> ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO William J. Taylor, Jr. |
| Plaintiff, | | |
| vs. | | |
| ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawai'i | | |
| Defendant. | | |

ORDER GRANTING MOTION
TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of William J. Taylor, Jr. to Appear Pro Hac Vice.

| Name of Attorney: | William J. Taylor, Jr. |
|---|---|
| Firm Name: | Everytown Law |
| Firm Address: | 450 Lexington Avenue, PO Box 4184 <br> New York, NY 10017 |
| Attorney CM/ECF Primary email address: | wtaylor@everytown.org |
| Firm Telephone: | (646) 324-8215 |
| Party Represented | Anne E. Lopez, in her official capacity as Attorney General for the State of Hawai'i |

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, March 22, 2023.



Rom A. Trader
United States Magistrate Judge