IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT, <br><br> Plaintiff, <br><br> vs. <br><br> ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi, <br><br> Defendant. | Case. No. 1:22-cv-404-DKW-RT <br><br> ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO Alan E. Schoenfeld |

ORDER GRANTING MOTION
TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Alan E. Schoenfeld to Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | Alan E. Schoenfeld |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Firm Address: | 7 World Trade Center, 250 Greenwich Street<br>New York, New York 10007 |
| Attorney CM/ECF Primary email address: | Alan.Schoenfeld@wilmerhale.com |
| Firm Telephone: | 212-230-8800 |
| Party Represented | Anne E. Lopez, in her official capacity as Attorney General for the State of Hawaiʻi |

IT IS SO ORDERED.

DATED: _____ Honolulu, Hawaii