IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT,<br><br>Plaintiff,<br><br>vs.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>Defendant. | Case. No. 1:22-cv-404-DKW-RT<br><br>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO Ryan Chabot |

ORDER GRANTING MOTION
TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Ryan Chabot to Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | Ryan Chabot |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Firm Address: | 7 World Trade Center, 250 Greenwich Street<br>New York, New York 10007 |
| Attorney CM/ECF Primary email address: | Ryan.Chabot@wilmerhale.com |
| Firm Telephone: | 212-230-8800 |
| Party Represented | Anne E. Lopez, in her official capacity as Attorney General for the State of Hawaiʻi |

IT IS SO ORDERED.

DATED: March 28, 2023,                                   Honolulu, Hawaii



Rom A. Trader
United States Magistrate Judge