
| | |
|---|---|
| ANNE E. LOPEZ | 7609 |
|    Attorney General of Hawaiʻi | |
| JOHN H. PRICE | 2576 |
| KIMBERLY T. GUIDRY | 7813 |
| EWAN C. RAYNER | 10222 |
| KALIKOʻONĀLANI D. FERNANDES | 9964 |
| NICHOLAS M. MCLEAN | 10676 |

   Deputy Attorneys General
Department of the Attorney
 General, State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel: (808) 586-1360
E-mail: john.h.price@hawaii.gov

Attorneys for ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT,<br><br>     Plaintiffs,<br><br>  v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>     Defendant. | Civil No. 1:22-cv-404-DKW-RT<br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT ANNE E. LOPEZ; CERTIFICATE OF SERVICE**<br><br><u>District Judge</u>: Chief Judge Derrick K. Watson<br><br><u>Magistrate Judge</u>: Rom Trader |

876694/22-15345

# MOTION FOR LEAVE TO WITHDRAW
# AS COUNSEL OF RECORD FOR DEFENDANT ANNE E. LOPEZ

Pursuant to Local Rule 83.5(b) of Practice for the United States District Court for the District of Hawaiʻi, Deputy Attorney General John H. Price respectfully moves the Court for leave to withdraw as counsel of record for Defendant Anne E. Lopez.  In support of this motion, the undersigned shows as follows:

1. I have been counsel of record for Defendant Anne E. Lopez since September 12, 2022.

2. As of March 24, 2023, I have been reassigned by the Attorney General and no longer represent Defendant Anne E. Lopez in connection with this litigation.

3. Deputy Attorneys General Kimberly T. Guidry, Kalikoʻonālani D. Fernandes, and Nicholas M. McLean entered notices of appearances in this matter on September 12, 2022, and Ewan C. Rayner entered his notice of appearance in this matter on January 24, 2023, and they will continue to represent Defendant in connection with this litigation.

4. The name, address, and telephone number of the Attorney General are:

> Anne E. Lopez
> Department of the Attorney General
> 425 Queen Street

      Honolulu, Hawaiʻi 96813
      (808) 586-1500

5. The Attorney General, Anne E. Lopez, by and through her deputies, has been consulted about this motion and consents to the proposed withdrawal.

6. Granting this motion will not prejudice any party or otherwise impede the swift administration of this matter.

Therefore, undersigned counsel respectfully moves this Court to allow him to withdraw as counsel for Attorney General Anne E. Lopez in this matter.

DATED: Honolulu, Hawaiʻi, March 29, 2023.

                        */s/ John H. Price*
                        JOHN H. PRICE
                        Deputy Attorney General

                        Attorney for Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>　　　　Defendant. | Civil No. 1:22-cv-404-DKW-RT<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system or conventionally by mailing copies via U.S. mail, postage prepaid, upon the following at their last known addresses:

>Marc J. Victor, Esq.
>Jody L. Broaddus, Esq.
>Caroline M. Elliott, Esq.
>Attorneys for Freedom Law Firm
>1003 Bishop Street, Suite 1260
>Pauahi Tower
>Honolulu, HI  96813
>Marc@AttorneysForFreedom.com
>Jody@AttorneysForFreedom.com
>Caroline@AttorneysForFreedom.com

1

Barry K. Arrington, Esq.
4195 Wadsworth Boulevard
Wheat Ridge, CO 80033
barry@arringtonpc.com

Sebastian Torres, Esq.
Gatlin Voelker
50 East Rivercenter Boulevard #1275
Covington, KY 41011
storres@gatlinvoelker.com

Counsel for Plaintiffs NATIONAL ASSOCIATION FOR GUN RIGHTS, RONDELLE AYAU, and JEFFREY BRYANT

DATED: Honolulu, Hawaiʻi, March 29, 2023.

                                */s/ John H. Price*
                                JOHN H. PRICE
                                Deputy Attorney General

                                Attorney for Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi