| | |
|---|---|
| ANNE E. LOPEZ | 7609 |
|    Attorney General of Hawaiʻi | |
| KIMBERLY T. GUIDRY | 7813 |
| EWAN C. RAYNER | 10222 |
| KALIKOʻONĀLANI D. FERNANDES | 9964 |
| NICHOLAS M. MCLEAN | 10676 |
|    Deputy Attorneys General | |

Department of the Attorney General
State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel: (808) 586-1360
E-mail: kaliko.d.fernandes@hawaii.gov

(*additional counsel listed in signature block*)

Attorneys for ANNE E. LOPEZ, in her official
capacity as Attorney General for the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT,<br><br>            Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>            Defendant. | Civil No. 1:22-cv-404-DKW-RT<br><br>**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF HER OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [DKT. NO. 36]**<br><br><u>District Judge</u>:<br>Chief Judge Derrick K. Watson<br><br><u>Magistrate Judge</u>:<br>Rom Trader<br><br><u>Hearing</u>:<br>April 7, 2023 at 10:00 a.m. |

## DEFENDANT ANNE E. LOPEZ'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF HER OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [DKT. NO. 36]

Pursuant to Local Rule 7.6, Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi, provides notice that she intends to rely on the following authorities (attached hereto as Exhibits "A," "B," and "C," respectively) not previously offered to the Court in support of her Opposition to Plaintiffs' Motion for Preliminary Injunction [Dkt. No. 36]:

1. *Bevis v. City of Naperville, Ill.*, No. 1:22-cv-04775, 2023 WL 2077392, at *1-3, *6-17 (N.D. Ill. Feb. 17, 2023) (denying plaintiffs' motions for a temporary restraining order and a preliminary injunction with regard to the City of Naperville's ordinance prohibiting the sale of assault weapons and the State of Illinois's law prohibiting the sale of assault weapons and large-capacity magazines), *appeal docketed*, No. 23-1353 (7th Cir. Feb. 23, 2023).

2. *Delaware State Sportsmen's Ass'n v. Delaware Dep't of Safety & Homeland Security*, No. 1:22-cv-00951, 2023 WL 2655150, at *1-14 (D. Del. Mar. 27, 2023) (denying plaintiffs' motions for preliminary injunction with regard to Delaware's laws prohibiting assault weapons and large-capacity magazines).

3. *Nat'l Rifle Ass'n v. Bondi*, 61 F.4th 1317, 1322-24 (11th Cir. Mar. 9, 2023) (finding that "[h]istorical sources from the Reconstruction Era are more probative of the Second Amendment's scope than those from the Founding Era").

DATED: Honolulu, Hawaiʻi, March 30, 2023

*/s/ Kalikoʻonālani D. Fernandes*
KIMBERLY T. GUIDRY
EWAN C. RAYNER
KALIKOʻONĀLANI D. FERNANDES
NICHOLAS M. MCLEAN
Department of the Attorney General,
State of Hawaiʻi

WILLIAM TAYLOR
Everytown Law

ALAN SCHOENFELD
RYAN CHABOT
Wilmer Cutler Pickering Hale and Dorr LLP

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi

2