IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, RONDELLE AYAU, JEFFREY BRYANT,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII;<br><br>                    Defendant. | CIV. NO. 22-00404 DKW-RT<br><br>ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT ANNE E. LOPEZ |

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT ANNE E. LOPEZ**

Before the Court is Deputy Attorney General John H. Price's ("Counsel") *Motion for Leave to Withdraw as Counsel of Record for Defendant Anne E. Lopez* ("Motion to Withdraw").  ECF No. 58.  Counsel seeks to withdraw as counsel because he has been reassigned by the Attorney General and will no longer represent Defendant Anne E. Lopez in this litigation.

The Court finds the Motion suitable for disposition without a hearing pursuant to Rule 7.1(c) of the Local Rules of Practice for the United States District Court for the District of Hawaii.

For good cause shown and pursuant to Local Rule 83.5, the Court **GRANTS** the Motion to Withdraw.  Attorney General John H. Price is hereby withdrawn as counsel for Plaintiffs.  Remaining counsel, including Deputy Attorneys General Kimberly T. Guidry, Kalikoʻonālani D. Fernandes and Nicholas M. McLean, will continue to appear on behalf Defendant Anne E. Lopez.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, April 3, 2023.



Rom A. Trader
United States Magistrate Judge

Civ. No. 22-00404 DKW-RT;  *National Association for Gun Rights vs. Anne E. Lopez*;  Order Granting Motion for Leave to Withdraw as Counsel of Record for Defendant Anne E. Lopez