# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 22-00404 DKW-RT |
| CASE NAME: | National Association for Gun Rights, et al. v. Anne E. Lopez, et al. |
| ATTYS FOR PLA: | *Barry K. Arrington |
| ATTYS FOR DEFT: | *William James Taylor, Jr.<br>Kaliko'onalani D. Fernandes |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Derrick K. Watson | REPORTER: | Cynthia Fazio |
| DATE: | 4/7/2023 | TIME: | 10:10 -12:25 |

COURT ACTION:  EP: Hearing on [24] Plaintiff's Motion for Preliminary Injunction held.

President of National Association for Gun Rights Dudley Brown present.

Arguments heard.

Motion taken under submission.  Court to issue order.

Parties to submit by 4/14/2023, a written submission of cited cases.  To be clear as to the expected content of the parties' submission, they should not reiterate arguments previously asserted either in their original motion or opposition.  Instead, the parties may simply cite the cases upon which the arguments they wish to rely anew may be found.

Submitted by: Tammy Kimura, Courtroom Manager