Arrington Law Firm
Barry K. Arrington*
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Phone:  (303) 205-7870
Email:  barry@arringtonpc.com
*Pro Hac Vice*

Gatlin Voelker
Sebastian D. Torres
50 E Rivercenter Boulevard #1275
Covington, Kentucky 41011
Phone: (859) 781-9100
STorres@GatlinVoelker.com

ATTORNEYS FOR FREEDOM LAW FIRM
1003 Bishop Street, Suite 1260
Pauahi Tower
Honolulu, HI 96813
Phone: (808) 647-2423
Fax: (480) 857-0150
Marc J. Victor - Bar. No. 011090
Jody L. Broaddus - Bar No. 011229
Caroline M. Elliot - Bar No. 011541
Marc@AttorneysForFreedom.com
Jody@AttorneysForFreedom.com
Caroline@AttorneysForFreedom.com
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAIʻI**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS ) | Civil No. 22-cv-00404-DKW-RT |
| ) | |
| and ) | |
| ) | **LIST OF PENDING CASES** |
| RONDELLE AYAU ) | |
| ) | |
| and ) | |
| ) | |
| JEFFREY BRYANT ) | |
| ) | |

|  | |
|---|---|
| Plaintiffs, | ) |
| vs. | ) |
|  | ) |
| ANNE E. LOPEZ, in her official capacity as | ) |
| Attorney General for the State of Hawaiʻi | ) |
|  | ) |
| Defendant. | ) |

Pursuant to the Court's request at the April 7, 2023, hearing, Plaintiffs attach the

following:

      **Exhibit A**: List of Post-*Bruen* cases involving magazine and firearms bans

      **Exhibit B**: List of Post-*Bruen* court rulings involving magazine and firearms bans

*/s/ Barry K. Arrington*
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Phone:  (303) 205-7870
Email:  barry@arringtonpc.com
*Pro Hac Vice*

Gatlin Voelker
Sebastian D. Torres
50 E Rivercenter Boulevard #1275
Covington, Kentucky 41011
Phone: (859) 781-9100
STorres@GatlinVoelker.com

ATTORNEYS FOR FREEDOM LAW FIRM
1003 Bishop Street, Suite 1260
Pauahi Tower
Honolulu, HI 96813
Phone: (808) 647-2423
Fax: (480) 857-0150
Marc J. Victor – Bar. No. 011090
Jody L. Broaddus – Bar No. 011229
Caroline M. Elliot – Bar No. 011541
Marc@AttorneysForFreedom.com
Jody@AttorneysForFreedom.com

Caroline@AttorneysForFreedom.com
*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2023, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing. Parties may access this filing through the Court's system.

*/s/ Barry K. Arrington*
Barry K. Arrington

**EXHIBIT A**
**Pending Federal Litigation Challenging Assault Weapons Bans and Magazine Bans**

*Miller v. Bonta*

**District Court, S.D. California, 3:19-cv-01537**

**Status: Remanded by Supreme Court; awaiting ruling**

District court ruling overturning California's assault weapons ban reversed by Ninth Circuit Court of Appeals. Reversed and remanded by Supreme Court on 8/2/2022 following *Bruen.* Remanded to district court for further briefing 9/23/2022. Additional briefing filed, awaiting ruling.

*Duncan v. Bonta*

**District Court, S.D. California, 3:17-cv-01017**

**Status: Remanded by Supreme Court; awaiting ruling**

District court ruling overturning California's magazine ban reversed by Ninth Circuit Court of Appeals. Reversed and remanded by Supreme Court on 8/2/2022 following *Bruen.* Remanded to district court for further briefing on 9/23/2022. Additional briefing filed, awaiting ruling.

*Rupp v. Bonta*

**District Court, C.D. California, 8:17-cv-00746**

**Status: Pretrial motions and briefing stage**

District court issued summary judgment upholding California's assault weapons ban, vacated and remanded by Ninth Circuit Court of Appeals on 6/28/2022 following the Supreme Court's *Bruen* ruling. Final pretrial conference set for 9/1/2023.

