ANNE E. LOPEZ                         7609
   Attorney General of Hawaiʻi
KIMBERLY T. GUIDRY                    7813
EWAN C. RAYNER                        10222
KALIKOʻONĀLANI D. FERNANDES           9964
NICHOLAS M. MCLEAN                    10676
   Deputy Attorneys General
Department of the Attorney General
State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel: (808) 586-1360
E-mail: kaliko.d.fernandes@hawaii.gov

(*additional counsel listed in signature block*)

Attorneys for ANNE E. LOPEZ, in her
official capacity as Attorney General for the
State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT,<br><br>           Plaintiffs,<br><br>   v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>           Defendant. | Civil No. 1:22-cv-404-DKW-RT<br><br>**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF HER OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [DKT. NO. 36]; EXHIBIT "A"; CERTIFICATE OF SERVICE**<br><br><u>District Judge</u>: Chief Judge Derrick K. Watson<br><br><u>Magistrate Judge</u>: Rom Trader |

**DEFENDANT ANNE E. LOPEZ'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF HER OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [DKT. NO. 36]**

Pursuant to Local Rule 7.6, Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawai'i, respectfully submits the following authority not previously offered to the Court in support of her *Opposition to Plaintiffs' Motion for Preliminary Injunction* [Dkt. No. 36]:

1. *Bevis v. City of Naperville, Ill.*, No. 23-1353, ECF 51 (7th Cir. Apr.18, 2023) (denying plaintiffs' motion for an injunction pending appeal in Second Amendment challenge to: (a) Illinois law restricting assault weapons and large-capacity magazines of over 10 rounds for long guns and over 15 rounds for handguns, and (b) City of Naperville ordinance restricting the sale of assault weapons).  A copy of the Seventh Circuit's order is attached as Exhibit "A."

DATED: Honolulu, Hawaiʻi, April 19, 2023.

      /s/ *Kalikoʻonālani D. Fernandes*
KIMBERLY T. GUIDRY
EWAN C. RAYNER
KALIKOʻONĀLANI D. FERNANDES
NICHOLAS M. MCLEAN
Department of the Attorney General,
State of Hawaiʻi

WILLIAM TAYLOR
Everytown Law

ALAN SCHOENFELD
RYAN CHABOT
Wilmer Cutler Pickering Hale and Dorr LLP

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi

2