| | |
|---|---|
| ANNE E. LOPEZ | 7609 |
|    Attorney General of Hawaiʻi | |
| KIMBERLY T. GUIDRY | 7813 |
| EWAN C. RAYNER | 10222 |
| KALIKOʻONĀLANI D. FERNANDES | 9964 |
| NICHOLAS M. MCLEAN | 10676 |
|    Deputy Attorneys General | |

Department of the Attorney General
State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel: (808) 586-1360
E-mail: kaliko.d.fernandes@hawaii.gov

(*additional counsel listed in signature block*)

Attorneys for ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT,<br><br>      Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>      Defendant. | Civil No. 1:22-cv-404-DKW-RT<br><br>**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF HER OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [DKT. NO. 36]; EXHIBIT "A"; CERTIFICATE OF SERVICE**<br><br><u>District Judge</u>: Chief Judge Derrick K. Watson<br><br><u>Magistrate Judge</u>: Rom Trader |

# DEFENDANT ANNE E. LOPEZ'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF HER OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [DKT. NO. 36]

Pursuant to Local Rule 7.6, Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi, respectfully submits the following authority not previously offered to the Court in support of her *Opposition to Plaintiffs' Motion for Preliminary Injunction* [Dkt. No. 36]:

1. *Hanson v. District of Columbia*, No. 1:22-cv-02256, ECF 28, at 9-40 (D.D.C. Apr. 20, 2023) (denying plaintiffs' motion for a preliminary injunction in Second Amendment challenge to the District of Columbia's law restricting large-capacity magazines of over 10 rounds; finding that (i) "the Second Amendment does not cover LCMs because they are not typically possessed for self-defense" and (ii) D.C.'s law is also constitutional "for the independent reason that the District has shown that it is consistent with this country's historical tradition of firearm regulation").  A copy of the district court's memorandum opinion is attached as Exhibit "A."

DATED: Honolulu, Hawaiʻi, April 20, 2023.

/s/ *Kalikoʻonālani D. Fernandes*
KIMBERLY T. GUIDRY
EWAN C. RAYNER
KALIKOʻONĀLANI D. FERNANDES
NICHOLAS M. MCLEAN
Department of the Attorney General,
State of Hawaiʻi

WILLIAM TAYLOR
Everytown Law

ALAN SCHOENFELD
RYAN CHABOT
Wilmer Cutler Pickering Hale and Dorr LLP

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi

2