IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT,<br><br>      Plaintiffs,<br><br>  v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawai'i,<br><br>      Defendant. | Civil No. 1:22-cv-404-DKW-RT<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system or conventionally by mailing copies via U.S. mail, postage prepaid, upon the following at their last known addresses:

> Marc J. Victor, Esq.
> Jody L. Broaddus, Esq.
> Caroline M. Elliott, Esq.
> Attorneys for Freedom Law Firm
> 1003 Bishop Street, Suite 1260
> Pauahi Tower
> Honolulu, Hawai'i 96813
> Marc@AttorneysForFreedom.com
> Jody@AttorneysForFreedom.com
> Caroline@AttorneysForFreedom.com

1

Barry K. Arrington, Esq.
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
barry@arringtonpc.com

Sebastian Torres, Esq.
Gatlin Voelker
50 East Rivercenter Boulevard #1275
Covington, Kentucky 41011
storres@gatlinvoelker.com

Counsel for Plaintiffs NATIONAL ASSOCIATION FOR GUN
RIGHTS, RONDELLE AYAU, and JEFFREY BRYANT

DATED:  Honolulu, Hawaiʻi, April 20, 2023.

/s/ Kalikoʻonālani D. Fernandes
KIMBERLY T. GUIDRY
EWAN C. RAYNER
KALIKOʻONĀLANI D. FERNANDES
NICHOLAS M. MCLEAN
Department of the Attorney General,
State of Hawaiʻi

WILLIAM TAYLOR
Everytown Law

ALAN SCHOENFELD
RYAN CHABOT
Wilmer Cutler Pickering Hale and Dorr LLP

Attorneys for Defendant ANNE E. LOPEZ, in
her official capacity as Attorney General for
the State of Hawaiʻi

2