| | |
|---|---|
| ANNE E. LOPEZ | 7609 |
|    Attorney General of Hawaiʻi | |
| KIMBERLY T. GUIDRY | 7813 |
| EWAN C. RAYNER | 10222 |
| KALIKOʻONĀLANI D. FERNANDES | 9964 |
| NICHOLAS M. MCLEAN | 10676 |
|    Deputy Attorneys General | |

Department of the Attorney General
State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel: (808) 586-1360
E-mail: kimberly.t.guidry@hawaii.gov

(*additional counsel listed in signature block*)

Attorneys for ANNE E. LOPEZ, in her
official capacity as Attorney General for the
State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT,<br><br>      Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>      Defendant. | Civil No. 1:22-cv-404-DKW-RT<br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT ANNE E. LOPEZ, CERTIFICATE OF SERVICE**<br><br><u>District Judge</u>: Chief Judge Derrick K. Watson<br><br><u>Magistrate Judge</u>: Rom Trader |

## MOTION FOR LEAVE TO WITHDRAW
## AS COUNSEL OF RECORD FOR DEFENDANT ANNE E. LOPEZ

Pursuant to Local Rule 83.5(b) of Practice for the United States District Court for the District of Hawai'i, Solicitor General Kimberly T. Guidry respectfully moves this honorable court for leave to withdraw as counsel of record for the Defendant Anne E. Lopez. In support of this motion, the undersigned counsel shows as follows:

1. I have been counsel of record for Defendant Anne E. Lopez since September 12, 2022.

2. Good cause exists to grant this motion as I will be leaving the Department of the Attorney General and joining the Hawai'i Intermediate Court of Appeals on June 1, 2023.

3. Deputy Attorneys General Kaliko'onālani D. Fernandes and Nicholas M. McLean entered notices of appearances in this matter on September 12, 2022, and Ewan C. Rayner entered his notice of appearance in this matter on January 24, 2023, and they will continue to represent Defendant in connection with this litigation.

4.	The name, address, and telephone number of the Attorney General are:

> Anne E. Lopez
> Department of the Attorney General
> 425 Queen Street
> Honolulu, Hawaiʻi 96813
> (808) 586-1500

5.	The Attorney General, Anne E. Lopez, by and through her deputies, has been consulted about this motion and consents to the proposed withdrawal.

6.	Granting this motion will not prejudice any party or otherwise impede the swift administration of this matter.

Therefore, undersigned counsel respectfully moves this Court to allow her to withdraw as counsel for Attorney General Anne E. Lopez in this matter.

DATED: Honolulu, Hawaiʻi, May [], 2023.

> /s/ Kimberly T. Guidry
> KIMBERLY T. GUIDRY
> Solicitor General
>
> Attorney for Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi