| | |
|---|---|
| ANNE E. LOPEZ | 7609 |
|    Attorney General of Hawaiʻi | |
| KIMBERLY T. GUIDRY | 7813 |
| EWAN C. RAYNER | 10222 |
| KALIKOʻONĀLANI D. FERNANDES | 9964 |
| NICHOLAS M. MCLEAN | 10676 |
|    Deputy Attorneys General | |

Department of the Attorney General
State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel: (808) 586-1360
E-mail: kimberly.t.guidry@hawaii.gov

(*additional counsel listed in signature block*)

Attorneys for ANNE E. LOPEZ, in her
official capacity as Attorney General for the
State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT,<br><br>      Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>      Defendant. | Civil No. 1:22-cv-404-DKW-RT<br><br>**ERRATA RE: MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT ANNE E. LOPEZ, filed May 24, 2023; EXHIBIT 1; CERTIFICATE OF SERVICE**<br><br><u>District Judge</u>: Chief Judge Derrick K. Watson<br><br><u>Magistrate Judge</u>: Rom Trader |

**ERRATA RE: MOTION FOR LEAVE
TO WITHDRAW AS COUNSEL OF RECORD
FOR DEFENDANT ANNE E. LOPEZ, filed May 24, 2023**

Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi, respectfully submits this Errata to the Motion for Leave to Withdraw as Counsel of Record (ECF No. 69), filed herein on May 24, 2023.

Attached herewith as **Exhibit 1** is the correct final version of the Motion for Leave to Withdraw as Counsel of Record.  The attached version reflects a non-substantive correction to the date on page 3 of the motion and on page 2 of the certificate of service.  The corrected date reads as follows:  "DATED:  Honolulu, Hawaiʻi, May 24, 2023."

DATED:  Honolulu, Hawaiʻi, May 25, 2023.

    /s/ Kimberly T. Guidry
KIMBERLY T. GUIDRY
Solicitor General

Attorney for Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi