IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, RONDELLE AYAU, JEFFREY BRYANT,<br><br>                Plaintiffs,<br><br>    vs.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII (SUBSTITUTION FOR FORMER ATTORNEY GENERAL HOLLY T. SHIKADA, PURSUANT TO FRCP 25(D));<br><br>                Defendant. | CIV. NO. 22-00404 DKW-RT<br><br><br>ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT ANNE E. LOPEZ |

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL OF RECORD FOR DEFENDANT ANNE E. LOPEZ**

Before the Court is Defendant Anne E. Lopez's counsel's *Motion for Leave to Withdraw as Counsel of Record for Defendant Anne E. Lopez*[1] ("Motion to Withdraw"), filed on May 24, 2023.  ECF No. 69.  Kimberly T. Guidry, Esq. seeks

---

[1] On May 25, 2023, Defendant's counsel filed an *Errata Re: Motion for Leave to Withdraw as Counsel of Record for Defendant Anne E. Lopez, filed May 24, 2023* ("Errata").  ECF No. 70.  The *Errata* corrects the omission of dates for the signature lines in the *Motion to Withdraw* and *Certificate of Service*.  Reference to the *Motion to Withdraw* in this order incorporates the corrections in the *Errata*.

a withdrawal because Kimberly T. Guidry, Esq. will no longer be working for the Department of the Attorney General.

The Court finds the Motion suitable for disposition without a hearing pursuant to Rule 7.1(c) of the Local Rules of Practice for the United States District Court for the District of Hawaii.

For good cause shown and pursuant to Local Rule 83.5, the Court GRANTS the *Motion to Withdraw*.  Kimberly T. Guidry, Esq. is hereby withdrawn as counsel for the Defendant.  Remaining counsel, including Kalikoʻonālani D. Fernandes, Esq., Nicholas M. McLean, Esq. and Ewan C. Rayner, Esq., will continue to appear on behalf the Defendant.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, May 26, 2023.



Rom A. Trader
United States Magistrate Judge

---

Civ. No. 22-00404 DKW-RT;  *National Association For Gun Rights, et al. vs. Anne E. Lopez, In Her Official Capacity As the Attorney General of the State of Hawaii*;  Order Granting Motion for Leave to Withdraw as Counsel of Record for Defendant Anne E. Lopez