**ATTORNEYS FOR FREEDOM LAW FIRM**
1003 Bishop Street, Suite 1260
Pauahi Tower
Honolulu, HI 96813
Phone: (808) 647-2423
Fax: (480) 857-0150
**Marc J. Victor - Bar. No. 011090**
**Jody L. Broaddus - Bar No. 011229**
Marc@AttorneysForFreedom.com
Jody@AttorneysForFreedom.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, <br><br>and<br><br>RONDELLE AYAU,<br><br>and<br><br>JEFFREY BRYANT,<br>    Plaintiffs,<br>vs.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi,<br>    Defendant. | Civil No. 1:22-cv-404<br><br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD; CERTIFICATE OF SERVICE** |

## **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Civil Local Rule 83.5(b) of Practice for the United States District Court for the District of Hawai`i, Marc J. Victor and Jody L. Broaddus respectfully move this honorable court for leave to withdraw as counsel of record for Plaintiffs. In support of this motion, counsel show as follows:

1. Undersigned counsel have been counsel of record for Plaintiffs since the Complaint was filed on September 6, 2022.

2. The Attorneys For Freedom Law Firm is in the process of scaling back its Hawai`i office. Co-counsel Caroline M. Elliot has opened her own firm and will continue to represent Plaintiffs. Her new contact information is listed below.

3. Plaintiffs have been consulted about this motion and consent to the proposed withdrawal.

4. Granting this motion will not prejudice any party or otherwise impede the swift administration of this matter given the presence of capable counsel for Plaintiffs.

Therefore, undersigned counsel respectfully move this Court to allow them to withdraw as counsel for Plaintiffs.

DATED:  Honolulu, Hawai`i, August 21, 2023.

                                      */s/ Marc J. Victor*
                                      */s/ Jody L. Broaddus*
                                      Marc J. Victor
                                      Jody L. Broaddus
                                      Attorneys for Plaintiffs

Law Office of Caroline M.
Elliot P.O. Box 3254
Honolulu, HI 96801
(808) 570-6003
Email: cme@carolineelliot.com

*Attorney for Plaintiffs*

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, <br><br> and <br><br> RONDELLE AYAU, <br><br> and <br><br> JEFFREY BRYANT, <br>     Plaintiffs, <br> vs. <br><br> ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi, <br>     Defendant. | Civil No. 1:22-cv-404 <br><br><br> **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the attached was duly served upon counsel of record in this case, via CM/ECF.

DATED: Honolulu, Hawai`i, August 21, 2023.

                                          */s/ Marc J. Victor*
                                          Marc J. Victor