**ATTORNEYS FOR FREEDOM LAW FIRM**
1003 Bishop Street, Suite 1260
Pauahi Tower
Honolulu, HI 96813
Phone: (808) 647-2423
Fax: (480) 857-0150
**Marc J. Victor - Bar. No. 011090**
**Jody L. Broaddus - Bar No. 011229**
Marc@AttorneysForFreedom.com
Jody@AttorneysForFreedom.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, <br><br> and <br><br> RONDELLE AYAU, <br><br> and <br><br> JEFFREY BRYANT, <br>       Plaintiffs, <br> vs. <br><br> ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi, <br>       Defendant. | Civil No. 22-00404 DKW-RT <br><br> **ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS** |

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS

Before the Court is Marc J. Victor and Jody L. Broaddus' *Motion for Leave to Withdraw as Counsel of Record* ("Motion to Withdraw"), filed August 21, 2023. ECF No. 72.  Counsel seeks to withdraw because they are in the process of scaling back their Hawai`i office.

For good cause shown, and pursuant to Local Rule 83.5(b), the Court **GRANTS** the *Motion to Withdraw*.  Attorneys Marc J. Victor and Jody L. Broaddus are hereby withdrawn as counsel for Plaintiffs.  Attorney Caroline M. Elliot will continue as counsel of record for Plaintiffs.

IT IS SO ORDERED.

DATED:  Honolulu, Hawai`i, August 23, 2023.

Rom A. Trader
United States Magistrate Judge

---

Civil No. 22-00404 DKW-RT; *National Association for Gun Rights and Rondelle Ayau and Jeffrey Bryant v. Anne E. Lopez*; Order Granting Motion for Leave to Withdraw as Counsel of Record for Plaintiffs