**Law Office of Caroline M. Elliot**
SBN 011541
P.O. Box 3254
Honolulu, HI 96801
Main: (808) 570-6003
Direct: (808) 570-5545
CME@CarolineElliot.com

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, <br><br> and <br><br> RONDELLE AYAU, <br><br> and <br><br> JEFFREY BRYANT, <br>     Plaintiffs, <br> vs. <br><br> ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawai'i, <br>     Defendant. | Civil No. 1:22-cv-404 <br><br><br><br> **NOTICE OF CHANGE OF ADDRESS** |

Pursuant to Local Rule 83.1(e)(1), Caroline M. Elliot, counsel for Plaintiffs, hereby gives notice of a change of address and firm affiliation, effective August 14, 2023. Her new contact information is:

Caroline M. Elliot
P.O. Box 3254
Honolulu, HI 96801
Main: (808) 570-6003
Direct: (808) 570-5545
CME@CarolineElliot.com

DATED: August 24, 2023 in Honolulu, Hawai`i

*/s/ Caroline M. Elliot*
Caroline M. Elliot
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS, <br><br> and <br><br> RONDELLE AYAU, <br><br> and <br><br> JEFFREY BRYANT, <br>    Plaintiffs, <br> vs. <br><br> ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi, <br>    Defendant. | Civil No. 1:22-cv-404 <br><br><br> **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was duly served upon counsel of record in this case, via CM/ECF.

DATED: Honolulu, Hawaiʻi, August 24, 2023.

                                         */s/ Caroline M. Elliot*
                                         Caroline M. Elliot
                                         Attorney for Plaintiffs