| | |
|---|---|
| ANNE E. LOPEZ | 7609 |
| Attorney General of the State of Hawaiʻi | |
| | |
| KALIKOʻONĀLANI D. FERNANDES | 9964 |
| NICHOLAS M. MCLEAN | 10676 |
| EWAN C. RAYNER | 10222 |

Deputy Attorneys General
Dept. of the Attorney General
425 Queen Street
Honolulu, Hawaiʻi 96813
Telephone: (808) 586-1360
E-mail: kaliko.d.fernandes@hawaii.gov
nicholas.mclean@hawaii.gov
ewan.rayner@hawaii.gov

(*additional counsel listed in signature block*)

Attorneys for ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS et al, <br><br> Plaintiffs, <br><br> v. <br><br> ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi, <br><br> Defendant. | Civil No. 1:22-cv-404-DKW-RT <br><br> **JOINT STATUS REPORT; CERTIFICATE OF SERVICE** |

## JOINT STATUS REPORT

Pursuant to this Court's May 17, 2023 Entering Order ("**EO**") (ECF 68) requiring the parties "to file a Joint Status Report (5 pages or less) by 8/25/2023 concerning: 1) whether decisions have been rendered in *Miller v. Bonta*, 3:19-cv-01537 (S.D. Cal.) and/or *Duncan v. Bonta*, 3:17-cv-01017 (S.D. Cal.); and 2) whether the 9/8/2023 Rule 16 Scheduling Conference should proceed as scheduled or continued," Plaintiffs National Association for Gun Rights, Rondelle Ayau, and Jeffrey Bryant, and Defendant Anne E. Lopez (collectively, "**the Parties**"), submit this Joint Status Report.

1) As of the date of this Status Report, no decision has been rendered in either *Miller v. Bonta*, 3:19-cv-01537 (S.D. Cal.), or *Duncan v. Bonta*, 3:17-cv-01017 (S.D. Cal.).

2) In light of the above, the Parties believe that the 9/8/2023 Rule 16 Scheduling Conference should be continued.

DATED:  Honolulu, Hawaiʻi, August 25, 2023.

       /s/ Ewan C. Rayner
KALIKOʻONĀLANI D. FERNANDES
NICHOLAS M. MCLEAN
EWAN C. RAYNER

WILLIAM TAYLOR
Everytown Law

1

ALAN SCHOENFELD
RYAN CHABOT
Wilmer Cutler Pickering Hale and Dorr LLP

Counsel for Defendant
ANNE E. LOPEZ


*/s/ Barry K. Arrington*
BARRY K. ARRINGTON
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Voice:  (303) 205-7870
Email:  barry@arringtonpc.com

CAROLINE M. ELLIOT
Law Office of Caroline M. Elliot
SBN 011541
P.O. Box 3254
Honolulu, Hawaiʻi 96801
Main: (808) 570-6003
Direct: (808) 570-5545
CME@CarolineElliot.com

SEBASTIAN TORRES
Gatlin Voelker

Counsel for Plaintiffs NATIONAL
ASSOCIATION FOR GUN
RIGHTS, RONDELLE AYAU, and
JEFFREY BRYANT

2