IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS; RONDELLE AYAU; JEFFREY BRYANT,<br><br>Plaintiffs,<br><br>v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>Defendant. | Civil No. 1:22-cv-404-DKW-RT<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system or conventionally by mailing copies via U.S. mail, postage prepaid, upon the following at their last known addresses:

    Caroline M. Elliott, Esq.
    P.O. Box 3254
    Honolulu, Hawaiʻi 96801
    Tel:  (808) 570-6003
    E-mail:  CME@carolineelliot.com

1

Barry K. Arrington, Esq.
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
barry@arringtonpc.com

Sebastian Torres, Esq.
Gatlin Voelker
50 East Rivercenter Boulevard #1275
Covington, Kentucky 41011
storres@gatlinvoelker.com

Counsel for Plaintiffs NATIONAL ASSOCIATION FOR GUN RIGHTS, RONDELLE AYAU, and JEFFREY BRYANT

DATED:  Honolulu, Hawaiʻi, August 25, 2023.

/s/ Ewan C. Rayner
EWAN C. RAYNER
Deput Solicitor General

Attorney for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi