| | |
|---|---|
| ANNE E. LOPEZ | 7609 |
|   Attorney General of Hawaiʻi | |
| KALIKOʻONĀLANI D. FERNANDES | 9964 |
|   Solicitor General | |
| NICHOLAS M. MCLEAN | 10676 |
|   First Deputy Solicitor General | |
| EWAN C. RAYNER | 10222 |
|   Deputy Solicitor General | |

Department of the Attorney General
State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Telephone: (808) 586-1360
E-mail:  kaliko.d.fernandes@hawaii.gov
        nicholas.mclean@hawaii.gov
        ewan.rayner@hawaii.gov

(*additional counsel listed in signature block*)

Attorneys for ANNE E. LOPEZ, in her
official capacity as Attorney General for the
State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>        Defendant. | Civil No. 1:22-cv-404-DKW-RT<br><br>**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF HER OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (DKT. NO. 36); EXHIBIT A; CERTIFICATE OF SERVICE**<br><br><u>District Judge:</u><br>Chief Judge Derrick K. Watson<br><br><u>Magistrate Judge:</u><br>Rom Trader |

**DEFENDANT ANNE E. LOPEZ'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF HER OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (DKT. NO. 36)**

On October 3, 2023, Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi, filed a Notice of Decision regarding *Duncan v. Bonta*, 3:17-cv-01017, ECF 149 (S.D. Cal. Sept. 22, 2023), *appeal docketed*, 23-55805 (9th Cir. Sept. 25, 2023). *See* Dkt. No. 78. The en banc Ninth Circuit has since issued a published order in *Duncan*, 23-55805, ECF 13, granting the California Attorney General's emergency motion for a partial stay pending appeal. Pursuant to Local Rule 7.6, Defendant respectfully submits that published order as an authority not previously offered to the Court in support of her *Opposition to Plaintiffs' Motion for Preliminary Injunction* (Dkt. No. 36):

- *Duncan v. Bonta*, --- F.4th ----, 2023 WL 6588623, at *1-2 (9th Cir. Oct. 10, 2023) (en banc) (granting a partial stay pending appeal of the district court's decision permanently enjoining California's law restricting large-capacity magazines capable of holding more than 10 rounds of ammunition; concluding that the California Attorney General "is likely to succeed on the merits" and "makes strong arguments" that the large-capacity magazine law "comports with the Second Amendment under [*New York State Rifle & Pistol Ass'n v.*] *Bruen*[, 142 S. Ct. 2111 (2022)]"). A copy of the en banc Ninth Circuit's published order is attached as **Exhibit A**.

DATED: New York, New York, October 16, 2023

/s/ *William J. Taylor, Jr.*
KALIKOʻONĀLANI D. FERNANDES
  Solicitor General
NICHOLAS M. MCLEAN
  First Deputy Solicitor General
EWAN C. RAYNER
  Deputy Solicitor General

WILLIAM J. TAYLOR, JR.
Everytown Law
  Special Deputy Attorney General

ALAN SCHOENFELD
RYAN CHABOT
Wilmer Cutler Pickering Hale and Dorr LLP
  Special Deputy Attorneys General

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi