Arrington Law Firm
Barry K. Arrington*
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Phone:  (303) 205-7870
Email:  barry@arringtonpc.com
*Pro Hac Vice*

Gatlin Voelker
Sebastian D. Torres
50 E Rivercenter Boulevard #1275
Covington, Kentucky 41011
Phone: (859) 781-9100
STorres@GatlinVoelker.com

Caroline M. Elliot
Law Office of Caroline M. Elliot
SBN 011541
P.O. Box 3254
Honolulu, HI 96801
Main: (808) 570-6003
Direct: (808) 570-5545
CME@CarolineElliot.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAIʻI**

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS | ) ) ) | Civil No. 22-cv-00404-DKW-RT |
| and | ) ) | |
| RONDELLE AYAU | ) ) | **NOTICE OF DECISIONS** |
| and | ) ) | |
| JEFFREY BRYANT | ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |

ANNE E. LOPEZ, in her official capacity as)
Attorney General for the State of Hawai'i   )
                                                      )
            Defendant.                            )

_____

On April 24, 2023, the Court entered an order staying this matter pending

decisions in *Miller v. Bonta*, 3:19-cv-01537 (S.D. Cal.) and *Duncan v. Bonta*, 3:17-

cv-01017 (S.D. Cal.). *See* ECF 67. The Court ordered Plaintiffs to provide notice

after the decisions in these cases were entered.

As the State previously notified the Court, the decision in *Duncan* was

issued on September 22, 2023. The decision in *Miller* was issued on October 19,

2023. Both decisions have now been entered, and Plaintiffs hereby provide the

notice specified by the Court.

Plaintiffs note that the district court for the Southern District of California

enjoined both the State of California's "assault weapon" ban, *Miller v. Bonta*, 2023

WL 6929336 (S.D. Cal. Oct. 19, 2023), and its "large capacity magazine" ban

*Duncan v. Bonta*, 2023 WL 6180472 (S.D. Cal. Sept. 22, 2023).[1] As expected, Judge

Benitez's opinions were extremely thorough and well-reasoned. Plaintiffs

respectfully urge the Court to adopt the analysis set forth in these decisions and

enjoin the statutes challenged in this action.

---

[1] The preliminary injunction entered in *Duncan* has been partially stayed. *Duncan v. Bonta*, 2023 WL 6588623, at
*2 (9th Cir. Oct. 10, 2023). However, in its one-paragraph consideration of the merits, the court engaged in
practically no analysis of Judge Benitez's decision.

*/s/ Barry K. Arrington*
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Phone:  (303) 205-7870
Email:  barry@arringtonpc.com
*Pro Hac Vice*

Gatlin Voelker
Sebastian D. Torres
50 E Rivercenter Boulevard #1275
Covington, Kentucky 41011
Phone: (859) 781-9100
STorres@GatlinVoelker.com

Caroline M. Elliot
Law Office of Caroline M. Elliot
SBN 011541
P.O. Box 3254
Honolulu, HI 96801
Main: (808) 570-6003
Direct: (808) 570-5545
CME@CarolineElliot.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2023, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing. Parties may access this filing through the Court's system.

*/s/ Barry K. Arrington*
Barry K. Arrington