| | |
|---|---|
| ANNE E. LOPEZ | 7609 |
|   Attorney General of Hawaiʻi | |
| KALIKOʻONĀLANI D. FERNANDES | 9964 |
|   Solicitor General | |
| NICHOLAS M. MCLEAN | 10676 |
|   First Deputy Solicitor General | |
| EWAN C. RAYNER | 10222 |
|   Deputy Solicitor General | |

Department of the Attorney General
State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Telephone: (808) 586-1360
E-mail:  kaliko.d.fernandes@hawaii.gov
        nicholas.mclean@hawaii.gov
        ewan.rayner@hawaii.gov

(*additional counsel listed in signature block*)

Attorneys for ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS et al., <br><br>     Plaintiffs, <br><br>   v. <br><br> ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi, <br><br>     Defendant. | Civil No. 1:22-cv-404-DKW-RT <br><br> **JOINT STATUS REPORT; CERTIFICATE OF SERVICE** <br><br> <u>District Judge:</u> <br> Chief Judge Derrick K. Watson <br><br> <u>Magistrate Judge:</u> <br> Rom Trader |

## JOINT STATUS REPORT

Pursuant to this Court's August 28, 2023 Entering Order (ECF No. 77) requiring the parties "to file a Joint Status Report (5 pages or less) by 1/5/2024 concerning: 1) whether decisions have been rendered in *Miller v. Bonta*, 3:19-cv-01537 (S.D. Cal.) and/or *Duncan v. Bonta*, 3:17-cv-01017 (S.D. Cal.); and 2) whether the 1/19/2024 Rule 16 Scheduling Conference should proceed as scheduled or be continued," Plaintiffs NATIONAL ASSOCIATION FOR GUN RIGHTS, RONDELLE AYAU, and JEFFREY BRYANT and Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi (collectively, "the Parties"), submit this Joint Status Report.

On January 2, 2024, the Court issued an Entering Order (ECF No. 85) continuing the 1/19/2024 Rule 16 Scheduling Conference until March 20, 2024. This Joint Status Report therefore does not further address the schedule for the Rule 16 Scheduling Conference, but does address the status of the *Miller* and *Duncan* cases.

1.  As the Parties previously notified the Court (ECF Nos. 78, 81, 82, 83), the district court has issued decisions in *Miller* and *Duncan*, the California Attorney General has appealed those decisions to the Ninth Circuit, and the Ninth Circuit has stayed the district court's decisions in both cases pending appeal.

2. Ninth Circuit briefing is currently ongoing in the *Miller* and *Duncan* appeals and is scheduled to be completed by January 8, 2024 in *Miller* and by January 25, 2024 in *Duncan*. *See Miller*, No. 23-2979, Dkt. 22 (9th Cir.); *Duncan*, No. 23-55805, Dkts. 1, 12, 39 (9th Cir.).

3. Oral argument is also already scheduled in both appeals and will take place in early 2024. A three-judge panel is set to hear argument in *Miller* on January 24, 2024, in Pasadena, California. *See Miller*, No. 23-2979, Dkt. 22. The en banc Ninth Circuit will hear oral argument in *Duncan* during the week of March 18, 2024, in San Francisco, California. *See Duncan*, No. 23-55805, Dkt. 12.

4. The Parties believe that the pending *Miller* and *Duncan* appeals will provide important guidance for other challenges to laws pertaining to assault weapons and large-capacity magazines within the Ninth Circuit, including this case. To conserve judicial and litigant resources, the Parties will be submitting a separate stipulation to respectfully request that the Court stay this case in its entirety until the Ninth Circuit decides the *Miller* and *Duncan* appeals and issues the mandates in both appeals.

DATED:  January 4, 2024

/s/ *William J. Taylor, Jr.*
KALIKOʻONĀLANI D. FERNANDES
  Solicitor General
NICHOLAS M. MCLEAN
  First Deputy Solicitor General
EWAN C. RAYNER
  Deputy Solicitor General

WILLIAM J. TAYLOR, JR.
Everytown Law
  Special Deputy Attorney General

ALAN SCHOENFELD
RYAN CHABOT
Wilmer Cutler Pickering Hale and Dorr LLP
  Special Deputy Attorneys General

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi


/s/ *Barry K. Arrington*
 Barry K. Arrington
 Arrington Law Firm
 4195 Wadsworth Boulevard
 Wheat Ridge, Colorado 80033
 Phone:  (303) 205-7870
 Email:  barry@arringtonpc.com

 Caroline M. Elliot
 Law Office of Caroline M. Elliot
 SBN 011541
 P.O. Box 3254
 Honolulu, HI 96801
 Main: (808) 570-6003

3

Direct: (808) 570-5545
CME@CarolineElliot.com

Gatlin Voelker
Sebastian D. Torres
50 E Rivercenter Boulevard #1275
Covington, Kentucky 41011
Phone: (859) 781-9100
STorres@GatlinVoelker.com

Attorneys for Plaintiffs NATIONAL ASSOCIATION FOR GUN RIGHTS, RONDELLE AYAU, and JEFFREY BRYANT

4