IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi, <br><br> Defendant. | Civil No. 1:22-cv-404-DKW-RT <br><br> **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system or conventionally by mailing copies via U.S. Mail, postage prepaid, upon the following at their last known addresses:

    Caroline M. Elliott, Esq.
    P.O. Box 3254
    Honolulu, Hawaiʻi 96801
    CME@carolineelliot.com

    Barry K. Arrington, Esq.
    4195 Wadsworth Boulevard
    Wheat Ridge, Colorado 80033
    barry@arringtonpc.com

Sebastian Torres, Esq.
GatlinVoelker
50 East Rivercenter Boulevard #1275
Covington, Kentucky 41011
storres@gatlinvoelker.com

Attorneys for Plaintiffs NATIONAL ASSOCIATION FOR GUN RIGHTS, RONDELLE AYAU, and JEFFREY BRYANT

DATED: New York, New York, January 4, 2024.

        */s/ William J. Taylor, Jr.*
        KALIKOʻONĀLANI D. FERNANDES
          Solicitor General
        NICHOLAS M. MCLEAN
          First Deputy Solicitor General
        EWAN C. RAYNER
          Deputy Solicitor General

        WILLIAM J. TAYLOR, JR.
        Everytown Law
          Special Deputy Attorney General

        ALAN SCHOENFELD
        RYAN CHABOT
        Wilmer Cutler Pickering Hale and Dorr LLP
          Special Deputy Attorneys General

        Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi