| | |
|---|---|
| ANNE E. LOPEZ | 7609 |
|    Attorney General of Hawaiʻi | |
| KALIKOʻONĀLANI D. FERNANDES | 9964 |
|    Solicitor General | |
| NICHOLAS M. MCLEAN | 10676 |
|    First Deputy Solicitor General | |
| EWAN C. RAYNER | 10222 |
|    Deputy Solicitor General | |

Department of the Attorney General
State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Telephone: (808) 586-1360
E-mail:  kaliko.d.fernandes@hawaii.gov
        nicholas.mclean@hawaii.gov
        ewan.rayner@hawaii.gov

(*additional counsel listed in signature block*)

Attorneys for ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>      Defendant. | Civil No. 1:22-cv-404-DKW-RT<br><br>**FIRST STIPULATION TO STAY**<br><br><u>District Judge</u>:<br>Chief Judge Derrick K. Watson<br><br><u>Magistrate Judge</u>:<br>Rom Trader |

## FIRST STIPULATION TO STAY

Pursuant to Local Rule 6.2, Plaintiffs NATIONAL ASSOCIATION FOR GUN RIGHTS, RONDELLE AYAU, and JEFFREY BRYANT and Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi (collectively, "the Parties"), hereby stipulate and agree as follows:

1. Pursuant to an April 24, 2023 Entering Order (ECF No. 67), the Court, at Plaintiffs' request, stayed Plaintiffs' motion for a preliminary injunction in this action "pending a decision or decisions in *Miller v. Bonta*, 3:19-cv-01537 (S.D. Cal.) and *Duncan v. Bonta*, 3:17-cv-01017 (S.D. Cal.)," which present Second Amendment challenges to California's laws restricting assault weapons (*Miller*) and large-capacity magazines (*Duncan*).

2. As the Parties previously notified the Court (ECF Nos. 78, 81, 82, 83), the district court has recently issued decisions in *Miller* and *Duncan*, the California Attorney General has appealed those decisions to the Ninth Circuit, and the Ninth Circuit has stayed the district court's decisions in both cases pending appeal.

3. Ninth Circuit briefing is currently ongoing in the *Miller* and *Duncan* appeals and is scheduled to be completed by January 8, 2024 in *Miller* and by January 25, 2024 in *Duncan*. *See Miller*, No. 23-2979, Dkt. 22 (9th Cir.); *Duncan*, No. 23-55805, Dkts. 1, 12, 39 (9th Cir.).

4. Oral argument is also already scheduled in both appeals and will take place in early 2024. A three-judge panel is set to hear argument in *Miller* on January 24, 2024, in Pasadena, California. *See Miller*, No. 23-2979, Dkt. 22. The en banc Ninth Circuit will hear oral argument in *Duncan* during the week of March 18, 2024, in San Francisco, California. *See Duncan*, No. 23-55805, Dkt. 12.

5. The Parties believe that the pending *Miller* and *Duncan* appeals will provide important guidance for other challenges to laws pertaining to assault weapons and large-capacity magazines within the Ninth Circuit, including this case. To conserve judicial and litigant resources, the Parties thus respectfully request that the Court stay this case until the Ninth Circuit decides the *Miller* and *Duncan* appeals and issues the mandates in both appeals.

DATED: January 4, 2024

/s/ *William J. Taylor, Jr.*
KALIKOʻONĀLANI D. FERNANDES
  Solicitor General
NICHOLAS M. MCLEAN
  First Deputy Solicitor General
EWAN C. RAYNER
  Deputy Solicitor General

WILLIAM J. TAYLOR, JR.
Everytown Law
  Special Deputy Attorney General

ALAN SCHOENFELD
RYAN CHABOT
Wilmer Cutler Pickering Hale and Dorr LLP
Special Deputy Attorneys General

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi


/s/ *Barry K. Arrington*
  Barry K. Arrington
  Arrington Law Firm
  4195 Wadsworth Boulevard
  Wheat Ridge, Colorado 80033
  Phone:  (303) 205-7870
  Email:  barry@arringtonpc.com

  Caroline M. Elliot
  Law Office of Caroline M. Elliot
  SBN 011541
  P.O. Box 3254
  Honolulu, HI 96801
  Main: (808) 570-6003
  Direct: (808) 570-5545
  CME@CarolineElliot.com

        Gatlin Voelker
        Sebastian D. Torres
        50 E Rivercenter Boulevard #1275
        Covington, Kentucky 41011
        Phone: (859) 781-9100
        STorres@GatlinVoelker.com

        Attorneys for Plaintiffs NATIONAL ASSOCIATION FOR GUN RIGHTS, RONDELLE AYAU, and JEFFREY BRYANT

**APPROVED AND SO ORDERED:**

DATED: January 5, 2024 at Honolulu, Hawai'i.



  /s/ Derrick K. Watson
_____
Derrick K. Watson
Chief United States District Judge

---

*National Association for Gun Rights et al. v. Lopez*; Civil No. 1:22-cv-404-DKW-RT; First Stipulation to Stay