| | |
|---|---|
| ANNE E. LOPEZ | 7609 |
|   Attorney General of Hawaiʻi | |
| KALIKOʻONĀLANI D. FERNANDES | 9964 |
|   Solicitor General | |
| NICHOLAS M. MCLEAN | 10676 |
|   First Deputy Solicitor General | |
| EWAN C. RAYNER | 10222 |
|   Deputy Solicitor General | |

Department of the Attorney General
State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Telephone: (808) 586-1360
E-mail:  kaliko.d.fernandes@hawaii.gov
        nicholas.mclean@hawaii.gov
        ewan.rayner@hawaii.gov

(*additional counsel listed in signature block*)

Attorneys for ANNE E. LOPEZ, in her
official capacity as Attorney General for the
State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>      Defendant. | Civil No. 1:22-cv-00404-MWJS-RT<br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT ANNE E. LOPEZ; CERTIFICATE OF SERVICE**<br><br><u>District Judge:</u><br>Judge Micah W.J. Smith<br><br><u>Magistrate Judge:</u><br>Rom Trader |

# MOTION FOR LEAVE TO WITHDRAW
## AS COUNSEL OF RECORD FOR DEFENDANT ANNE E. LOPEZ

Pursuant to Local Rule 83.5(b) of Practice for the United States District Court for the District of Hawai'i, Alan Schoenfeld and Ryan Chabot respectfully move this honorable Court for leave to withdraw as counsel of record for the Defendant Anne E. Lopez.  The Attorney General consents to this motion; she will continue to be represented in this matter by counsel, all of whom have already appeared and have actively litigated the matter.  In support of this motion, the undersigned counsel shows as follows:

1. Mr. Schoenfeld and Mr. Chabot of Wilmer Cutler Pickering Hale and Dorr LLP have been counsel of record for Attorney General Anne E. Lopez since March 28, 2023.  ECF No. 56.

2. Deputy Attorneys General Kalikoʻonālani D. Fernandes and Nicholas M. McLean entered notices of appearances in this matter on September 12, 2022; Ewan C. Rayner entered his notice of appearance in this matter on January 24, 2023; and William Taylor of Everytown Law was admitted to practice *pro hac vice* in this matter on March 22, 2023; and they will continue to represent Defendant in connection with this litigation.

3. The name, address, and telephone number of the Attorney General are: Anne E. Lopez, Department of the Attorney General, 425 Queen Street, Honolulu, Hawai'i 96813, (808) 586-1500.

  4.  The Attorney General, Anne E. Lopez, by and through her deputies, has been consulted about this motion and consents to the proposed withdrawal.

  5.  Granting this motion will not prejudice any party or otherwise impede the swift administration of this matter.

  Therefore, undersigned counsel respectfully move this Court to allow them to withdraw as counsel for Attorney General Anne E. Lopez in this matter.

  DATED:  New York, New York, May 22, 2024

        /s/ Alan Schoenfeld
        /s/ Ryan Chabot
        ALAN SCHOENFELD
        RYAN CHABOT
        Wilmer Cutler Pickering Hale and Dorr LLP
         Special Deputy Attorneys General

        Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi