| | |
|---|---|
| ANNE E. LOPEZ (7609)<br>  Attorney General of Hawaiʻi<br>KALIKOʻONĀLANI D.<br>  FERNANDES (9964)<br>  Solicitor General<br>EWAN C. RAYNER (10222)<br>  Deputy Solicitor General<br>Department of the Attorney General,<br>  State of Hawaiʻi<br>425 Queen Street<br>Honolulu, Hawaiʻi 96813<br>Telephone: (808) 586-1360<br>Email:  kaliko.d.fernandes@hawaii.gov<br>           ewan.rayner@hawaii.gov | WILLIAM J. TAYLOR, JR. (PHV)<br>Everytown Law<br>Special Deputy Attorney General<br>P.O. Box 4184<br>New York, NY 10017<br>Telephone: (646) 324-8215<br>Email: wtaylor@everytown.org |

*Attorneys for ANNE E. LOPEZ, in her official capacity as*
*Attorney General for the State of Hawaiʻi*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>            Defendant. | Civil No. 1:22-cv-404-MWJS-RT<br><br>**JOINT STATUS REPORT; CERTIFICATE OF SERVICE**<br><br><u>District Judge</u>:<br>Hon. Micah W.J. Smith<br><br><u>Magistrate Judge</u>:<br>Hon. Rom Trader |

## JOINT STATUS REPORT

Pursuant to this Court's July 22, 2024 Entering Order (ECF No. 92), the Plaintiffs NATIONAL ASSOCIATION FOR GUN RIGHTS, RONDELLE AYAU, and JEFFREY BRYANT and Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi submit this Joint Status Report to update the Court on the status of the appeals in *Miller v. Bonta*, No. 23-2979 (9th Cir.), and *Duncan v. Bonta*, No. 23-55805 (9th Cir.), which present Second Amendment challenges to California's laws restricting assault weapons (*Miller*) and large-capacity magazines (*Duncan*).

1.   Ninth Circuit briefing has been completed and oral argument has been held in both the *Miller* and *Duncan* appeals.

2.   On January 24, 2024, a three-judge panel of the Ninth Circuit (Berzon, Nguyen, and Miller, JJ.) heard oral argument in *Miller*, in Pasadena, California, and submitted the appeal for decision. *See* No. 23-2979, ECF No. 60.

3.   On January 26, 2024, the *Miller* panel ordered the case to be held in abeyance and withdrew submission pending resolution of *Duncan*. *Id.* ECF No. 61. The panel also ordered that the existing stay of the district court's decision (*see id.* ECF No. 13) remains in effect pending further order of the court. *See id.* ECF No. 61.

4. On March 19, 2024, the en banc Ninth Circuit (Murguia, C.J., and Thomas, Graber, Wardlaw, Paez, Berzon, Ikuta, Hurwitz, R. Nelson, Bumatay, and VanDyke, JJ.) heard oral argument in *Duncan*, in San Francisco, California, and submitted the appeal for decision. *See* No. 23-55805, ECF No. 82. As of the filing of this Joint Status Report, a decision on the appeal has not yet issued.

DATED: August 27, 2024

| | |
|---|---|
| /s/ *William J. Taylor, Jr.* | /s/ *Barry K. Arrington* |
| KALIKOʻONĀLANI D. FERNANDES<br>Solicitor General<br>EWAN C. RAYNER<br>Deputy Solicitor General | Barry K. Arrington<br>Arrington Law Firm<br>4195 Wadsworth Boulevard<br>Wheat Ridge, Colorado 80033<br>Phone: (303) 205-7870 |
| WILLIAM J. TAYLOR, JR.<br>Everytown Law<br>Special Deputy Attorney General | Email: barry@arringtonpc.com<br><br>Caroline M. Elliot<br>Law Office of Caroline M. Elliot |
| Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi | SBN 011541<br>P.O. Box 3254<br>Honolulu, HI 96801<br>Main: (808) 570-6003<br>Direct: (808) 570-5545<br>Email: CME@CarolineElliot.com |
| | Gatlin Voelker<br>Sebastian D. Torres<br>50 E. Rivercenter Boulevard #1275<br>Covington, Kentucky 41011<br>Phone: (859) 781-9100<br>Email: STorres@GatlinVoelker.com |
| | Attorneys for Plaintiffs NATIONAL ASSOCIATION FOR GUN RIGHTS, RONDELLE AYAU, and JEFFREY BRYANT |