ANNE E. LOPEZ (7609)
  Attorney General of Hawaiʻi
KALIKOʻONĀLANI D.
   FERNANDES (9964)
  Solicitor General
EWAN C. RAYNER (10222)
  Deputy Solicitor General
Department of the Attorney General,
  State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Telephone: (808) 586-1360
Email:  kaliko.d.fernandes@hawaii.gov
        ewan.rayner@hawaii.gov

WILLIAM J. TAYLOR, JR. (PHV)
Everytown Law
Special Deputy Attorney General
P.O. Box 4184
New York, NY 10163
Telephone: (646) 324-8215
Email: wtaylor@everytown.org

*Attorneys for ANNE E. LOPEZ, in her official capacity as*
*Attorney General for the State of Hawaiʻi*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>      Defendant. | Civil No. 1:22-cv-404-MWJS-RT<br><br>**JOINT STATUS REPORT; CERTIFICATE OF SERVICE**<br><br><u>District Judge</u>:<br>Hon. Micah W.J. Smith<br><br><u>Magistrate Judge</u>:<br>Hon. Rom Trader |

## JOINT STATUS REPORT

Pursuant to this Court's July 22, 2024 Entering Order (ECF No. 92), the Plaintiffs NATIONAL ASSOCIATION FOR GUN RIGHTS, RONDELLE AYAU, and JEFFREY BRYANT and Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi, submit this Joint Status Report to update the Court on the status of the appeals in *Miller v. Bonta*, No. 23-2979 (9th Cir.), and *Duncan v. Bonta*, No. 23-55805 (9th Cir.), which present Second Amendment challenges to California's laws restricting assault weapons (*Miller*) and large-capacity magazines (*Duncan*).

There is no update to the status of the *Miller* or *Duncan* appeals since the parties' August 27, 2024 Joint Status Report (ECF No. 96). The Ninth Circuit has not yet issued a decision in either case.

DATED:  December 26, 2024

| /s/ *William J. Taylor, Jr.* | /s/ *Barry K. Arrington* |
|---|---|
| KALIKOʻONĀLANI D. FERNANDES<br>Solicitor General<br>EWAN C. RAYNER<br>Deputy Solicitor General<br><br>WILLIAM J. TAYLOR, JR.<br>Everytown Law<br>Special Deputy Attorney General<br><br>Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi | Barry K. Arrington<br>Arrington Law Firm<br>4195 Wadsworth Boulevard<br>Wheat Ridge, Colorado 80033<br>Phone: (303) 205-7870<br>Email: barry@arringtonpc.com<br><br>Caroline M. Elliot<br>Law Office of Caroline M. Elliot<br>SBN 011541<br>P.O. Box 3254<br>Honolulu, HI 96801<br>Main: (808) 570-6003 |

Direct: (808) 570-5545
Email: CME@CarolineElliot.com

Gatlin Voelker
Sebastian D. Torres
50 E Rivercenter Boulevard #1275
Covington, Kentucky 41011
Phone: (859) 781-9100
Email: STorres@GatlinVoelker.com

Attorneys for Plaintiffs NATIONAL
ASSOCIATION FOR GUN
RIGHTS, RONDELLE AYAU, and
JEFFREY BRYANT