IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS et al., | Civil No. 1:22-cv-404-MWJS-RT |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi, | |
| Defendant. | |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was

served electronically through the Court's CM/ECF system upon each of the

following:

> Caroline M. Elliott, Esq.
> P.O. Box 3254
> Honolulu, Hawaiʻi 96801
> CME@CarolineElliot.com
>
> Barry K. Arrington, Esq.
> 4195 Wadsworth Boulevard
> Wheat Ridge, Colorado 80033
> barry@arringtonpc.com

Sebastian Torres, Esq.
Gatlin Voelker
50 E. Rivercenter Boulevard #1275
Covington, Kentucky
STorres@GatlinVoelker.com

Attorneys for Plaintiffs NATIONAL
ASSOCIATION FOR GUN RIGHTS,
RONDELLE AYAU, and JEFFREY
BRYANT

DATED: December 26, 2024

*/s/ William J. Taylor, Jr.*
KALIKOʻONĀLANI D. FERNANDES
  Solicitor General
EWAN C. RAYNER
  Deputy Solicitor General

WILLIAM J. TAYLOR, JR.
Everytown Law
  Special Deputy Attorney General

Attorneys for Defendant ANNE E.
LOPEZ, in her official capacity as
Attorney General for the State of Hawaiʻi