ANNE E. LOPEZ (7609)
  Attorney General of Hawaiʻi
KALIKOʻONĀLANI D.
   FERNANDES (9964)
  Solicitor General
EWAN C. RAYNER (10222)
  Deputy Solicitor General
Department of the Attorney General,
  State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Telephone: (808) 586-1360
Email:  kaliko.d.fernandes@hawaii.gov
        ewan.rayner@hawaii.gov

WILLIAM J. TAYLOR, JR. (PHV)
Everytown Law
Special Deputy Attorney General
P.O. Box 4184
New York, NY 10163
Telephone: (646) 324-8215
Email: wtaylor@everytown.org

*Attorneys for ANNE E. LOPEZ, in her official capacity as*
*Attorney General for the State of Hawaiʻi*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>       Defendant. | Civil No. 1:22-cv-404-MWJS-RT<br><br>**NOTICE OF DECISION; EXHIBITS A-B; CERTIFICATE OF SERVICE**<br><br><u>District Judge</u>:<br>Hon. Micah W.J. Smith<br><br><u>Magistrate Judge</u>:<br>Hon. Rom Trader |

## NOTICE OF DECISION

Pursuant to this Court's July 22, 2024 Entering Order (ECF No. 92), Plaintiffs NATIONAL ASSOCIATION FOR GUN RIGHTS, RONDELLE AYAU, and JEFFREY BRYANT and Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi, submit this Notice of Decision to inform the Court that, on March 20, 2025, the en banc U.S. Court of Appeals for the Ninth Circuit issued its decision in *Duncan v. Bonta*, No. 23-55805 (9th Cir.). The en banc Ninth Circuit held that California's law prohibiting the possession of large-capacity magazines capable of accepting more than 10 rounds of ammunition comports with the Second Amendment, reversed the district court's contrary conclusion, and remanded with the instruction to enter judgment in favor of the Attorney General of the State of California. The en banc Court also rejected plaintiffs' challenge to the law under the Fifth Amendment's Takings Clause. A copy of the decision is attached as **Exhibit A**.[1]

DATED: March 25, 2025

/s/ *William J. Taylor, Jr.*
KALIKOʻONĀLANI D. FERNANDES
Solicitor General
EWAN C. RAYNER
Deputy Solicitor General

/s/ *Barry K. Arrington*
Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Phone: (303) 205-7870

---

[1] In a separate per curiam order issued on March 20, 2025, the en banc Ninth Circuit held that it had statutory authority under 28 U.S.C. § 46(c) to decide the *Duncan* appeal. A copy of the order is attached as **Exhibit B**.

| | |
|---|---|
| WILLIAM J. TAYLOR, JR.<br>Everytown Law<br>Special Deputy Attorney General<br><br>Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi | Email: barry@arringtonpc.com<br><br>Caroline M. Elliot<br>Law Office of Caroline M. Elliot<br>SBN 011541<br>P.O. Box 3254<br>Honolulu, HI 96801<br>Main: (808) 570-6003<br>Direct: (808) 570-5545<br>Email: CME@CarolineElliot.com<br><br>Gatlin Voelker<br>Sebastian D. Torres<br>50 E Rivercenter Boulevard #1275<br>Covington, Kentucky 41011<br>Phone: (859) 781-9100<br>Email: STorres@GatlinVoelker.com<br><br>Attorneys for Plaintiffs NATIONAL ASSOCIATION FOR GUN RIGHTS, RONDELLE AYAU, and JEFFREY BRYANT |