ANNE E. LOPEZ (7609)
  Attorney General of Hawaiʻi
KALIKOʻONĀLANI D.
    FERNANDES (9964)
  Solicitor General
EWAN C. RAYNER (10222)
  Deputy Solicitor General
Department of the Attorney General,
  State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Telephone: (808) 586-1360
Email:  kaliko.d.fernandes@hawaii.gov
        ewan.rayner@hawaii.gov

WILLIAM J. TAYLOR, JR. (PHV)
Everytown Law
Special Deputy Attorney General
P.O. Box 4184
New York, NY 10163
Telephone: (646) 324-8215
Email: wtaylor@everytown.org

*Attorneys for ANNE E. LOPEZ, in her official capacity as*
*Attorney General for the State of Hawaiʻi*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>    Defendant. | Civil No. 1:22-cv-404-MWJS-RT<br><br>**JOINT STATUS REPORT; CERTIFICATE OF SERVICE**<br><br><u>District Judge:</u><br>Hon. Micah W.J. Smith<br><br><u>Magistrate Judge:</u><br>Hon. Rom Trader |

## JOINT STATUS REPORT

Pursuant to this Court's July 22, 2024 Entering Order (ECF No. 92), the Plaintiffs NATIONAL ASSOCIATION FOR GUN RIGHTS, RONDELLE AYAU, and JEFFREY BRYANT and Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi, submit this Joint Status Report to update the Court on the status of the appeals in *Duncan v. Bonta*, No. 23-55805 (9th Cir.) (large-capacity magazines), and *Miller v. Bonta*, No. 23-2979 (9th Cir.) (assault weapons), since the parties submitted their last Joint Status Report four months ago (ECF No. 99).

1. On August 15, 2025, plaintiffs-appellees in *Duncan* filed a petition for a writ of certiorari in the U.S. Supreme Court (No. 25-198). The response to the petition is due October 20, 2025. The Ninth Circuit's mandate remains stayed during the pendency of the petition for certiorari. *See* 9th Cir. No. 23-55805, ECF No. 104.

2. There is no update to the status of the *Miller* appeal. The Ninth Circuit panel has not yet issued a decision.

DATED:  August 26, 2025

| | |
|---|---|
| /s/ *William J. Taylor, Jr.* | /s/ *Barry K. Arrington* |
| KALIKOʻONĀLANI D. FERNANDES<br>Solicitor General<br>EWAN C. RAYNER<br>Deputy Solicitor General<br><br>WILLIAM J. TAYLOR, JR.<br>Everytown Law<br>Special Deputy Attorney General<br><br>Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi | Barry K. Arrington<br>Arrington Law Firm<br>4195 Wadsworth Boulevard<br>Wheat Ridge, Colorado 80033<br>Phone: (303) 205-7870<br>Email: barry@arringtonpc.com<br><br>Caroline M. Elliot<br>Law Office of Caroline M. Elliot<br>SBN 011541<br>P.O. Box 3254<br>Honolulu, HI 96801<br>Main: (808) 570-6003<br>Direct: (808) 570-5545<br>Email: CME@CarolineElliot.com<br><br>Gatlin Voelker<br>Sebastian D. Torres<br>50 E Rivercenter Boulevard #1275<br>Covington, Kentucky 41011<br>Phone: (859) 781-9100<br>Email: STorres@GatlinVoelker.com<br><br>Attorneys for Plaintiffs NATIONAL ASSOCIATION FOR GUN RIGHTS, RONDELLE AYAU, and JEFFREY BRYANT |