IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>    Defendant. | Civil No. 1:22-cv-404-MWJS-RT<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system or conventionally by mailing copies via U.S. Mail, postage prepaid, upon the following at their last known addresses:

  Caroline M. Elliott, Esq.
  P.O. Box 3254
  Honolulu, Hawaiʻi 96801
  CME@CarolineElliot.com

  Barry K. Arrington, Esq.
  4195 Wadsworth Boulevard
  Wheat Ridge, Colorado 80033
  barry@arringtonpc.com

SebastianTorres, Esq.
Gatlin Voelker
50 E. Rivercenter Boulevard #1275
Covington, Kentucky
STorres@GatlinVoelker.com

Attorneys for Plaintiffs NATIONAL ASSOCIATION FOR GUN RIGHTS, RONDELLE AYAU, and JEFFREY BRYANT

DATED: August 26, 2025

        /s/ William J. Taylor, Jr.
KALIKOʻONĀLANI D. FERNANDES
  Solicitor General
EWAN C. RAYNER
  Deputy Solicitor General

WILLIAM J. TAYLOR, JR.
Everytown Law
  Special Deputy Attorney General

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi

2