ANNE E. LOPEZ (7609)
  Attorney General of Hawaiʻi
KALIKOʻONĀLANI D.
  FERNANDES (9964)
  Solicitor General
EWAN C. RAYNER (10222)
  Deputy Solicitor General
Department of the Attorney General,
  State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Telephone: (808) 586-1360
Email:  kaliko.d.fernandes@hawaii.gov
        ewan.rayner@hawaii.gov

WILLIAM J. TAYLOR, JR. (PHV)
Everytown Law
Special Deputy Attorney General
P.O. Box 4184
New York, NY 10163
Telephone: (646) 324-8215
Email: wtaylor@everytown.org

*Attorneys for ANNE E. LOPEZ, in her official capacity as
Attorney General for the State of Hawaiʻi*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>        Defendant. | Civil No. 1:22-cv-404-MWJS-RT<br><br>**JOINT STATUS REPORT; CERTIFICATE OF SERVICE**<br><br><u>District Judge:</u><br>Hon. Micah W.J. Smith<br><br><u>Magistrate Judge:</u><br>Hon. Rom Trader |

## JOINT STATUS REPORT

Pursuant to this Court's July 22, 2024 Entering Order (ECF No. 92), the Plaintiffs NATIONAL ASSOCIATION FOR GUN RIGHTS, RONDELLE AYAU, and JEFFREY BRYANT and Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawai'i, submit this Joint Status Report to update the Court on the status of the appeals in *Duncan v. Bonta*, No. 23-55805 (9th Cir.) (large-capacity magazines), and *Miller v. Bonta*, No. 23-2979 (9th Cir.) (assault weapons), since the parties submitted their last Joint Status Report four months ago (ECF No. 100).

1.    *Duncan*: As of November 5, 2025, the parties have completed all briefing with respect to the petition for a writ of certiorari that plaintiffs-appellees in *Duncan* filed in the U.S. Supreme Court (No. 25-198). The Supreme Court has not yet issued a ruling on the petition for certiorari. The Ninth Circuit's mandate remains stayed during the pendency of the petition for certiorari. *See* 9th Cir. No. 23-55805, ECF No. 104.

2.    *Miller*: The Ninth Circuit has not yet issued a decision in *Miller*. On December 12, 2025, the *Miller* panel ordered the parties to submit supplemental briefs "addressing the impact on the case, if any, of *United States v. Kittson*, No. 23-4132, 2025 WL 3535185, 2025 U.S. App. LEXIS 32293 (9th Cir. Dec. 10,

2025).” No. 23-2979, ECF No. 80. The parties' supplemental briefs are due on or

before January 12, 2026.

DATED:  December 23, 2025

/s/ *William J. Taylor, Jr.*

KALIKOʻONĀLANI D.
 FERNANDES
Solicitor General
EWAN C. RAYNER
Deputy Solicitor General

WILLIAM J. TAYLOR, JR.
Everytown Law
Special Deputy Attorney General

Attorneys for Defendant ANNE E.
LOPEZ, in her official capacity as
Attorney General for the State of
Hawaiʻi

/s/ *Barry K. Arrington*

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Phone: (303) 205-7870
Email: barry@arringtonpc.com

Caroline M. Elliot
Law Office of Caroline M. Elliot
SBN 011541
P.O. Box 3254
Honolulu, HI 96801
Main: (808) 570-6003
Direct: (808) 570-5545
Email: CME@CarolineElliot.com

Gatlin Voelker
Sebastian D. Torres
50 E Rivercenter Boulevard #1275
Covington, Kentucky 41011
Phone: (859) 781-9100
Email: STorres@GatlinVoelker.com

Attorneys for Plaintiffs NATIONAL
ASSOCIATION FOR GUN
RIGHTS, RONDELLE AYAU, and
JEFFREY BRYANT

2