IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS et al.,<br><br>     Plaintiffs,<br><br>  v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawai'i,<br><br>     Defendant. | Civil No. 1:22-cv-404-MWJS-RT<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system or conventionally by mailing copies via U.S. Mail, postage prepaid, upon the following at their last known addresses:

Caroline M. Elliott, Esq.
P.O. Box 3254
Honolulu, Hawai'i 96801
CME@CarolineElliot.com

Barry K. Arrington, Esq.
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
barry@arringtonpc.com

SebastianTorres, Esq.
Gatlin Voelker
50 E. Rivercenter Boulevard #1275
Covington, Kentucky
STorres@GatlinVoelker.com

Attorneys for Plaintiffs NATIONAL
ASSOCIATION FOR GUN RIGHTS,
RONDELLE AYAU, and JEFFREY
BRYANT

DATED: December 23, 2025

/s/ William J. Taylor, Jr.
KALIKOʻONĀLANI D. FERNANDES
    Solicitor General
EWAN C. RAYNER
    Deputy Solicitor General

WILLIAM J. TAYLOR, JR.
Everytown Law
    Special Deputy Attorney General

Attorneys for Defendant ANNE E. LOPEZ,
in her official capacity as Attorney General
for the State of Hawaiʻi

2