Barry K. Arrington
Arrington Law Firm
3948 Legacy Drive, Suite 106-312
Plano, Texas 75023
Telephone: (303) 205-7870
Email: barry@arringtonpc.com
*Pro Hac Vice*

Sebastian Torres
20 W. Pike Street
Covington KY, 41011
sebastian.torres@covingtonky.gov
859-292-2318
*Pro Hac Vice*

Caroline M. Elliot
Law Office of Caroline M. Elliot
SBN 011541
P.O. Box 3254
Honolulu, HI 96801
Main: (808) 570-6003
Direct: (808) 570-5545
CME@CarolineElliot.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL ASSOCIATION FOR GUN RIGHTS <br><br> and <br><br> RONDELLE AYAU <br><br> and <br><br> JEFFREY BRYANT <br><br> Plaintiffs, <br> vs. | Civil No. 22-cv-00404-DKW-RT <br><br><br> **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS** |

1

ANNE E. LOPEZ, in her official capacity as )
Attorney General for the State of Hawaiʻi  )
                                            )
     Defendant.                            )

Pursuant to Local Rule 83.5(b), Barry K. Arrington respectfully moves this honorable court for leave to withdraw as counsel of record for Plaintiffs National Association for Gun Rights, Rondelle Ayau, and Jeffrey Bryant. In support of this motion, the undersigned counsel shows as follows:

1. The undersigned counsel has been counsel of record for Plaintiffs National Association for Gun Rights, Rondelle Ayau, and Jeffrey Bryant since September 14, 2022.

2. The undersigned counsel has accepted a position with the United States Department of Justice, and within the next few days he will be moving to the Washington, D.C. area to undertake his duties in this position.

3. Therefore, counsel is unable to continue representing Plaintiffs National Association for Gun Rights, Rondelle Ayau, and Jeffrey Bryant.

4. Plaintiffs National Association for Gun Rights, Rondelle Ayau, and Jeffrey Bryant have been consulted about this motion and consent to the proposed withdrawal.

5. Granting this motion will not prejudice any party or otherwise impede the swift administration of this matter, especially given the continued presence of

capable counsel for Plaintiffs National Association for Gun Rights, Rondelle Ayau,

and Jeffrey Bryant

      Therefore, undersigned counsel respectfully moves this Court to allow him

to withdraw as counsel for Plaintiffs National Association for Gun Rights, Rondelle

Ayau, and Jeffrey Bryant.

*/s/ Barry K. Arrington*
Barry K. Arrington
Arrington Law Firm
3948 Legacy Drive, Suite 106-312
Plano, Texas 75023
Telephone: (303) 205-7870
Email: barry@arringtonpc.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 3, 2026, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing. Parties may access this filing through the Court's system.

*/s/ Barry K. Arrington*
Barry K. Arrington