*Wiese v. Bonta*

**District Court, E.D. California, 2:17-cv-00903**

**Status: Summary judgment briefing**

4

Challenge to California's magazine ban filed 4/28/2017, stayed pending resolution of *Duncan v. Bonta.* Stay lifted 10/19/2022 and motion for summary judgment filed. Summary judgment hearing set for 7/10/2023.


***Ocean State Tactical v. Neronha***

**First Circuit Court of Appeals, 23-1072**

**Status: Briefing stage.**

Challenge to Rhode Island's magazine ban filed post-*Bruen* on 9/29/2022. The district court denied a temporary restraining order and preliminary injunction on 12/14/2022 (ruling here). Denial of preliminary injunction appealed to the First Circuit Court of Appeals on 1/18/2023. Opening brief filed 4/11/2023. No hearing dates set yet.


***Delaware State Sportsmens Assn v. Delaware Dept. of Safety and Homeland Security***

**Third Circuit Court of Appeals, 23-1633**

**Status: Awaiting briefing schedule.**

Challenge to Delaware's assault weapons ban filed post-*Bruen* on 7/20/2022, consolidated with *Gray v. Jennings* (also an assault weapons ban challenge) on 12/20/2022. The district court denied a preliminary injunction 3/27/2023 (ruling here). Denial of preliminary injunction appealed to the Third Circuit Court of Appeals on 4/7/2023. No hearing dates set yet.


***Bianchi v. Frosh***

**Fourth Circuit Court of Appeals, 21-1255**

**Status: Awaiting decision.**

Challenge to Maryland's assault weapons ban filed 12/1/2020. Dismissal by district court affirmed by Fourth Circuit Court of Appeals and appealed to U.S. Supreme Court. Judgment vacated and case remanded by the Supreme Court on 8/1/2022 following *Bruen.* Oral argument held 12/6/2022, decision pending.


***National Association for Gun Rights v. Naperville, IL***

**Seventh Circuit Court of Appeals, 23-1353**

**Status: Awaiting decision on injunction pending appeal.**

Challenge to Naperville, IL's assault rifle sale ban filed post-*Bruen* on 9/7/2022, later amended to include Illinois' assault weapons ban. Temporary restraining order and preliminary injunction denied 2/17/2023 (ruling here). Decision appealed to Seventh Circuit Court of Appeals, injunction pending appeal requested and fully briefed.

*Capen v. Healey*

**District Court, D. Massachusetts, 1:22-cv-11431**

**Status: Pending preliminary injunction hearing**

Challenge to Massachusetts' assault weapons ban filed post-*Bruen* on 9/7/2022. Motion for preliminary injunction filed, hearing scheduled for 5/11/2023.

*National Association for Gun Rights v. Lamont*

**District Court, D. Connecticut, 3:22-cv-01118**

**Status: Pending preliminary injunction hearing**

Challenge to Connecticut's assault weapons ban filed post-*Bruen* on 9/6/2022. Motion for preliminary injunction filed, hearing scheduled for 5/9/2023.

*Grant v. Lamont*

**District Court, D. Connecticut, 3:22-cv-01223**

**Status: Awaiting decision on temporary restraining order.**

Challenge to Connecticut's assault weapons ban filed post-*Bruen* on 9/29/2022. Motion for temporary restraining order filed and fully briefed.

*Lewis v. James*

**District Court, W.D. New York, 1:22-cv-00532-JLS**

**Status: Pending dismissal for failure to prosecute**

Challenge to New York's assault weapons ban filed post-*Bruen* on 7/8/2022. Affidavit opposing dismissal for failure to prosecute due 4/17/2023.

*Lane v. James*

**District Court, S.D. New York, 7:22-cv-10989**

**Status: Initial motion and briefing stage.**

Challenge to New York's assault weapons ban filed post-*Bruen* on 12/30/2022. Motion to dismiss due 4/20/2023.


*Association of New Jersey Rifle & Pistol Clubs v. Platkin*

**District Court, D. New Jersey, 3:18-cv-10507**

**Status: Remanded by Supreme Court, discovery stage.**

District court issued summary judgment upholding New Jersey's magazine ban, affirmed by Third Circuit Court of Appeals. Supreme Court reversed and remanded post-*Bruen* on 6/30/2022. Case remanded to district court and reopened 8/25/2022. Consolidated with the two following assault weapons ban challenges for purposes of discovery, joint discovery plan and schedule pending.

- *Cheeseman v. Platkin* (District Court, D. New Jersey, 1:22-cv-04360)
- *Ellman v. Platkin* (District Court, D. New Jersey, 3:22-cv-04397)


*National Association for Gun Rights v. Highland Park, IL*

**District Court, N.D. Illinois, 1:22-cv-04774**

**Status: Awaiting decision on preliminary injunction.**

Challenge to Highland Park, IL's assault weapons ban and magazine ban filed post-*Bruen* on 9/7/2022. Preliminary injunction motion filed and briefed. Awaiting ruling.


*Herrera v. Raoul*

**District Court, N.D. Illinois, 1:23-cv-00532**

**Status: Pending temporary restraining order/preliminary injunction hearing**

Challenge to Illinois' assault weapons ban filed post-*Bruen* on 1/27/2023. Motion for temporary restraining order and preliminary injunction filed, hearing scheduled for 4/17/2023.

***Kenneally v. Raoul***

**District Court, N.D. Illinois, 3:23-cv-50039**

**Status: Initial motion and briefing stage.**

Challenge to Illinois' assault weapons ban filed post-*Bruen* on 1/27/2023. Motion for preliminary injunction filed 2/14/2023.

***Barnett v. Raoul***

**District Court, S.D. Illinois, 3:23-cv-00209**

**Status: Awaiting decision on preliminary injunction**

Challenge to Illinois' assault weapons ban filed post-*Bruen* on 1/17/2023. Preliminary injunction motion filed and fully briefed, oral arguments held 4/12/2023. Awaiting ruling.

Consolidated with following challenges to Illinois' assault weapons ban:

- *Harrel v. Raoul* (District Court, S.D. Illinois, 3:23-cv-00141)
- *Langley v. Kelly* (District Court, S.D. Illinois, 3:23-cv-00192)
- *FFL-IL v. Pritzker* (District Court, S.D. Illinois, 3:23-cv-00215)

***Rocky Mountain Gun Owners v. Superior, CO***

**District Court, D. Colorado, 1:22-cv-2680**

**Status: Discovery stage**

Challenge to assault weapons ban ordinances in Superior, CO; Louisville, CO; Boulder, CO; and Boulder County, CO, filed 10/12/2022. Previously filed as individual challenges prior to being withdrawn and refiled as a single challenge, with stay of enforcement voluntarily entered into by all four jurisdictions. Currently in discovery stage, with final pretrial conference set for 1/16/2024.

Rulings in previously filed cases:

- Temporary restraining order (ruling here) issued 7/22/2022 in *RMGO v. Superior* (1:22-cv-01685)
- Temporary restraining order (ruling here) issued 8/30/2022 in *RMGO v. Boulder County, CO* (1:22-cv-02113)

***Gates v. Polis***

**District Court, D. Colorado, 1:22-cv-01866**

**Status: Discovery stage**

Challenge to Colorado's magazine ban filed post-*Bruen* on 7/28/2022. Currently in discovery stage, with final pretrial conference set for 11/13/2023.

***Abott v. Lopez***

**District Court, D. Hawaii, 1:20-cv-00360**

**Status: Awaiting trial**

Challenge to Hawaii's magazine ban filed 8/20/2020. Trial set for 1/23/2024.

***National Association for Gun Rights v. Lopez***

**District Court, D. Hawaii, 1:22-cv-00404**

**Status: Awaiting decision on preliminary injunction**

Challenge to Hawaii's assault pistol ban and magazine ban filed post-*Bruen* on 9/6/2022. Motion for preliminary injunction filed, fully briefed. Preliminary injunction hearing held 4/7/2023. Awaiting ruling.

***Oregon Firearms Federation, Inc. et al v. Brown***

**District Court, D. Oregon, 2:22-cv-01815**

**Status: Pending preliminary injunction hearing**

Challenge to Oregon's magazine ban filed post-*Bruen* on 11/18/2022. Temporary restraining order and preliminary injunction denied 12/6/2022 (ruling here). Consolidated with three other cases, two of which (listed below) challenge Oregon's magazine ban. Preliminary injunction motion filed, hearing scheduled for 6/5/2023-6/9/2023.

- *Fitz v. Rosenblum* (District Court, D. Oregon, 3:22-cv-01859)
  - TRO/PI denied 12/6/2022 (ruling here)
- *Eyre v. Rosenblum* (District Court, D. Oregon, 3:22-cv-01862)
  - Temporary restraining order denied 12/7/2022 (ruling here)

***Brumback v. Ferguson***

**District Court, E.D. Washington, 1:22-cv-03093**

**Status: Awaiting decision on preliminary injunction**

Challenge to Washington's magazine ban filed post-*Bruen* on 7/21/2022. Preliminary injunction motion filed; hearing held 11/23/2022. Awaiting ruling.

*Sullivan v. Ferguson*

**District Court, W.D. Washington, 3:22-cv-05403**

**Status: Pending bench trial**

Challenge to Washington's magazine ban filed on 6/3/2022. Motion to dismiss granted in part, denied in part on 10/24/2022 (ruling here). Bench trial scheduled for 12/4/2023.

***Hanson v. DC***

**District Court, District of Columbia, 1:22-cv-02256**

**Status: Awaiting decision on preliminary injunction**

Challenge to Washington, D.C.'s magazine ban post-*Bruen* on 8/1/2022. Preliminary injunction motion filed, motion hearing/oral argument held 4/13/2023. Awaiting ruling

**EXHIBIT B**
**Federal Court Rulings Post-*Bruen* on Assault Weapons Bans and Magazine Bans**

Temporary restraining order issued by District Court, D. Colorado on 7/22/2022.

- *Rocky Mountain Gun Owners v. Superior*
- 1:22-cv-01685
- Link to ruling

Temporary restraining order issued by District Court, D. Colorado on 8/30/2022.

- *Rocky Mountain Gun Owners v. Boulder County*
- 1:22-cv-02113
- Link to ruling

Motion to dismiss granted in part, denied in part by District Court, D. Washington on 10/24/2022.

- *Sullivan v. Ferguson*
- 3:22-cv-05403
- Link to ruling

Temporary restraining order and preliminary injunction denied by District Court, D. Oregon on 12/6/2022.

- *Oregon Firearms Federation, Inc. et al v. Brown*
- 2:22-cv-01815
- Link to ruling

Temporary restraining order and preliminary injunction denied by District Court, D. Oregon on 12/6/2022.

- *Fitz v. Rosenblum*
- 3:22-cv-01859
- Link to ruling

Temporary restraining order and preliminary injunction denied by District Court, D. Oregon on 12/7/2022.

- *Eyre v. Rosenblum*
- 3:22-cv-01862
- Link to ruling

Temporary restraining order and preliminary injunction denied by District Court, D. Rhode Island on 12/14/2022.

- *Ocean State Tactical v. Neronha* (magazine ban)
- 1:22-cv-00246
- Link to ruling

Temporary restraining order and preliminary injunction denied by District Court, N.D. Illinois on 2/17/2023.

- *National Association for Gun Rights v. Naperville, IL*
- 1:22-cv-04775
- Link to ruling

Preliminary injunction denied by District Court, D. Delaware on 3/27/2023.

- *Delaware State Sportsmens Assn v. Delaware Dept. of Safety and Homeland Security*
- 1:22-cv-00951
- Link to ruling